**05  CV  8209**

JUDGE PRESKA

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ALLIANCE FOR OPEN SOCIETY INTERNATIONAL,
INC., and OPEN SOCIETY INSTITUTE,                           :    Civil Action No. _____

                                        :

                        Plaintiffs,        :    RULE 7.1 STATEMENT

                                        :

v.                                        :

                                        :
UNITED STATES AGENCY FOR INTERNATIONAL
DEVELOPMENT and ANDREW S. NATSIOS, in his    :
Official Capacity as ADMINISTRATOR, UNITED
STATES AGENCY FOR INTERNATIONAL            :
DEVELOPMENT,

                                        :

                        Defendants.        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x



RECEIVED
SEP 23 2005
U.S.D.C. S.D. N.Y.
CASHIERS

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District

Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, the undersigned counsel for Open Society Institute certifies that it is a charitable

trust organized and existing under New York law with no publicly held corporate parent,

affiliate or subsidiary.

Dated: September 23 2005
       New York, New York

                                  BRENNAN CENTER FOR JUSTICE
                                  AT NYU SCHOOL OF LAW

                                  By: _____
                                    Burt Neuborne (BN 9092)
                                    Rebekah Diller (RD 7791)
                                    David S. Udell (DU 4762)
                                    Laura K. Abel (LA 6831)
                            161 Ave. of the Americas, 12th Floor
                            New York, NY  10013
                            (212) 998-6730

                            *Attorneys for Plaintiffs*