Exhibit B

September 14, 2005

# CURRICULUM VITAE

# Chris Beyrer, MD, MPH

## PERSONAL DATA

Johns Hopkins Bloomberg School of Public Health
615 North Wolfe Street, Room E-7152
Baltimore, MD 21205
Phone: (410) 614-5247
Fax: (410) 614-8371
E-mail: cbeyrer@jhsph.edu

## EDUCATION AND TRAINING

**B.A.**, History / 1981   **Hobart and William Smith Colleges**, Geneva, N.Y., *Cum Laude*

**M.D.** / 1988   **State University of New York Health Sciences Center** at Brooklyn, Brooklyn, N.Y. *Cum Laude*

University of Wisconsin, Department of Family Medicine, Madison, WI.  Internship, Family Medicine, 1988-1989.

Licensed to practice Medicine in Maryland (D40383) and New York (179-199).

**M.P.H.**, International Health / 1991   **John Hopkins University, School of Hygiene and Public Health**, Baltimore, MD.  Residency, General Preventive Medicine, 1990-1992.  Fellow, Division of Infectious Diseases, Department of Medicine, 1990-1992.

Board Certified in Preventive Medicine and Public Health, Jan. 16, 1995 (51222).

## PROFESSIONAL EXPERIENCE

**Current**

**Founder and Director (2004 - ), Center for Public Health and Human Rights, Johns Hopkins Bloomberg School of Public Health.**  Establishment of new program in public health and human rights focused on research, teaching, and advocacy around population level health impacts of rights violations.

**Associate Professor (2004 - ), Departments of Epidemiology and International Health, Johns Hopkins Bloomberg School of Hygiene and Public Health.**

**Associate Director, HIV Vaccine Trial Sites in Asia and Eastern Europe (2005 - ), HIV Vaccine trials Network Leadership Group.**

**Senior Scientific Liaison (2001 - ), HIV Vaccine Trial Network Leadership Core, Fred Hutchinson Cancer Research Center, University of Washington.** Lead liaison with mission of increasing HIV vaccine trial site capacity in Asia.

**Protocol Chair, HVTN Protocol 903 (2002 - ),** "HIV Vaccine Preparedness Studies." Chair and Principal Investigator for HIV Vaccine Trials Network preparedness studies in Haiti, Puerto Rico, Dominican Republic, Botswana, Jamaica, and Peru.

**Director (1997 - ), Johns Hopkins University Fogarty AIDS International Training and Research Program.** Principal Investigator for program, whose mission is to increase capability of developing country scientists to conduct research in HIV/AIDS and related health issues.

**Previous**

**Principal Investigator, HVTN 050 Thailand (2001-2004),** "A randomized controlled trail of an ADV5 recombinant HIV vaccine candidate in seronegative Thai adults."

**Director (2003-2005), Johns Hopkins Center for AIDS Research (CFAR) International Core.** Creation of new core program within JHU CFAR Program for international HIV/AIDS prevention and treatment research. 2003-2005.

**Director (1998-2003), Johns Hopkins University Fogarty Tuberculosis International Training and Research Program.** Principal Investigator for program, whose mission is to increase capability of developing country scientists to conduct Tuberculosis prevention and control research.

**Director (1997-2004), Johns Hopkins University Special International Post-Doctoral Research Program in AIDS.** Principal Investigator for program, whose mission is to increase capability of developing country scientists to conduct advanced and Post-Doctoral level research in HIV/AIDS and related health issues.

**Consulting Epidemiologist (1997-2001), Henry M. Jackson Foundation for Advancement of Military Medicine.** Responsibility for HIV vaccine cohort development in Thailand and China.

**Associate Research Professor, Departments of Epidemiology and International Health (2000-2004), Johns Hopkins University School of Hygiene and Public Health.**

**Associate Scientist, Departments of Epidemiology and International Health (1999-2000), Johns Hopkins University School of Hygiene and Public Health.**

**Assistant Scientist, Department of Epidemiology (1997-1999), Johns Hopkins University School of Hygiene and Public Health.**

September 14, 2005

**Assistant Scientist, Department of International Health (1997-1999), Johns Hopkins University School of Hygiene and Public Health.**

**Field Director (1992-1996), PAVE (Preparation for AIDS Vaccine Evaluations) and HIVNET (HIV NETWORK) Projects.** Field responsibility for enrollment and maintenance of series of cohorts of high risk HIV negative individuals in Northern Thailand. PAVE/HIVNET are joint projects between Johns Hopkins University, Chiang Mai University, U.S. National Institutes of Health, Royal Thai Army, and Ministry of Public Health, Thailand.

**Research Associate, Department of Epidemiology (1992-1996), Johns Hopkins University School of Hygiene and Public Health.** Baltimore MD.

**Medical Advisor, Southeast Asian Information Network (1993 -1996).** Public health policy consultant for Burmese refugee populations, and for democratic forces in Burma; creation of HIV prevention programs for Radio Free Burma, BBC Burmese Language Service, Voice of America.

**Visiting Researcher, NIH, NIAID (1992), Division of Microbiology and Infectious Diseases.** Research and generation of Report to the Secretary of National Commission on Safer Childhood Vaccines.

**Study Physician (1992), Johns Hopkins Project, White River.** Clinical care and evaluation of adverse events for study subjects enrolled in Phase III trail of recombinant Rhesus Rotavirus Vaccines among Native American infants. Development of study design and training of field workers and nursing staff for "Long Term Follow-Up Evaluation of H. Influenza Type b Conjugate Vaccines among Navaho Infants." Development of protocol for proposed study of "Prevalence of Sexually Transmitted Diseases Among White Mountain Apache Women." Supervision of field workers and nursing staff on multiple study sites for ongoing research projects. White river, Arizona.

**Volunteer Physician (1992), Hu Hu Kam Memorial Hospital on Gila River Indian Reservation.** Outpatient clinical care for children and adults, clinical care for study subjects enrolled in Johns Hopkins research projects.

**Staff Epidemiologist (1991), Expanded Programme on Immunization (EPI), Pan American Health Organization.** Technical consultant to EPI in measles, rubella, and polio surveillance systems, case investigation, and case reporting systems in Jamaica, Guyana, Trinidad and Tobago, Grenada, and St. Vincent.

**Study Physician (1990-1991), "The ALIVE Clinic" and at "the SHARE Study".** Clinical evaluations of subjects enrolled in HIV cohort studies of Intravenous Drug Users and Gay men, respectively, Baltimore, MD.

**Medical Educator (1991), for volunteers working with People With AIDS, Health Education Resources Organization (HERO),** Baltimore, MD.

**Medical Director (1988-1991), Tibetan American Research Alliance.** A non-profit organization dedicated to improving health of Tibetan refugees and to research on Tibetan Medicine.

**Volunteer Physician (1988), Tibetan Delek Hospital.** Clinical care for refugees. Co-designed and conducted survey of prevalence of Hypertension among 1,200 Tibetan adults. Organized and staffed "Tent Clinic" for 6,000 newly arrived refugees in Varanasi. Dharamsala, Varanasi, India.

**Clinical Externship (1987), Primary Care Medicine on the Zuni Indian Reservation. Zuni, NM.**

**Field Research (1980), "Traditional Health Care in Two Rural Villages," with the Center for Foreign Study. Sri Lanka.**

## PROFESSIONAL ACTIVITIES

### Society Membership and Leadership

- Committee for Human Research, Johns Hopkins Bloomberg School of Public Health, (September 2005 – August 2008).
- Advisory Board, Sexual Health and Rights Program (SHARP) of the Open Society Institute, (August 2005 - ).
- Student Funding Committee, Epidemiology, Johns Hopkins Bloomberg School of Public Health, (September 2005 - ).
- Scientific Advisory Board, International Partnership for Microbicides, (April 2005 - ).
- Advisory Committee, Asian Social Issues Program, The Asia Society, (March 2005 - ).
- Scientific Steering Committee, HIV Vaccine Trials Network, (2005 - ).
- Editorial Committee, Anti-Retroviral Therapy for Injection Drug Users, International Harm Reduction Development Program, Open Society Institute, (March 2005 - ).
- Bioethics Faculty Levi Professor Search Committee, Johns Hopkins University Bioethics Institute, (2005 - ).
- International Research Planning Group for Fiscal Year 2007, Office of AIDS Research, Office of the Director, NIH, (February, 2005).
- Epidemiology and Natural History Research Planning Group for Fiscal Year 2007, Office of AIDS Research, Office of the Director, NIH, (February, 2005).
- Advisory Board, The Fisher Center for the Study of Women and Men, Hobart & William Smith Colleges, Geneva, NY, (2004 - ).
- Faculty Executive Committee, Department of Epidemiology, JHBSPH, (2004 - ).
- Strategic Planning Committee, Department of Epidemiology, Johns Hopkins Bloomberg School of Public Health, (2001-2002).
- Phase III Committee, Design Working Group, Site Expansion Working Group, Training Executive Committee, Epidemiology and Bioethics Sub-Committees, and Member, Management Team, HIV Vaccine Trials Network, (2001- ).
- Board of Directors, Thai Youth AIDS Project, Chiang Mai, Thailand. (1996-1999).

- Review Committee, Department of International Health, Johns Hopkins University School of Hygiene and Public Health, 1999.
- American Public Health Association, (1994 - ).
- International Lesbian and Gay Human Rights Commission, (1994-2001).
- Gay and Lesbian Medical Association, (1997-2001).
- Society for AIDS in Asia and the Pacific, (1995 - ).
- Faculty Advisory Committee, Department of Epidemiology, JHBSPH, (2002-2004).
- MPH Admissions Committee, Johns Hopkins Bloomberg School of Public Health, (2000-2002).
- Department of International Health Review Committee, Johns Hopkins School of Hygiene and Public Health, (1999-2000).
- Student Funding Committee, Department of Epidemiology, Johns Hopkins School of Hygiene and Public Health, (1998-2000).
- Executive Committee, Strategic Planning Committee, Johns Hopkins School of Hygiene and Public Health, (1999-2000).
- The Johns Hopkins Working Group on Financing Health Care for Persons With AIDS, reporting to the National Commission on AIDS. Development of options papers on reducing drug costs of HIV infection and on barriers to early intervention in AIDS care. Washington DC. (1990-1991).

**Advisory Board**

- International Partnership for Microbicides, (April, 2005 - ).
- Sexual Health and Rights Program, Open Society Institute, (February, 2005 - ).
- The Fisher Center for the Study of Women and Men, Hobart & William Smith Colleges, Geneva, NY, (2004 - ).
- Molecular Epidemiology, Macfarlane Burnet Institute for Medical Research and Public Health, Melbourne Australia, (2002-2004).

**Consultant**

- Council on Foreign Relations, HIV and National Security, (June-December, 2004).
- World Bank, for HIV/AIDS Program Evaluation for Brazil. (March, 2003 - ).
- International Molecular Epidemiology, Macfarlane Burnet Institute for Medical Research and Public Health, Melbourne Australia, (2002-2004).
- World Bank Thailand Office, for reducing HIV transmission among Thai drug users, Bangkok, Thailand, (2001-present).
- World Bank Institute for HIV/AIDS Treatment Options for Developing Countries, Washington, DC, (2001).
- Levi Strauss Foundation, Washington, DC, (2001).
- Faculty Senate Representative, Department of Epidemiology, Johns Hopkins School of Hygiene and Public Health, (1998-2000).
- World Bank Thailand Office, (2000).
- Thai Red Cross, Program on AIDS, Bangkok, Thailand. (1994-1996).

**Testimony**

- District of Columbia Council, Committees on Health and the Judiciary, hearings on "Health Care in the District of Columbia Jails. "Women's Access to Health Care in the District of Columbia Municipal Detention Complex." (June 29, 2005).

- U.S. Congress, House of Representatives, Committee on Government Reform, Subcommittee on Criminal Justice, Drug Policy, and Human Resources, hearing on "Harm Reduction or Harm Maintenance." (February 16, 2005).

- U.S. Senate, Sponsored by the Congressional Human Rights caucus, Asia Watch, and the Open Society Institute. "Over land heroin trafficking routes and HIV spread in South and Southeast Asia." Washington DC, (February, 2000).

- United Nations Inter-Agency Group, Sponsored by the Burma Donors Forum, and the Soros Foundation. "The current health and humanitarian status of Burmese populations on the Thai-Burma Border." New York City, (October, 1999).

- U.S. Congress, Sponsored by the Congressional Women's' and Human Rights caucuses. Trafficking of Burmese Women and Girls into the Southeast Asian sex industry. Washington, D.C., (June, 1998).

- Office of Crime, Narcotics, and Terrorism, United States Department of State. The HIV/AIDS and heroin use situation on the India-Burma border. Washington, D.C., (December, 1997).

- National Commission on AIDS, on "The cost of AIDS drugs and the Orphan Drug Act," and "Barriers to Early Intervention in AIDS care." Washington, DC, (June 2, 1991).

**Trustee**

- Trustee, Institute for Asian Democracy, Washington, DC, (2000 - ).

## HONORS AND AWARDS

- Finalist, NIH Director's Pioneer Award (NDPA), 2005.
- Recipient, Community Service Award, District of Columbia Prisoners' Legal Services Project, Washington, D.C. (2005), for "Defending the Human Rights of Incarcerated People."
- Recipient, Humanitarian of the Year Award for Service to the People of Guangxi Province, from the Guangxi Provincial Government, People's Republic of China, (2003).
- Nominee, Jonathan Mann Prize in Health and Human Rights, Washington, DC (2003).
- Elected, Delta Omega Honorary Public Health Society, Alpha Chapter, Johns Hopkins School of Hygiene and Public Health, Baltimore (2000).

September 14, 2005

- Recipient, Charlotte Silverman Fund Award for Epidemiology and Policy, Department of Epidemiology, Johns Hopkins School of Hygiene and Public Health, Baltimore (1999).
- Nominee, 1999, for the First Jonathan Mann Prize in Health and Human Rights, Washington, DC (1999).
- Winner, Lowell E. Bellin Award for Excellence in Preventive Medicine and Community Health. S.U.N.Y Health Sciences Center at Brooklyn (1988).
- Recipient, Dr. Michael Kenny International Fellowship Fund Grant for study in India, (1987).
- Elected, Alpha Omega Alpha, S.U.N.Y. Health Sciences Center at Brooklyn, (1987).
- Elected, Phi Beta Kappa, Hobart and Wm. Smith Colleges, (1980).

## RESEARCH INTERSTS

- HIV/AIDS Epidemiology, Prevention, and HIV Vaccine Research and Development
- Epidemiology of HIV/AIDS in Asia
- Development of Research Capability in Developing Country Settings
- Public Health and Human Rights

## PUBLICATIONS

### Journal Articles

1. Khamboonruang C, **Beyrer C,** Natpratan C, Eiumtrakul S, Celentano DD, Nelson KE. Preparation for HIV/AIDS Vaccine Evaluations in Northern Thailand. *Thai AIDS Journal* 1993;5(3):198-207.

2. Nelson KE, **Beyrer C**, Natpratan C, Eiumtrakul S, Celentano DD, Khamboonruang C. Preparatory Studies for Possible HIV Vaccine Trials in Northern Thailand. *AIDS Res & Hum Retro* 1994;10 (s243-246).

3. **Beyrer C**, Eiumtrakul S, Celentano DD, Ruckhpaophunt S, Nelson KE, Khamboonruang C. Same sex Behavior, sexually transmitted diseases, and HIV risks among young northern Thai men. *AIDS,* 1995, **9:**171-176.

4. **Beyrer C.** The Kingdom of Lanna and the HIV Epidemic. *The Journal of The Siam Society*, 1995 Vol. 83 Parts 1&2, 221-230.

5. Kunawararak P, **Beyrer C**, Natpratan C, Feng W, Celentano DD, de Boer M, Nelson KE, Khamboonruang C. The epidemiology of HIV and syphilis among male commercial sex workers in northern Thailand. *AIDS* 1995, **9:**517-521.(CA)

6. Yu XF, Wang Z, **Beyrer C**, Celentano DD, Khamboonruang C, Allen N, Nelson KE. Phenotypic and genotypic characteristics of HIV-1 from AIDS patients in northern Thailand. *Journal of Virology* 1995 69;**8:**4649-4655.

7.  Celentano DD, **Beyrer C**, Natpratan C, Eiumtrakul S, Sussman L, Renzullo P, Nelson KE, Khamboonruang C. Willingness to participate in HIV vaccine trials among high risk cohorts in northern Thailand. *AIDS* 1995, **9**:1079-1083.

8.  Eiumtrakul S, Nelson KE, Celentano DD, Suprasert S, **Beyrer C**, Theetranont C. Relative risks for incident HIV-1 infections and incident sexually transmitted diseases (STDs) in a cohort of young Thai males. *Japanese Journal of Urology* 1995;**55**:135-142.

9.  **Beyrer C**, Brookmeyer R, Natpratan C, Ruckpaophunt S, Nelson KE, Khamboonruang C. Measuring HIV-1 incidence in northern Thailand; prospective cohort results and estimates based on early diagnostic tests. *JAIDS & Hum Retro* 1996;**12**:495-499.

10. **Beyrer C**, Celentano DD, Linpisarn S, Natpratan C, Feng W, Eiumtrakul S, Khamboonruang C, Nelson KE.  Hepatitis B Immunization; A Potential Incentive to HIV Vaccine Trial Participation in Thailand? *JAIDS & Hum Retro* 1996;**11**:396-400.

11. Suwanvanichkij V, **Beyrer C**, Khamboonruang C.  Access to health care services for treatment of HIV in northern Thailand: measurement of adequacy of response to the current epidemic. *Thai AIDS Journal* 1996, 8:4;181-190.

12. Nelson KE, Celentano DD, Eiumtrakul S, Hoover D, **Beyrer C**, Suprasert S, Kuntolbutra S, Khamboonruang C.  Changes in Sexual Behavior and a Decline in HIV Infection Among Young Men in Thailand.  *New Engl J Med*, 1996, 335:**5**;297-303.

13. Natpratan C, Nantakwan D, **Beyrer C**, Kunawararak P, Gunhom C, Khamboonruang C, Nelson KE.  Feasibility of Northern Thai Factory Workers for HIV Vaccine Trials. *SE Asian J Trop Med & Publ Health* 1996, 27:3;457-462.

14. Artenstein A, Hegerich P, **Beyrer C**, Rungreungthanakit K, Michael R, Natpratan C. Sequences and Phylogenetic Analysis of the *nef* Gene from Thai Subjects Harboring Subtype E HIV-1.  *JAIDS & Hum Retro* 1996, **6**:557-560.

15. Khamboonruang C, **Beyrer C**, Natpratan P, Keawvichit R, Wongworapat KG, Eiumtrakul S, Celentano DD, Nelson KE. Human Immunodeficiency Virus infection and Self-Treatment for Sexually Transmitted Diseases Among Northern Thai Men. *Sex Trans Dis* 1996, 4:201-207.

16. Celentano DD, Nelson KE, Suprasert S, Eiumtrakul S, Kuntolbutra S, **Beyrer C**, Zenilman J, Wright N, and Theetranont C. Epidemiologic risk factors for incident sexually transmitted diseases in young Thai men. *Sex Transm Dis* 1996, 3:198-205.

17. **Beyrer C**, Artenstein A, Kunawararak P, VanCott T, Mason C, Rungreungthanakit K, Hegerich P, Nelson KE, Khamboonruang C , Natpratan C .  The molecular epidemiology of HIV-1 among male commercial sex workers in northern Thailand. *JAIDS & Hum Retro*, 1997;**15**:304-307.

18. **Beyrer C**, Suprasert S, Sittitrai W, Celentano DD, Nelson KE, Kongsub B, Phanuphak P. Widely varying HIV prevalence and risk behaviors among the Hilltribe and ethnic minority peoples of upper northern Thailand. *AIDS Care*, 1997; Vol. 9, **4**:427-439.

19. Yu XF, Wang Z, **Beyrer C**, Celentano DD, Khamboonruang C, Nelson KE.  Diversity of full length Subtype E HIV-1 *env* Sequences in Early Seroconverters from Northern Thailand. *AIDS Res & Hum Retroviruses,* 1997;13:1439-41.

20. Rugpao S, Tovanabutra S, **Beyrer C**, Nuntakaung D, Yutabootr Y, Vongchak T, de Boer M, Celentano DD, Nelson KE.  Multiple condom use in Commercial Sex in Lamphun Province; A community-generated STD/HIV prevention strategy. *Sex. Trans Dis*, 1997;**24**:546-549.

21. Rugpao S, **Beyrer C**, Tovanabutra S, Natpratan C, Nelson KE, Celentano DD, Khamboonruang C.   Multiple condom use and decreased condom breakage and slippage in Thailand. *J AIDS & Hum Retro* 1997;**14**:169-173.

22. **Beyrer C**, VanCott T, Ng KP, Duriasamy G, Nagaratnam S, Saw T, Loomis-Price L, Hallberg P, Nelson KE.  HIV-1 Subtypes in Malaysia determined with serologic assays, 1992-1996. *AIDS & Hum Retro*, 1998;14:1687-1691.

23. **Beyrer C.**  Burma and Cambodia; Human Rights, Social Disruption, and the Spread of HIV/AIDS. *Health and Human Rights,*1998;**4**:85-97.

24. **Beyrer C**, Jitwatcharanan K, Natpratan C, Kaewvichit A, Nelson KE, Chen C, Weiss J, Morse S.  Molecular methods for the diagnosis of genital ulcer disease in a sexually transmitted disease clinic population in northern Thailand; predominance of herpes simplex virus (HSV) infection. *JID* 1998;**178**:243-6.

25. Wang Z, Lyles C, **Beyrer C**, Celentano DD, Vlahov D, Natpratan C, Markham R, Khamboonruang C, Nelson KE, Yu XF.  Diversification of subtype E of HIV-1 *env* in heterosexual seroconverters from northern Thailand. *JID* 1998;178(**5**):1507-1511.

26. Celentano DD, Nelson KE, Lyles C, **Beyrer C**, Eiumtrakul S, Go V, Kuntolbutra S, Khamboonruang C.  Decreasing incidence of HIV and sexually transmitted diseases in young Thai men between 1991-1995- Evidence for the success of the HIV/AIDS prevention and control program in Thailand. *AIDS* 1998, **12**:F29-F36.

27. Celentano DD, Jittiwutikorn J, Hodge M, **Beyrer C**, Nelson KE.  The Epidemiology of HIV-1 Infection among Opiate Users in Northern Thailand. *JAIDS*, 1998;**17**:73-78.

28. Polascek M, Celentano DD, Nelson KE, **Beyrer C**, Eiumtrakul S, Lyles C, Go VF, Khamboonruang C.  Decreasing incidence of HIV and sexually transmitted diseases in young Thai men - Evidence for the success of the HIV/AIDS control and prevention in Thailand. *AIDS Educ Prev* 1998.

29. **Beyrer C,** Artenstein A, Rungpao S, Stephens H, VanCott T, Robb M, Rinkaew M, Birx D, Khamboonruang C, Zimmerman P, Nelson KE, Natpratan C. Epidemiologic and Biologic Characterization of a Cohort of HIV-1 Highly Exposed, Persistently Seronegative Commercial Sex Workers in Northern Thailand. *JID* 1999;**179:**59-67.

30. Chelala C, **Beyrer C.** Drug Use and HIV/AIDS in Burma. *Lancet* 1999; 354(9184):1119.

31. Celentano DD, Hodge MJ, Razak MH, **Beyrer C,** Kawichai S, Cegielski JP, Nelson KE, Jittiwutikarn J. HIV-1 incidence among opiate users in northern Thailand. *Am J Epidemiol* 1999; **149:**558-64.

32. Yu XF, Chen J, Shao Y, **Beyrer C,** Wang Z, Liu B, Wang Z, Liu W, Yang J, Liang S, Viscidi RP, Gu J, Gurri-Glass G, Lai S. Emerging HIV infections with distinct subtypes of HIV-1 among injection drug users from geographically separated locations in Guangxi Province, China. *JAIDS* 1999;**22:**180-188.

33. Renzullo P, Celentano DD, **Beyrer C,** Eiumtrakul S, McNeil J, Garner R, Ruangyuttigarn A, Khamboonruang C, Nelson KE. HIV infection and risk behaviors in Thai men after their service in the Royal Thai Army: Informing vaccine cohort development. *AIDS and Behavior* 1999;**3(1):**25-32.

34. **Beyrer C.** HIV/AIDS in Asia: Accelerating and Disseminating. *The Washington Quarterly* 2000;**24**(1):211-225.

35. **Beyrer C,** Razak MH, Lisam K, Wei L, Chen J, Yu XF. Overland heroin trafficking routes and HIV spread in South and Southeast Asia. *AIDS* 2000;**14:**1-9.

36. Excler JL, **Beyrer C.** HIV vaccine development in developing countries: Are efficacy trials feasible? *J. Human Virology,* 2000;**3:**193-214.

37. Ainsworth M, **Beyrer C,** Soucat A. Thailand's response to AIDS: Building on Success, Confronting the Future. A World Bank Social Monitor. *World Bank Thailand Office,* Bangkok, November, 2000.

38. Piriyasilip S, McCutchan F, Carr JK, Sanders-Buell E, Liu W, Chen J, Wagner R, Wolf H, Shao Y, Lai, S, **Beyrer C,** Yu, X-F. A recent Outbreak of HIV-1 Infection in Southern China was Initiated by Two Highly Homogenous, Geographically Separated Strains: Circulating Recombinant for AE and a Novel BC Recombinant. *J Virology,* 2000;**74**(23):11286-11295.

39. Celentano DD, Bond K, Lyles C, Eiumtrakul S, Go V, **Beyrer C.** Na Chiangmai C, Nelson, KE, Khamboonruang C, Vaddhanaphuti C. Preventive Intervention to Reduce Sexually Transmitted Infections: A Field Trial in the Royal Thai Army. *Arch Intern Med.* 2000;**160:**535-540.

40. **Beyrer C,** Jie C, Lisam K, Razak MH.  Patterns of HIV Spread Associated with Drug Trafficking.  Proceedings: Global Research Network on HIV Prevention in Drug-Using Populations 3rd Annual Meeting, Durban, South Africa, 2000. National Institute of Drug Abuse, 2001, Bethesda, MD.

41. **Beyrer C.**  Shan Women and Girls and the Sex Industry in Southeast Asia; Political Causes and Human Rights Implications. *Soc Sci & Med*  2001;**53**:543-550.

42. Ainsworth M, **Beyrer C,** Soucat A.  Success and New Challenges for AIDS Control in Thailand.  *AIDScience* 2001;**1**(5)1-5.

43. **Beyrer C.**  Human Immunodeficiency Virus and heroin trafficking in Eastern Europe and Central Asia. *Interntl J Harm Reduction* 2002;**4**:4-6.

44. **Beyrer C,** Kass N. Human rights, politics, and reviews of research ethics. *Lancet* 2002; 360: 246-51.

45. **Beyrer C.**  Injecting Drug Users and HIV Vaccine Trials:  What Does the Science Say? AIDScience 2002;**2**(14):p1-6.

46. **Beyrer C.**  Injecting Drug Users and HIV Vaccine Trials:  What Does the Science Say? International AIDS Vaccine Initiative Report, 2002;**6**(3)16-19.

47. **Beyrer C.**  *UDIS E Ensaios de Vacina:  O Que A Ciencia Diz Sobre Isso*? (Portuguese) *Boletim Vacinas* 2002 (8):22-24.

48. McCutchan FE, Carr JK, Murphy D, Piyasirisilp S, Gao F, Hahn B, Yu XF, **Beyrer C,** Birx DL. Precise mapping of recombination breakpoints suggests a common parent of two BC recombinant HIV type 1 strains circulating in China. *AIDS Res Hum Retroviruses* 2002 Oct 10;**18**(15):1135-40.

49. Melbye K Khamboonruang C,  Kunawararak P, Celentano DD, Prapamontol T, Nelson KE, Natpratan C., **Beyrer C.**  Lifetime correlates associated with amphetamine use among northern Thai men attending STD and HIV anonymous test sites. *Drug and Alcohol Dep* 2002;**68**(3):245-253.

50. Kawichai S, Celentano DD, Chaifongsri R, Nelson KE, Srithanaviboonchai K, Natpratan C, **Beyrer C,** Khamboonruang C, Tantipiwatanaskul P.  Profiles of HIV Voluntary counseling and Testing Clients at a District Hospital, Chiang Mai Province, Northern Thailand, from 1995-1999. *J AIDS*  2002;**30**:493-502.

51. Nelson K, Eiumtrakul S, Celentano DD, **Beyrer C,** Galai N, Kawichai S, Khamboonruang C. HIV Infection in Young Men in Thailand, 1991-1998: Increasing role of Injection Drug Use. *JAIDS,* 2002;**29**:62-68.

52. **Beyrer C**, Razak MH, Labrique A, Brookmeyer R.  Assessing the magnitude of the HIV/AIDS epidemic in Burma. *J AIDS* 2003;**32**:311-317.

53. **Beyrer C**, Juttiwutikarn J, Teokul W, Razak MH, Suriyanon V, Srirak N, Pripaipan T, Vonchuk T, Tovanabutra S, Sripaipan T, Celentano DD.  Drug use, increasing incarceration rates, and prison associated HIV risks in Thailand. *AIDS & Behavior* 2003;(7) **2**:153-161.

54. **Beyrer C**.  Hidden Epidemic of Sexually Transmitted Diseases in China: Crisis and Opportunity. *JAMA* 2003;298(10).

55. **Beyrer C**.  Human Immunodeficiency Virus infection rates and heroin trafficking:  Fearful symmetries. *Bulletin on Narcotics: The science of drug use epidemiology* 2003;(14)**2**:400-417.

56. **Beyrer C**, Stachowiak J.  Health Consequences of the Trafficking of Women and Girls in Southeast Asia. *Brown J World Affairs* 2003;**10**(1):105-119.

57. **Beyrer C**.  Injecting drug users and HIV in Guangxi province, Southern China.  UNAIDS 2003; *UNAIDS Best Practice Digest, 3/3/2003.*

58. **Beyrer C**. An Epidemic of Denial: Stalled Responses to HIV/AIDS in China. *Harvard Intern'l Rev* 2003;15(2).

59. **Beyrer C**.  The HIV/AIDS vaccine research effort: an update. *Hopkins HIV Rep*. 2003;**15**(1):6-7.

60. Razak MH, Jittiwutikarn J, Suriyanon V, Vongchak T, Srirak N, **Beyrer C**, Kawichai S, Tovanabutra S, Rungruengthanakit K, Sawanpanyalert P, Celentano DD. HIV Prevalence and Risks Among Injection and Non-injection Drug Users in Northern Thailand: Need for Comprehensive HIV Prevention Programs. *J Acquir Immune Defic Syndr* 2003;33(**2**):259-266.

61. Dowdy DW, Maters A, Parrish N, **Beyrer C**, Dorman SE.  Cost-Effectiveness Analysis of the Gen-Probe Amplified Mycobacterium Tuberculosis Direct Test as Used Routinely on Smear-Positive Respiratory Specimens. *J Clin. Microbio* 2003;**41**(3):948-953.

62. Mullany L, Maung C, **Beyrer C**.  HIV/AIDS knowledge, attitudes and practices among Burmese migrant factory workers in Tak Province, Thailand. *AIDS Care*, 2003;**15**(1):63-70.

63. Ainsworth M, **Beyrer C**, Soucat A.  AIDS and public policy:  The lessons and challenges of 'success' in Thailand. *Health Policy* 2003;**64**(1):13-37.

64. Reynolds SJ, Bartlett JG, Quinn TC, **Beyrer C**, Bollinger RC.  Antiretroviral therapy where resources are limited. *NEJM* 2003;**348**(18):1806-9.

65. Tovanabutra S, Watanaveeradej V, Viputtikul K, De Souza M, Razak MH, Suriyanon V, Jittiwutikar J, Sriplienchan S, Nitayaphan S, Benenson MW, Sirisopana N, Renzullo PO, Brown AE, Robb ML, **Beyrer C**, Celentano DD, McNeil JG, Birx DL, Carr J, McCutchan F. A new circulating recombinant form, CRF15_01B, reinforces the linkage between IDU and heterosexual epidemics in Thailand. *AIDS Res Hum Retroviruses* 2003;**19**(7):561-7.

66. McCutchan FM, Carr JK, Tovanabutra S, Yu X-F, **Beyrer C**, Birx. HIV-1 and Drug Trafficking: Viral Strains Illuminate Networks and Provide Focus for Interventions. Proceedings of the 5th Global Response Network, Barcelona, 2003;112-119.

67. **Beyrer C**. Global Child Trafficking. *Lancet* 2004; Suppl 1(364):s16-s17.

68. **Beyrer C**. Is trafficking a health issue? *Lancet* 2004;(363):564-565.

69. **Beyrer C**. Public Health, Human Rights, and the Beneficence of States. *Human Rights Rev.* 2004;**5**(1): 28-33.

70. **Beyrer C**, MH Razak, J Jittiwutikarn, V Suriyanon, T Vongchak, N Srirak, S Kawichai, S Tovanabutra, K Rungruengthanakit, P Sawanpanyalert, T Sripaipan, and DD Celentano. Methamphetamine users in northern Thailand: changing demographics and risks for HIV and STD among treatment seeking substance abusers. *Intl J of STD & AIDS* 2004;**15**:D1146/1-8.

71. Rangsin R, Chiu J, Khamboonruang J, Sirisopana N, Eiumtrakul S, Brown AE, Robb M, **Beyrer C**, Ruangyuttikarn C, Markowitz LE, Nelson KE. The Natural History of HIV-1 Infection in Young Thai Men After Seroconversion. *J Acquir Immune Defic Syndr* 2004;**36**:622-629.

72. Leiter K, Tamm I, **Beyrer C**, Wit M, Iacopino V. No Status: Migration, Trafficking and Exploitation of Women in Thailand. Health and HIV/AIDS Risks for Burmese and Hill Tribe Women and Girls. *Physicians for Human Rights*, June 2004; Special Report, Boston, MA.

73. Tovanabutra S, **Beyrer C**, Sakkachornphop S, Razak MH, Ramos GL, Vongchak T, Rungruengthanakit K, Saokhieo P, Tejafong K, Kim B, De Souza M, Robb ML, Birx DL, Jittiwutikarn J, Suriyanon V, Celentano DD, McCutchan F. The Changing Molecular Epidemiology of HIV Type I among Northern Thai Drug Users, 1999 to 2002. *AIDS Res & Hum Retroviruses* 2004;**20**(5):465-475.

74. Kawichai S, **Beyrer C**, Khamboonruang C, Celentano DD, Natpratan C, Rungreungthanakit K, Natpratan P, Nelson, K. HIV incidence and risk behaviors after experiencing voluntary HIV counseling and testing (VCT) among adults aged 19-35 years living in peri-urban communities, Chiang Mai, northern Thailand. *AIDS Care.* 2004 Jan;**16**(1):21-35.

75. Srirak N, Kawichai S, Vongchak T, Razak MH, Jittiwuttikarn J, Tovanabutra S, Rungruengthanakit K, Keawvichit R, **Beyrer C**, Wiboonatakul K, Sripaipan T, Suriyanon V, Celentano DD. HIV infection among female drug users in Northern Thailand. Drug Alcohol Depend. 2005 May 9;**78**(2):141-5.

76. Sahay S, Mehendale S, Sane S, Brahme R, Shah Brown A, Charron K, **Beyrer C**, Bollinger R, Paranjape R. Correlates of HIV vaccine trial participation: an Indian perspective. Vaccine 2005;**23**(11):1351-8.

77. Wiewel EW, Go VF, Kawichai S, **Beyrer C**, Vongchak T, Srirak N, Jaroon J, Suriyanon V, Razak MH, Celentano DD. Injection prevalence and risks among male ethnic minority drug users in northern Thailand. *AIDS CARE* 2005;**17**:102-110 .

78. Kawichai S, Nelson, K, Natpratan C, Celentano DD, Khamboonruang C, Natpratan P, **Beyrer C**. Personal history of voluntary counseling and testing (VCT) among adults 19-35 years living in peri-urban communities, Chiang Mai, Northern Thailand. *AIDS and Behavior* 2005;**9**(2):233-242.

79. Golub ET, Purvis L, Sapun M, Safaeian M, **Beyrer C**, Vlahov D, Strathdee S. Changes in Willingness to Participate in HIV Vaccine Trials among HIV-negative Injection Drug Users. *AIDS Education and Prevention* 2005 Aug. 9:1-9.

80. **Beyrer C**. Sripaipan T. Tovanabutra S. Jittiwutikarn J Suriyanon V. Vongchak T Srirak N Kawichai S Razak MH Celentano DD. High HIV , hepatitis C and sexual risks among drug-using men who have sex with men in Northern Thailand. *AIDS*. 2005 Sep 23;**19**(14):12535-1540.

81. Stachowiak JA, Sherman S, Konakova A, Krushkova I, Peryshkina A, Strathdee S, **Beyrer C**. Health risks and power among female sex workers in Moscow. *SIECUS Rep*. Spring 2005;**33**(2):18-25

-------

82. Lee TJ, Mullany LC, Richards A, Maung C, **Beyrer C**. Mortality rates among Karen, Karenni, and Mon internally displaced persons (IDPs) in Burma in 2002. (*Under Review, JAMA*, 2005.)

83. **Beyrer C**, Lowther S, Terzian A, Zambrano J, Galai N. Civil conflict and health information: The impact of social disruption and war on HIV/AIDS and Malaria research in the Democratic Republic of Congo, 1980-2004. (*Under Review, Public Health Reports*, 2005.)

84. Stachowiak JA, Tichonova F, Strathdee SA, Stibich M, Mogilnii V, **Beyrer C**. Marked ethnic differences in HIV prevalence and risk behaviors among injecting drug users in Dushanbe, Tajikistan, 2004. (*In Press, Drug & Alcohol Dep.*, 2005.)

September 14, 2005

85. Leiter K, Suwanvanichkij V, Tamm I, Iacopino V, **Beyrer C.** Human Rights Abuses and Vulnerability to HIV/AIDS: The Experiences of Burmese women and girls in Thailand. (*Under Review, Soc Sci & Med, 2005.*)

86. Stachowiak JA, Peryskina A, Sherman S, Strathdee S, **Beyrer C.** I have managed to remain human: Sex work, health risks, and loci of control among Moscow female sex workers, 2002-2003. (*Under Review, Health & Human Rights. 2005.*)

87. **Beyrer C,** Gauri V, Vaillancourt D. Brazil's Response to HIV/AIDS: Policies and Politics, 1982-2003. (*In Press, Health Policy, 2005.*)

88. Kawichai S, Celentano DD, Vongchak T, **Beyrer C,** Suriyanon V, Razak MH, Srirak N, Rungruengthanakit K, Jittiwutikarn J. HIV incidence after HIV VCT among male intravenous drug users in northern Thailand: Evidence of an urgent need for HIV prevention. (*In Press, AIDS, 2005*).

89. Piens C, Sherman S, Gilbert P, **Beyrer C.** Informing HIV vaccine efficacy trials: Lessons learned from past non-HIV vaccine efficacy trials on critical paths to licensure. (*Under Review, Clinical Trials: J Soc. Clinical Trials, 2005*).

90. Beyrer C. Kawichai S. Hyder JA, Borwornsin S. Srirak N. Natpratan C. Celentano DD, Khamboonruang C. Patterns of HIV and syphilis infection in Northern Thailand 1998-2001. (*Under Review, J Int STD & AIDS, 2005*

**Books**

**Beyrer C.** War in the Blood: Sex, Politics, and AIDS in Southeast Asia. (Zed Books, London, 1998, White Lotus, Bangkok, 1998, and St. Martin's Press, New York, 1998. Second Edition, released, 2000. Thai Language Edition, *"Songkram Nai Luat,"* Chulalongkorn University Press, Bangkok, 2002).

**Beyrer C,** Pizer H, Eds.. Public Health and Human Rights: Methods and Approaches. (Johns Hopkins University Press, *In Press,* expected publication, mid-2006.)

**Book Chapters**

1. **Beyrer C.** "Women: Wives, Mothers, Daughters." In Constructing Sexualities: Readings in Sexuality, Gender, and Culture. Ed: LaFont S. (Prentice Hall, Upper Saddle River, NJ, 2002.):340-346.

2. **Beyrer C.** "Burma and Cambodia: Human Rights, Social Disruption and the Spread of HIV/AIDS." In War on Drugs, HIV/AIDS and Human Rights. Ed: Malinowska-Sempruch K, Gallagher S. (International Debate Education Association, New York, 2004):239-253

3. **Beyrer C**, Stephens, HAF. "Transmission of HIV and other infectious diseases in Southeast Asia: genetic and cultural factors." In AIDS in Asia. Eds: Lu Y, Essex M. (Kluwer Academic/Plenum Publishers, New York, 2004):317-336.

4. **Beyrer C.** "The AIDS Pandemic: An Introduction." In The AIDS Pandemic: Impact on Science and Society. Eds: Mayer K, Pizer H.(Elsevier Science, London, 2005.):1-13.

5. **Beyrer C**, Kumarasamy A, Pizer H. "Asia: Health Meets Human Rights." In The AIDS Pandemic: Impact on Science and Society. Eds: Mayer K, Pizer H.(Elsevier Science, London, 2005.):374-398.

6. **Beyrer C.** "The Thai VaxGen Trial: What have we learned?" In: Accelerating AIDS Vaccine Development: Challenges and Opportunities. Eds: Koff W, Kahn P.(Plenum Publishers, New York, In Press, 2005.)

7. **Beyrer C**, Zenilman J. "STDs, HIV/AIDS and Migrant Populations." In Sexually Transmitted Diseases, Fourth Edition. Eds: Holmes KK, Sparling PF, Stamm WE, Piot P, Wasserheit JW, Corey L, Cohen M, Watts H. (McGraw Hill, In Press, 2005).

8. **Beyrer C**, der Lind van Wijngaarden JW. "Chaai Boreekan: Male Sex Workers and the Thai Sex Industry." In Prostitution in Southeast Asia. Ed: Husson L and Baffie J. (In Press, French National Institute for Research in Southeast Asia, 2005.)

9. Archibald C, Bastos F, **Beyrer C**, Nick Crofts N, Don Des Jarlais D, Grund JP, Hacker M, Heimer R, and Saidel T. "The nature and extent of HIV/AIDS among injecting drug users." In Evidence For Action: Establishing the Evidence-Base for Effective HIV Prevention among Injecting Drug Users. (In Press, World Health Organization, Geneva, 2005).

**Other Articles and Editorials**

1. **Beyrer C.** Chinese Torture of Ethnic Tibetans [Letter]. *New York State J. of Med.*1988 Jun;88(6):331.

2. Smith H, **Beyrer C**, Benons L, Hospedales J. Measles Elimination: the Caribbean [Letter]. *The Lancet*, 9-23-92.

3. Davis K, Bialek R, Chaulk P, **Beyrer C**, Cowley P, Harlow J. Financing Health Care for Persons with HIV Infection and AIDS. A report for the National Commission on AIDS. June, 1991.

4. Khamboonruang C, Natpratan C, Eiumtrakul S, **Beyrer C**, Nelson KE, Celentano DD. Thai PAVE Project Preparatory Studies for HIV Vaccine Trials: A Summary. Pp. 10-16 in: *Preparations for HIV/AIDS Vaccine Evaluations in Northern Thailand (PAVE)*. ISBN 974-565-773-5. Chiang Mai, Thailand: Research Institute for Health Sciences, 1994.

5. **Beyrer C**, Suprasert S, Sittitrai W, Celentano DD, Phanuphak P. An HIV prevalence and risk Factor survey among the Hilltribe and ethnic groups of upper northern Thailand. Special Publication, Thai Red Cross Society Programme on AIDS, Bangkok, 1995.

6. **Beyrer C**. HIV Vaccine Evaluations: Efficacy Trial Considerations. **In**: SK Lam, KP Ng, YF Ngeow (Eds.), *Proceedings of the Workshop on the Epidemiology of HIV and AIDS: Methods, Approaches, and Applications*. Kuala Lumpur: University of Malaya, 1996: 103-107.

7. **Beyrer C**. An Introduction to HIV and AIDS Epidemiology. **In**: SK Lam, KP Ng, YF Ngeow (Eds.), *Proceedings of the Workshop on the Epidemiology of HIV and AIDS: Methods, Approaches, and Applications*. Kuala Lumpur: University of Malaya, 1996: 41-45.

8. Nelson KE, Celentano DD, Eiumtrakul S, **Beyrer C**, Suprasert S, Hoover D, Kuntolbutra S, Khamboonruang C. Thai program increases men's use of condoms with sex workers [digest]. Intern Fam Plan Persp 1996; 22:177-78.

9. **Beyrer C**, Doherty F. Out of Control; the HIV/AIDS Epidemic in Burma. *The New Internationalist* 1996, Vol. 240:6;23-24.

10. **Beyrer C**, Doherty F. Out of Control 2; the HIV/AIDS Epidemic in Burma. A Report on the Current Status of the HIV/AIDS and Heroin Epidemics, Policy Options, and Policy Implications. Special Report: Southeast Asian Information Network, Bangkok, Thailand, 1998.

11. **Beyrer C**. *War in the Blood; Sex, Politics and AIDS in Southeast Asia*.[Excerpts] *Burma Debate* 1998;5(2):4-12.

12. La Montagne JR, Rabinovich R, Curlin G, **Beyrer C**, Gellin B, et al. *Task Force on Safer Childhood Vaccines: Final Report and Recommendations*. National Institute of Allergy and Infectious Diseases, N.I.H., Jan. 1998.

13. Yu XF, Chen J, Shao Y, **Beyrer C**, Lai S. Two subtypes of HIV-1 among injection-drug users in southern China [Letter]. *The Lancet* 1998;**351**:1250.

14. **Beyrer C**, Kunawararak P, Celentano DD, Nelson KE. The epidemiology of HIV among male commercial sex workers in Northern Thailand [Letter]. *AIDS*, 1996, **1**:113.

15. **Beyrer C**, Nelson. Loss to follow-up effect in investigations of HIV-1 incidence [Letter]. *The Lancet* 1997;**349**:649-650.

16. Chelala C, **Beyrer C.** Drug use fueling Asian AIDS epidemic.[Editorial]. *The Japan Times* 1999, Oct. 8th.

17. Chelala C, **Beyrer C.** Drug use and HIV AIDS in Burma.[Editorial]. *The Lancet* 1999;**354**:1119.

18. **Beyrer C.** The Health and Humanitarian Situation of Burmese Populations Along the Thai-Burma Border. *Burma Debate* 1999;VI(3):4-13.

19. **Beyrer C.** A brief history of opiate use in Asia. Millennium Essay, *Asian Harm Reduction Network Newsletter*, 2000;1:7-10.

20. **Beyrer C**, Kass N. Human Rights and Research Ethics in Singapore. [Letter]. *Lancet* 2002;360(9349):1982-83.

21. **Beyrer C.** Global Sex, by Dennis Altman. Book Review. *Social Sci. and Med* 2003;56(6):1369-70.

22. **Beyrer C.** Dual Loyalty and Human Rights in Health Professional Practice. Book Review. *JAMA* 2003;290(5):671-672.

23. **Beyrer C.** Government must protect Burmese, hill-tribe people. Editorial. *The Nation*, Bangkok, Thailand, 16-07-2004.

24. **Beyrer C.** Sickness and Wealth: The Corporate Assault on Global Health. Book Review. *JAMA 2005*;293(9):1142-1143.

25. **Beyrer C**, Hyder JA, Kawichai S, Borwornsin S, Srirak N, Natpratan C, Celentano DD, Khamboonruang C. Patterns of HIV and Syphilis Infection in Northern Thailand 1998-2001. (Under review, *Intl J STD & AIDS,* 2005.)

**Abstracts**

1. **Beyrer C**, Nelson KE, Natpratan C, Linpisarn S, Rungruengthanakit K, Keawvichit R, and Khamboonruang C. Preliminary baseline prevalence of selected sexually transmitted diseases, including hepatitis N, in two cohorts of HIV-1 seronegative adults in northern Thailand. RIHES Annual Meeting, 21-22 July 1993.

2. Wongworapat K, Wannarumol S, Putsyainunt R, Keawvichit R, Wannarumol N, Natpratan C, **Beyrer C**, Nelson KE, and Khamboonruang C. A comparison of prevalent sexually transmitted diseases between direct and indirect HIV-1 seronegative female commercial sex workers in the Thai PAVE cohort. Mahidol Day, Chiang Mai University, Chiang Mai, 24 September 1993.

3. Khamboonruang C, **Beyrer C**, Natpratan C, Celentano DD, Nelson KE. Baseline prevalence of selected sexually transmitted diseases in direct and indirect HIV-1 seronegative commercial sex workers in northern Thailand. Conference of Advances in AIDS Vaccine Development, The 6th NCVDG Meeting, Alexandria, VA, 30 Oct-Nov. 4, 1993.

4. **Beyrer C**, Nelson KE, Eiumtrakul S, Celentano DD, Kaldor J, Khamboonruang C. Estimating HIV-1 Incidence from Serial Prevalence Data Using the Birth Cohort Method: An Application Using Data from Royal Thai Army Cohorts in Northern Thailand. The 6th NCVDG Meeting, Alexandria VA, 30 Oct-Nov. 4, 1993.

5. Nelson KE, **Beyrer C**, Natpratan C, Eiumtrakul S, Celentano DD, Khamboonruang C. HIV Vaccine Preparedness Studies in Four Cohorts of High Risk Seronegative Adults in N. Thailand. The 6th NCVDG Meeting, Alexandria VA, 30 Oct-Nov. 4, 1993.

6. Celentano DD, **Beyrer C**, Natpratan C, Nelson KE, Khamboonruang C. Baseline Behavioral Characteristics of a cohort of High Risk HIV-1 Seronegative Male STD Clinic Users in Northern Thailand. The 6th NCVDG Meeting, Alexandria VA, Oct 30-Nov. 4, 1993.

7. Akarasewi P, Nelson KE, Suprasert S, Wright N, **Beyrer C**, Celentano DD. Risk Factors for HIV-1 Infection in Female Commercial Sex Workers in N. Thailand. The 9th International Conference on AIDS, Berlin, June 1994.(P0-C14-2898).

8. Khamboonruang C, Natpratan C, Eiumtrakul S, **Beyrer** C, Celentano DD, Nelson KE. "Self-treatment for sexually transmitted diseases among northern Thai men: A comparison of male STD clinic users and Royal Thai Army conscripts in the Thai PAVE cohorts." Annual National Conference on Health Behavior, Songkhla, Thailand, 1994.

9. Nelson KE, Khamboonruang C, **Beyrer C**, Natpratan C, Eiumtrakul S, Celentano DD. HIV incidence in adults in northern Thailand. 34th Interscience Conference on Antimicrobial Agents and Chemotherapy, Orlando, Florida, 4-7 October 1994.

10. Linpisarn S, **Beyrer C**, Eiumtrakul S, Natpratan C, Nelson KE, Khamboonruang C. Sexual behavior and risk of hepatitis B infection among northern Thai men. The Thai National Conference on AIDS, Chiang Mai, 27-29 July 1994.

11. Eiumtrakul S, Keawvichit R, **Beyrer C**, Celentano DD, Nelson KE, Khamboonruang C. Risks for prevalent syphilis infection among northern Thai military conscripts. The Thai National Conference on AIDS, Chiang Mai, 27-29 July 1994.

12. Wongworapat K, Keawvichit R, Natpratan C, **Beyrer C**, Nelson KE, Khamboonruang C. Changing gonorrhea and chlamydia infection rates among female commercial sex workers in northern Thailand. The Thai National Conference on AIDS, Chiang Mai, 27-29 July 1994.

13. Natpratan C, **Beyrer C**, Celentano DD, Nelson KE, Khamboonruang C. Risk factors for incident HIV infection among female commercial sex workers in northern Thailand. The Thai National Conference on AIDS, Chiang Mai, 27-29 July 1994.

14. Khamboonruang C, Celentano DD, Eiumtrakul S, Sussman L, **Beyrer C**, Nelson KE. Factors associated with participation in HIV preventive vaccine trails among northern Thai military conscripts: Results from the Thai PAVE Project.  The Thai National Conference on AIDS, Chiang Mai, 27-29 July 1994.

15. **Beyrer C**, Khamboonruang C, Natpratan C, Celentano D, Nelson KE. Incident HIV and STDs in direct and indirect commercial sex workers (CSWs) in Thailand.  Tenth International AIDS Conference, Yokohama, Japan, 7-12 August 1994. (oral presentation).

16. Renzullo P, **Beyrer C**, Nelson KE, Celentano DD, Eiumtrakul S, and Khamboonruang C. HIV-1 infection in young men discharged from the army. Tenth International AIDS Conference, Yokohama, Japan, 7-12 August 1994.

17. Wang Z, Yu XF, **Beyrer C**, Khamboonruang C, Nelson KE. Characterization of E subtype HIV-1 from AIDS patients and recent seroconverters in northern Thailand.  Tenth International AIDS Conference, Yokohama, Japan, 7-12 August 1994.

18. Khamboonruang C, **Beyrer F**, Natpratan C, Eiumtrakul S, Celentano DD, Nelson KE.  HIV incidence in adults in northern Thailand. Tenth International AIDS Conference, Yokohama, Japan, 7-12 August 1994. (oral presentation)

19. Nelson KE, **Beyrer C**, Eiumtrakul S, Khamboonruang C, Celentano DD, Wright N. HIV prevalence and risk behavior in young men in northern Thailand, 1991-1993.  Tenth International AIDS Conference, Yokohama, Japan, 7-12 August 1994 (accepted for poster presentation).

20. Mascola J, Yu XF, Wang E, **Beyrer C**, Khamboonruang C, Nelson KE, McCutchan F, McNeil J, Burke D.  "Conservation of neutralization serotype among clade B and E viruses despite V3 loop sequence variation."  Seventh Annual NCVDG meeting, Reston VA, No. 6-10, 1994.

21. Khamboonruang C, **Beyrer C**, Natpratan C, Eiumtrakul S, Celentano DD, Nelson KE.  HIV incidence in adults in northern Thailand.  Seventh Annual NCVDG meeting, Reston VA, No. 6-10, 1994.

22. Natpratan C, Kunawararak P, **Beyrer C**, Feng W, Khamboonruang C, Nelson KE.  HIV-1 incidence and prevalence among male commercial sex workers in northern Thailand. Seventh Annual NCVDG meeting, Reston VA, No. 6-10, 1994.

23. Nelson KE, **Beyrer C**, Eiumtrakul S, Khamboonruang C.  HIV-1 prevalence and changes in risk behavior among young men in northern Thailand. Seventh Annual NCVDG meeting, Reston VA, No. 6-10, 1994.

24. Celentano DD, **Beyrer C**, Natpratan C, Eiumtrakul S, Sussman L, Renzullo P, Nelson KE, Khamboonruang C. Inducements and barriers to HIV vaccine trial participation among high risk cohorts in northern Thailand, 1994. Seventh Annual NCVDG meeting, Reston VA, No. 6-10, 1994.

25. Celentano DD, Bond KC, na Chiangmai C, Vaddhanaphuti C, Eiumtrakul S, **Beyrer C**, Nelson KE. "Integrating HIV/AIDS prevention into the Royal Thai Army reduces HIV and STD risks among young Thai conscripts. Third USAID HIV/AIDS Prevention Conference, Washington DC, 1995.[Oral Presentation].

26. Celentano DD, Bond KC, na Chiangmai C, Vaddhanaphuti C, Eiumtrakul S, **Beyrer C**, Khamboonruang C, Nelson KE. "Preventive interventions among Thai conscripts reduce HIV/ STD." Eleventh Meeting of the International Society for STD Research, New Orleans, LA, 1995.

27. Celentano DD, Bond KC, na Chiangmai C, Vaddhanaphuti C, Eiumtrakul S, **Beyrer C**, Nelson KE. "Integrating HIV/AIDS prevention into the Royal Thai Army reduces HIV and STD risks among young Thai conscripts. 123rd Annual Meeting of the American Public Health Association, San Diego, CA, October, 1995.

28. Khamboonruang C, **Beyrer C**, Natpratan C, Celentano DD, Nelson KE. "Cohort development in northern Thailand: HIV incidence studies among male and female STD clinic users. Third China International Symposium on AIDS, Beijing, December, 1995.

29. **Beyrer C**, Khamboonruang C, Eiumtrakul S, Celentano DD, Nelson KE. "Declining HIV Infections among young men in northern Thailand: The Royal Thai Army cohort studies." Third China International Symposium on AIDS, Beijing, December, 1995.

30. **Beyrer C** Suprasert S, Sittitrai W, Celentano DD, Phanuphak P. "Migration and HIV among the hilltribes of northern Thailand." First Technical Consultation, Asian Center for Research on Migration, Bangkok, May, 1995.

31. Yu XF, Wang E, **Beyrer C**, Celentano DD, Khamboonruang C, Suprasert S, Nelson KE. "Characterization of E subtype HIV-1 from recent seroconverters in northern Thailand." Third Int'l Conference on AIDS in Asia and the Pacific, Chiang Mai Thailand. September, 1995. (Oral Presentation).

32. Renzullo P, **Beyrer C**, Nelson KE, Celentano DD, Eiumtrakul S, Khamboonruang C, Ruangyuttigarn C. "HIV-1 Infection Risk in Young Men Discharged from the Army." Third Int'l Conference on AIDS in Asia and the Pacific, Chiang Mai Thailand, September, 1995. (Oral Presentation).

33. Celentano DD, Bond K, Na Chiang Mai C, Vaddhanaphuti C, Eiumtrakul S, **Beyrer C**, Nelson KE. "HIV Prevention in the Royal Thai Army Reduces HIV Risks Among Conscripts." Third Int'l Conference on AIDS in Asia and the Pacific, Chiang Mai Thailand, September, 1995. (Oral Presentation).

34. Natpratan C, Nantakwan D, **Beyrer C**, Kunawararak P, Gunhom C, Khamboonruang C, Nelson KE. "Feasibility of Northern Thai Factory Workers for HIV Vaccine Trials." Third Int'l Conference on AIDS in Asia and the Pacific, Chiang Mai Thailand, September, 1995.

35. **Beyrer C**, Brookmeyer R, Natpratan C, Ruckpaophunt S, Nelson KE, Khamboonruang C. "Measuring HIV-1 incidence in northern Thailand; prospective cohort results and estimates based on early diagnostic tests." Third Int'l Conference on AIDS in Asia and the Pacific, Chiang Mai Thailand, September, 1995.

36. **Beyrer C**, Suprasert S, Celentano DD, Nelson KE, Phanupak P, Sittitrai W. "HIV/AIDS Knowledge, Attitudes and Perceptions among nine ethnic minority groups in northern Thailand." Third Int'l Conference on AIDS in Asia and the Pacific, Chiang Mai Thailand, September, 1995.

37. Khamboonruang C, **Beyrer C**, Natpratan C, Eiumtrakul S, Celentano DD, Nelson KE. "HIV incidence in adults in northern Thailand." Third Int'l Conference on AIDS in Asia and the Pacific, Chiang Mai Thailand, September, 1995.

38. Suprasert S, **Beyrer C**, Celentano DD, Nelson KE, Phanupak P, Sittitrai W. "HIV Prevalence among Nine Ethnic Minority Groups in Northern Thailand." Third Int'l Conference on AIDS in Asia and the Pacific, Chiang Mai Thailand, September, 1995.

39. Sussman L, Celentano DD, **Beyrer C**, Natpratan C, Khamboonruang C, Nelson KE. "Enabling Sex Workers to Prevent HIV/STD Infection." Third Int'l Conference on AIDS in Asia and the Pacific, Chiang Mai Thailand, September, 1995.

40. **Beyrer C**, Khamboonruang C, Natpratan C, Celentano DD, Nelson KE. "HIV Prevalence among Male and female STD Clinic Users in Northern Thailand." Third US Retrovirology Meeting, Washington DC, January, 1996.

41. **Beyrer C**, Celentano DD, Natpratan C, Feng W, Khamboonruang C, Nelson KE. "Hepatitis B Immunization; A Potential Incentive to HIV Vaccine Trial Participation in Thailand?" Eighth NCVDG, Bethesda MD, Feb. 1996. (Oral Presentation, Brief Definitive Reports)

42. **Beyrer C**, Khamboonruang C, Natpratan C, Celentano DD, Nelson KE. "Screening Results for a cohort of Male and Female STD Clinic Users in Northern Thailand." Eighth NCVDG, Bethesda MD, Feb. 1996.

43. Khamboonruang C, **Beyrer C**, Natpratan C, Celentano DD, Nelson KE. "Cohort development in northern Thailand; HIV incidence studies among male and female STD clinic users." Eighth Annual NCVDG, Bethesda MD, Feb. 1996.

44. **Beyrer C**, Suprasert S, Celentano DD, Nelson KE, Phanupak P, Sittitrai W. "Widely varying HIV prevalence and risks among 9 ethnic minority groups in Northern Thailand." Eleventh International Conference on AIDS, Vancouver, Canada, July, 1996.

45. Kunawararak P, **Beyrer C**, Pongthong J, Thirasawat A, Natpratan C.  HIV Incidence among male commercial sex workers in northern Thailand, 1989-1995.  Eleventh International Conference on AIDS, Vancouver, Canada, July, 1996.[Oral Presentation]

46. Khamboonruang C, **Beyrer C**, Natpratan C, Eiumtrakul S, Celentano DD, Nelson KE.  "HIV incidence in adults in northern Thailand."  Eleventh International Conference on AIDS, Vancouver, Canada, July, 1996.

47. Cheodchai C, Rungruengthanakit K, Mason C, Markowitz L, **Beyrer C**, Kitsiripornchai C, Nitayaphan S, Michael R, Nelson KE.  "Association of Chancroid seroprevalence with HIV-1 seroprevalence in young Thai men."  Eleventh International Conference on AIDS, Vancouver, Canada, July, 1996.

48. Nelson KE, Celentano DD, Eiumtrakul S, Hoover D, **Beyrer C**, Kuntolbutra S, Khamboonruang C.  "Behavioral dynamics of declining HIV infection rates among young men in northern Thailand."  Eleventh International Conference on AIDS, Vancouver, Canada, July, 1996.

49. Lind van Wijngaarden J, Chiancharoen C, **Beyrer C**. "A peer-based HIV intervention for men who have sex with men in urban Chiang Mai, northern Thailand.  Eleventh International Conference on AIDS, Vancouver, Canada, July, 1996.

50. Renzullo P, Nelson KE, Celentano DD, **Beyrer C**, Eiumtrakul S, Garner R, McNeil J, Khamboonruang C.  "HIV-1 infection risk behavior change in a cohort of Thai men during and after military service." Eleventh International Conference on AIDS, Vancouver, Canada, July, 1996.

51. Rugpao S, Wongchak T, **Beyrer C**, Khamboonruang C, Yutabootr Y, Celentano DD, Nelson KE.  "Frequency of condom use and breakage and slippage in commercial sex in northern Thailand."  Eleventh International Conference on AIDS, Vancouver, Canada, July, 1996.(Oral Presentation)

52. Celentano DD, **Beyrer C**, Natpratan C, Eiumtrakul S, Nelson KE, Go V, Khamboonruang C.  "Sexual mixing and condom use among high risk seronegative men in northern Thailand." Eleventh International Conference on AIDS, Vancouver, Canada, July, 1996.

53. Chuenchitra C, Rungreungthanakit K, Mason C, Markowitz L, **Beyrer C**, Kitsiripornchi C, Khamboonruang C, Nitayaphan S, Michael R, Nelson KE, Maclean i.  Association of Chancroid seroprevalence with HIV-1 seroprevalence in young Thai men.  Third U.S. Retrovirology Meeting, Virginia, February, 1997.

54. Kingkaew M, Suriyachai V, Mason C **Beyrer C**, Suriyanon S, Natpratan C, Nelson KE, Maclean I, Khamboonruang C.  Evaluation of Chancroid ELISA for Epidemiologic study in Thailand.  Annual Research Conference, Chiang Mai University, June, 1997.

55. Khamboonruang C, Cegielski P, Celentano DD, Suprasert S, Eiumtrakul S, Beyrer C, Nelson KE. Experiences and lessons learned from the HIV vaccine feasibility cohort: Incidence could be reduced in the absence of vaccine. Joint International Tropical Medicine Meeting, Bangkok, August, 1997.

56. Stephens H, **Beyrer C**, Mastro T, Klathong V, Kunachiwa S, Fongsatikul C, Khamboonruang C, Limpakarnjanarat K, Mason C, Michael R, Artenstein A, Nelson KE, Chandanayingyong D. "HLA Class I alleles in a cohort of HIV-1 highly-exposed persistently seronegative (HEPS) commercial sex workers in northern Thailand." Third International Meeting on HIV and Immunoregulation, Wales, UK, September, 1997.

57. Nelson KE, Celentano DD, **Beyrer C**, Khamboonruang C, Eiumtrakul S. "Declining HIV Infection rates resulting from recent behavior change in Thailand." Institute of Human Virology, University of Maryland, 1997 Annual Meeting, Baltimore, September, 1997.

58. Celentano DD, Nelson KE, **Beyrer C**, Eiumtrakul S, Khamboonruang C. "Condom use in Thailand: Do individual use patterns support national STD trends?" Plenary session, International Society STD Research, Seville, Spain, October, 1997.

59. **Beyrer C**, VanCott T, Peng NK, Artenstein A, Duriasamy G, Nagaratnam S, Saw TL, Loomis-Price L, Hallberg P, Nelson KE. "HIV-1 Subtypes in Malaysia; Segregation by Risk." Fourth International Congress on AIDS in Asia, Manila, October, 1997.

60. **Beyrer C**, Kunawararak P, Natpratan C, Khamboonruang C, Celentano DD, Nelson KE. "The role of same-sex behavior in the HIV epidemic among northern Thai men." Fourth International Congress on AIDS in Asia, Manila, October, 1997.

61. Celentano DD, Juttiwutikorn J, Hodge M, **Beyrer C**, Cegielski P, Nelson KE. "HIV-1 Incidence among Opiate Users in northern Thailand." Fourth International Congress on AIDS in Asia, Manila, October, 1997.

62. Celentano DD, Nelson KE, Lyles C, **Beyrer C**, Eiumtrakul S, Go V, Khamboonruang C. "Declining Incidence of HIV and STDs in young Thai men." Fourth International Congress on AIDS in Asia, Manila, October, 1997.

63. Khamboonruang C, Cegielski P, Eiumtrakul S, Suwanarach C, **Beyrer C,** Celentano DD, Nelson KE. "Changes in sexual risk behaviors among young men in northern Thailand, 1995-1997." Fourth International Congress on AIDS in Asia, Manila, October, 1997.

64. Khamboonruang C, Cegielski P, Natpratan C, **Beyrer C,** Celentano DD, Nelson KE. "Condom use with stable female sexual partners by men attending STD/Anonymous testing clinics (ATC) in northern Thailand, 1995-1997." Fourth International Congress on AIDS in Asia, Manila, October, 1997.

65. Khamboonruang C, Tovanabutra S, Wongtrakul K, Sittisombat N, Cegielski P, **Beyrer C**, Eiumtrakul S, Suwanarach C, Nelson KE. "Analysis of HIV-1 subtype in northern Thailand by heterduplex mobility assay (HMA). Fourth Asia-Pacific Congress on Medical Virology, Seoul, Korea, November, 1997

66. **Beyrer C**, Khamboonruang C, Natpratan C, Renzullo P, Cegielski P, McNeil J, Nelson KE. Community Cohorts for HIV-1 Vaccine Trials in Northern Thailand; The Thai HIVNET/WRAIR collaboration. The 12th International Congress on AIDS, Geneva, 1998.

67. **Beyrer C**, Kunawararak P, Natpratan C, Khamboonruang C, Celentano DD, Nelson KE. The role of same-sex behavior in the HIV epidemic among northern Thai men. The 12th International Congress on AIDS, Geneva, 1998.

68. Nelson KE, Eiumtrakul S, Celentano DD, **Beyrer C**, Kuntolbutra S, Khamboonruang C. HIV infection in young men in northern Thailand, 1991-1997: Increasing role of injection drug use. The 12th International Congress on AIDS, Geneva, 1998.[1517/43555]

69. Cegielski JP, Natpratan C, Cheepsattayakorn A, Khamboonruang C, Natpratan P, Borvornsin S, Pruenglampoo S, Srirak N, **Beyrer C**, Nelson KE. Community-Based Screening for Tuberculosis in Northern Thailand Using Mass Miniature Radiography. Annual World Conference, International Union Against TB and Lung Disease, Bangkok, 1998.

70. Cegielski P, **Beyrer C**, Natpratan C, Khamboonruang C, Nelson KE, Kunawararak P, Rungruenthanakit K, Keawvichit R. HIV and Syphilis Incidence in Men Attending Sexually Transmitted Disease (STD)/Anonymous HIV Testing & Counselling Clinics in Northern Thailand, 1995-1997. The 12th International Congress on AIDS, Geneva, 1998. 13152

71. **Beyrer C**. "The HIV/AIDS Epidemic in Burma; dilemmas of policy and practice." 50th Annual Meeting, Association of Asian Studies, Washington, DC, March, 1998.

72. **Beyrer C**. Shan women in the sex industry in Southeast Asia; Political causes and human rights consequences. Fifth International Congress on AIDS in Asia and the Pacific, Kuala Lumpur, 1999.[Oral Presentation]

73. **Beyrer C**, Razak MH, Lisam K, Wei L, Chen J, Yu XF. Overland heroin trafficking routes and HIV spread in South and Southeast Asia. Fifth International Congress on AIDS in Asia and the Pacific, Kuala Lumpur, 1999.[Oral Presentation]

74. Jittiwutikarn J, Rungruengthanakit K, Razak MH, Sawanpanyalert P, **Beyrer C**, Suriyanon V, Celentano DD. HIV prevalence and risk among drug users in northern Thailand. Fifth International Congress on AIDS in Asia and the Pacific, Kuala Lumpur, 1999.

75. Celentano DD, Razak MH, **Beyrer C**, Kitisri C, Vongchak T, Suriyanon V, Jittiwutikarn J. Non-participation bias in HIV epidemiologic studies in drug use. Fifth International Congress on AIDS in Asia and the Pacific, Kuala Lumpur, 1999.

76. Razak MH, Jittiwutikarn J, Srirak N, **Beyrer C**, Suriyanon V, Khamboonraung C, Celentano DD. HIV risk among methamphetamine abusers in northern Thailand: a maturing epidemic chases a new epidemic. Fifth International Congress on AIDS in Asia and the Pacific, Kuala Lumpur, 1999.

77. Razak MH, Jittiwutikarn J, Vongchak T, Rungsivaroj N, **Beyrer C**, Nelson K, Celentano DD. Heroin users are still at higher HIV risks among changing drug use pattern in northern Thailand. Fifth International Congress on AIDS in Asia and the Pacific, Kuala Lumpur, 1999.

78. **Beyrer C,** Chen J, Liu W, Lai S, Liang S, Yu XF. An emerging HIV epidemic among injection drug users in Guangxi Province, Southern China. Seventh Conference on Retroviruses and Opportunistic Infections, San Francisco, Jan. 2000.

79. Rangsin, R, Chiu J, Sirisopana N, Eiumtrakul S, Khamboonruang C, Robb M, **Beyrer C,** Brown A, Markowitz L, Nelson KE. Natural History of HIV Subtype E Infections in Thai Men 5-7 years after infection. 8th Conference on Retroviruses and Opportunistic Infections, Chicago, Ill., Feb. 4-8, 2000.[PO 207].

80. Nelson KE, **Beyrer C,** Eiumtrakul S, Celentano, DD, Khamboonruang C. Control of STDs and Sexually Transmitted HIV by a National Education and Condom Program: Emerging of Injection Drug Use in HIV transmission in Thailand. 73rd Annual Meeting, American Epidemiological Society, Florida, March, 2000.

81. **Beyrer C.** "HIV/AIDS and Human Rights in Burma: Prevention Approaches in a Civil Crisis." 13th International AIDS Conference, Durban, South Africa, 2000.[WePeE4909].

82. **Beyrer C**, Razak MH, Suriyanon V, Srirak N, Vongchak T, Sawichai S, Jittiwutikarn J, Khamboonruang C, Celentano DD. "Sexual Risks for HIV infection among male drug users in Northern Thailand. 13th International AIDS Conference, Durban, South Africa, 2000. [MoPpC1108]

83. Wei L, Chen J, Li R, Li Z, Razak MH, **Beyrer C.** "Peer education for HIV/STD prevetion among community-based drug users in Guanxi Province, Southern China." 13th International AIDS Conference, Durban, South Africa, 2000.[WeOrC500] Oral Presentation.

84. Khamboonruang C, Natpratan C, Borsowin S, Cegielski P, Srirak N, McNeil J, Renzullo P, Benenson M, **Beyrer C.** "Sustained low HIV-1 incidence among cohorts of young northern Thai adults: Confirmation of Thailand's success in HIV prevention." 13th International AIDS Conference, Durban, South Africa, 2000.[ThOrC671] Oral Presentation.

85. Natpratan C, Natpratan P, Borwornsin S, **Beyrer C,** Srirak N, McNeil J, Renzullo P, Benenson M, Khamboonruang C. Community-based HIV vaccine trial preparation in northern Thailand, 1998-1999: A health fair enrollment approach." 13th International AIDS Conference, Durban, South Africa, 2000.[ThOrD682] Oral Presentation.

86. **Beyrer C,** Soucat A, Ainsworth M.  "Thailand's Response to AIDS: Results of a World Bank Report." 12th International Conference on Reduction of Drug Related Harm, New Delhi, India, April 1-5, 2001.

87. McCutchan FE, Carr J, Murphy D, Piyasirisilp S, Gao F, Hahn B, Yu X-F, **Beyrer C,** Birx D.  Precise mapping of Recombination breakpoints reveals a common parent of Two BC recombinant strains circulating in China. AIDS Vaccine 2001, Philadelphia, PA, Sept., 5-8.[Oral Session 51, PO 279.]

88. **Beyrer C,** Razak MH, Labrique A, Brookmeyer R.  "Assessing the magnitude of the HIV/AIDS epidemic in Burma."  Sixth International Congress on AIDS in Asia and the Pacific, Melbourne, Australia, Oct. 5-10, 2001.

89. **Beyrer C.**  "Human Rights and Medicals Ethics." Sixth International Congress on AIDS in Asia and the Pacific, Melbourne, Australia, Oct. 5-10, 2001.

90. **Beyrer C.** "Collaborating with U.S. Scientists: What are the Ethical Requirements."  Invited lecture; Sixth International Congress on AIDS in Asia and the Pacific, Melbourne, Australia, Oct. 5-10, 2001.

91. Rangsin, R, Chiu J, Sirisopana N, Eiumtrakul S, Khamboonruang C, Robb M, **Beyrer C,** Brown A, Markowitz L, Nelson KE.  "Natural History of HIV Subtype E Infections in Thai Men 5-7 years after infection".  Sixth International Congress on AIDS in Asia and the Pacific, Melbourne, Australia, Oct. 5-10, 2001.

92. Razak MH, Celentano D, Intarat S, Supreeda B, **Beyrer C,** Keawvichit R, Jittiwutikarn J, Suriyanon V. "High HIV prevalence and incidence among IDU and potential barriers for prevention programs in northern Thailand. Sixth International Congress on AIDS in Asia and the Pacific, Melbourne, Australia, Oct. 5-10, 2001.

93. **Beyrer C.**  "Ethical Issues in Clinical Trials."  Fifth International Conference on Home and Community Care for HIV/AIDS, Chiang Mai, Thailand, December 18-22, 2001.

94. **Beyrer C,** Jittiwutikarn J, Teokul W., Razak MH, Suriayanon V, Sripaipan T, Celentano DD. Drug Use, Increasing Incarceration Rates, and HIV risks in Thailand, 1992-2000. 14th World AIDS Conference, Barcelona, July 7-12, 2002 [MoPeC3396].

95. **Beyrer C,** Kass N.  Human rights, research ethics reviews, and HIV/AIDS. 14th World AIDS Conference, Barcelona, July 7-12, 2002 [TuPeG5594].

96. Celentano DD, Razak MH, Jittiwutikarn J, Srirak N, Vongchak T, **Beyrer C,** Rungreuanthanakit K, Suriyanon V.  HIV incidence and behavior change in a prospective cohort study of drug users in northern Thailand. Oral Presentation, 14th World AIDS Conference, Barcelona, July 7-12, 2002 [ThOrC1395].

September 14, 2005

97. McCutchan FE, Carr JK, Tovanabutra S, Yu X-F, **Beyrer C**, Birx DL. HIV-1 and Drug Trafficking: Marker Strains Illuminate Networks and Provide Focus for Interventions. Oral Presentation, 14th World AIDS Conference, Barcelona, July 7-12, 2002.

98. Peryshkina A, Stachowiak J, **Beyrer C**.  Increased vulnerability to HIV among women trafficked within and across Russian borders. Oral Presentation, 14th World AIDS Conference, Barcelona, July 7-12, 2002.

99. Drug use, sexual behavior and HIV infection among women in Guangxi, China.  Liu W, Zhu Q Y, Chen J, Guo NZ, Huang DC, Yu XF, **Beyrer C**.  14th World AIDS Conference, Barcelona, July 7-12, 2002.[MoPeC3348]

100.   Chen J, Liu W, Zhu QY, Yu XF, **Beyrer C**.  HIV epidemic trends in Guangxi and south China, 1996-2001:  ongoing HIV transmission in a heroin trafficking zone. 14th World AIDS Conference, Barcelona, July 7-12, 2002.[MoPeC3385]

101.   **Beyrer C**, Tovanabutra S, Suriyanon V, McCutchan F, Carr J, Birx D.  Molecular Epidemiology o f HIV-1 in injecting drug users in Thailand:  Implications for HIV vaccine trials.  10th Conference on Retroviruses and Opportunistic Infections, Boston, Feb. 2003 [Abstract accepted for presentation.]

102.   Wiewel EW, Go VF, Kawichai S, **Beyrer C**, Vongchak T, Srirak N, Jaroon J, Suriyanon V, Razak MH, Celentano DD. Injection and acculturation among male ethnic minority drug users in northern Thailand.  Second International Conference on Urban Health. New York, New York, October 15, 2003 [abstract 02124].

103.   **Beyrer C.** Tovanabutra S, Vongchuk T, Srirak N, Juttiwutikarn J, Razak MH, Suriyanon V, Celentano DD.  Incident HIV-1 infections among a cohort of northern Thai drug users, 2000-2003:  Implications for HIV vaccine trials and preventive interventions. 11th Conference on Retroviruses and Opportunistic Infections, San Francisco, Feb. 2004 [Abstract 858].

104.   **Beyrer C.** Leiter KS, Suwanvanichkij V, Reis C, Burkhalter H, Borchelt G, Din NT, Iacopino V.  he sex industry, human rights and HIV/AIDS in Thailand. 15th International AIDS Conference, Bangkok, July 11-16, 2004 [Abstract WePeD6549].

105.   Tovanabutra S, Watanaveerakej V, Viputtikul K, Sanders-BuellE, **Beyrer C**, De Souza M, Birx DL, McCutchan FE, Carr JK.  The changing molecular epidemiology of HIV-1 in Thailand:  emergence of CRF01_AE/B recombinant strains. 15th International AIDS Conference, Bangkok, July 11-16, 2004 [Abstract Mo ORC1008].

106.   Stachowiak JA, Peryshkina AN, Kruzhkova I, Konakova A, Sherman SG, **Beyrer C**. Unmet needs of Moscow sex workers. 15th International AIDS Conference, Bangkok, July 11-16, 2004 [MoPeD3904].

107.   Stachowiak JA, **Beyrer C**.  An intervention-oriented human rights and health model. 15th International AIDS Conference, Bangkok, July 11-16, 2004 [MoPeE4054].

108.   Woratanarat T, **Beyrer C**.  Global cohort studies among IDUs and future HIV vaccine trials. 15th International AIDS Conference, Bangkok, July 11-16, 2004 [WePeC5998].

109.   Brown AS, Suriyanon V, Sahay S, Paranjape R, Bollinger RC, Liu S, Yu X, Boss-Victoria R, Strathdee S, Chiliade P, Harro C, Charron KR, **Beyrer C**.  Predictors of willingness to participate in preventive AIDS vaccine trials:  implications for international trials. 15th International AIDS Conference, Bangkok, July 11-16, 2004 [ThPeC7440].

110.   Guadamuz TE, Kunawararak P, **Beyrer C**. Pumpaisanchai J, Celentano DD. Sexual risk behaviors and demographic characteristics of male sex workers in Chiang Mai, Thailand, 2003.  15th International AIDS Conference, Bangkok, July 11-16, 2004 [WePeC6194].

111.   Guadamuz TE, Kunawararak P, Celentano DD, Pumpaisanchai J, **Beyrer C**.  Latex and oil:  sexual lubricant use among male sex workers in Chiang Mai, Thailand.  15th International AIDS Conference, Bangkok, July 11-16, 2004 [WePeC6234].

112.   Kawichai S, Celentano DD, Chariyalertsak S, Visrutaratana S, Ruangyuttikarn C, Chariyalertsak C, Short O, **Beyrer C**.  Reaching out to rural residents for HIV VCT: A pilot study of mobile VCT services in four communities of Chiang Mai province rural areas, northern Thailand. 15th International AIDS Conference, Bangkok, July 11-16, 2004 [ThPeC7495].

113.   **Beyrer C**, Sripaipan T, Tovanabutra S, Jittiwutikarn J, Suriyanon V, Vongchak T, Srirak N, Kawichai S, Razak MH, and Celentano DD. MSM-IDU in Northern Thailand: High HIV, HCV, and sexual risks and rates among dual risk men seeking drug treatment. 16th International Conference on Drug-Related Harm, Belfast, March 20-24, 2005.  Oral Presentation.

114.   **Beyrer C**, Lowther S, Terzian A, Zambrano J, Galai N.  Civil conflict and health information:  The impact of social disruption and war on HIV/AIDS and Malaria research in the Democratic Republic of Congo, 1980-2004.  First Conference on Lessons Learned from Rights Based Approaches to Health, Emory University, April 2005. Oral Presentation.

115.   Carr JK, Saad M, Nadai I, Tishkova F, Eyzaguirre L, Strathdee SA, Stachowiak J, **Beyrer C**, Earhart K, Birx D, Sanchez JL.  Outbreak of a West Africa HIV-1 recombinant, CRF02_AG, in Central Asia. [MoOa0407] Third International AIDS Society Conference on HIV Pathogenesis and Treatment, 24-27 July 2005, Rio de Janiero. Oral Presentation.

116.   **Beyrer C**. The Next Wave:  Emerging HIV Epidemics in Eurasia. Plenary Presentation, Third International AIDS Society Conference on HIV Pathogenesis and Treatment, 25 July 2005, Rio de Janeiro. Oral Presentation.