September 14, 2005

# CURRICULUM VITAE

# Chris Beyrer, MD, MPH

PART II

## TEACHING

### Advisees

| Current Advisees | Degree | Date Expected | Thesis Title (where applicable) |
|---|---|---|---|
| Suphachai Sakkachornphop<br><br>[Student at Chiang Mai University in Thailand] | MHS | 6-2005 | -Development of Multi-region, Subtype-specific PCR (MSSP) as Genetically Identify and Distinguish HIV-1 Subtypes B, C, CRF01_AE and Their Forms |
| Pankaj Sadaphal, MD | DrPH-Epi | 10-2005 | The World Bank-ORG Tuberculosis Patient Survey: Lessons from Three States in India |
| Zeenat Patel, MD | MPH/ MBA | 12-2005 | - |
| David W. Dowdy, (ScM completed 6-2002) | MD/ PhD-Epi | 6-2006 | Impact and Cost-Effectiveness of Mycobacterium Growth Indicator Tube (MGIT) for Detecting Pulmonary Tuberculosis in HIV-Infected Brazilian Adults. |
| Angelia A. Eick, (ScM completed 6-2002) | PhD-Epi | 6-2006 | Pneumococcal Carriage and Disease in an Age of Routing Pneumococcal Conjugate Vaccination: A Study Among Navajo and White Mountain Apache Children |
| Swati Gupta, MPH | DrPH-Epi | 6-2006 | Key Epidemiological Issues in the Preparation of Cell Mediated Immunity-Based HIV Vaccine Trials |
| Cissy Kityo Mutuluuza, MBChB (MHS completed 6-1999) | DrPH-Epi | 6-2006 | Viral Set Point, Disease Progression and Treatment Response of HIV-1 Subtypes<br><br>[Co-Adviser with Dr. Taha E. Taha] |
| Bulbulgul Aumakhan, MD | DrPH-Epi | 6-2006 | |
| Michele Glenn | MHS-Epi | 6-2008 | |

September 14, 2005

| Current Advisees | Degree | Date Expected | Thesis Title (where applicable) |
|---|---|---|---|
| Sonal Singh | MPH | 6-2008 | - [Co-Adviser with Dr. Luke Mullany] |

| Former Advisees | Degree | Date Completed | Thesis Title (where applicable) |
|---|---|---|---|
| Hong Ngoc Ba Nguyen | MHS-Epi | 8-1998 | |
| Kavita Lole, MD | PDF | | - |
| Joia Mukherjee, MD | PDF | | - |
| Deepa Patke, PhD | PDF | | - |
| Hibist Astatke | PhD | 6-1999 | HIV-Hazardous Behaviors among Adolescents in Nazareth, Ethiopia [Student at University of Maryland] |
| Neil Martinson, MBChB, MPH | PDF | 12-2001 | - |
| Karen Fujii | MHS-Epi | 6-2000 | |
| Wei Hua | MHS-Epi | 6-2000 | |
| Kristen Melbye | MHS-Epi | 6-2000 | |
| Angelia A. Eick | ScM-Epi | 6-2002 | Safety and Immunogenicity of Two Octavalent Pneumococcal Conjugate Vaccines in Native American Infants |
| Steven Reynolds, MD | MPH | 6-2002 | - |
| Radhika Parikh | MPH | 6-2002 | - |
| Gayle Baker, BA | MHS-Epi | 6-2003 | Adverse pregnancy outcomes and early childhood mortality in mothers infected with HTLV-1 in Jamaica |
| James Aizire, MBBS | MHS-Epi | 6-2003 | "Who is at risk? Pattern and Distribution of Gonorrhea and Chlamydia in a high HIV-1 epidemic rural Ugandan population: Evidence from a population based study." |

31

| Former Advisees | Degree | Date Completed | Thesis Title (where applicable) |
|---|---|---|---|
| Hannah Nalwanga Kibuuka, MBChB, MMED | MPH | 6-2003 | - |
| Abhijeet Anand, MBBS | MPH | 6-2003 | - |
| Julie Anne Stachowiak, MIA, MPH | PhD-IH | 8-2004 | 'I Have Managed to Remain Human': A Qualitative and Quantitative Examination of Human Rights, Sex Work and HIV/STIs in Russia |
| Christopher Guerry | MHS-IH | 6-2004 | |
| Upinder Jodhka, BS | MHS-Epi | 6-2004 | Residential Instability and HIV Seroconversion Among ALIVE Participants in Baltimore |
| Ami Shah Brown, MPH | PhD-IH | 10-2004 | Preparedness for International AIDS Vaccine Trials: Lessons Learned from a Multi-Site Study of Knowledge, Attitudes and Willingness to Participate |
| Soe Naing, MD | MPH | 6-2004 | *Capstone Paper:* Risks for Substance Use and Sexually Transmitted Diseases among Northern Thai Sex Workers: The Impact of Age of Initiation |
| Adam Richards, MD | MPH | 6-2004 | *Capstone Paper:* Malaria Morbidity Among Internally Displaced Persons in Eastern Burma: A Public Health and Human Rights Assessment |
| April Naegeli, BS MT | MPH | 6-2004 | *Capstone Paper:* A review of Literature Concerning Multiply-Drug Resistant Acinetobacter sp. Outbreaks in Intensive Care Unit Settings |
| Abdinasir Adem, MD | MPH | 6-2004 | - |
| Thira Woratanarat, MD | PDF | 6-2004 | - |
| Maia Zarandia, PhD | PDF | 7-2004 | - |
| Voravit Suwanvanichkij, MD, MPH | PDF | 12-2004 | - |

September 14, 2005

| Former Advisees | Degree | Date Completed | Thesis Title (where applicable) |
|---|---|---|---|
| Adam Langer, DVM | MPH | 6-2005 | - |
| Monica Malta | MPH | 6-2005 | - |
| Sebastian Tongson | ScM | 6-2005 | - *[Changed adviser]* |

## Preliminary Oral Participation (School-Wide)

| Student | Degree | Department | Date |
|---|---|---|---|
| Katherine Andrinopoulos | PhD | IH | 1/7/2005 |
| Kimberly Ashburn | PhD | IH | 6/29/2000 |
| Britta C. Beenhakker | PhD | PFHS | 12/19/2002 |
| Ami Shah Brown | PhD | IH | 3/26/2003 |
| Yingkai Cheng | PhD | Epi | 5/27/2004 |
| David W. Dowdy | PhD/MD | Epi | 4/21/2005 [Thesis Advisor] |
| Gypsyamber D'Souza | PhD | Epi | 8/2/2004 |
| Rosa Duran | PhD | Epi | 6/8/1999 |
| Angelia A. Eick | PhD | Epi | 3/31/2004 |
| Amanda Gibbons | PhD | Epi | 1/4/2000 [Alternate] |
| Thomas Guadamuz | PhD | Epi | 6/24/2005 |
| Nikhil Anil Gupte | PhD | Biostatistics | 10/24/2001 |
| Surinda Kawichai | PhD | Epi | 6/1/1998 [Alternate] |
| Mark Kuniholm | PhD | Epi | 5/17/2005 [Alternate] |
| Irene Kuo | PhD | Epi | 4/19/2002 [Alternate] |
| Alain Labrique | PhD | Epi | 10/24/2000 |
| Shruti Mehta | PhD | Epi | 6/5/2000 [Alternate] |
| Supriya Mehta | PhD | Rpi | 7/27/1999 |

September 14, 2005

| Student | Degree | Department | Date |
|---------|--------|------------|------|
| Pajongsil Perngmark | PhD | HPM | 9/9/1999 |
| Frangiscos Sifakis | PhD | Epi | 1/24/2001 |
| Julie Anne Stachowiak | PhD | IH | 8/10/2001 |
| Nicholas Zaller | PhD | IH | 9/19/2002 |

## Final Oral Participation

| Student | Degree/Dept | Date | Thesis Title |
|---------|-------------|------|--------------|
| Ami Shah Brown | PhD-IH | 1/7/2004 | Preparedness for International AIDS Vaccine Trials: Lessons Learned from a Multi-Site Study of Knowledge, Attitudes and Willingness to Participate [Thesis Adviser] |
| Dittakarn Boriboonhirunsarm | PhD-Epi | 5/15/2001 | Adverse Obstetric Outcomes in HIV-Infected Women[Alternate] |
| Christian Coles | PhD | 3/10/2000 | AIDS Prevention Efforts to Rural India: Evaluating Their Impact and Sustainability |
| Rosa M. Duran Garcia | PhD-Epi | 1/15/2002 | Risk Factors for Dengue Infection during the 1997 Cuban Epidemic |
| Patti Elaine Gravitt | PhD-Epi | 3/8/2002 | HPV Viral Load as a Co-Factor for Cervical Neoplastic Progression: Assessment of Temporality and Potential Misclassification of Viral Load [Alternate] |
| Surinda Kawichai | PhD-Epi | 7/2/2001 | Human Immunodeficiency Virus Voluntary Counseling and Testing (VCT) in Northern Thailand [Alternate] |
| Luiz A. Alves de Lima | PhD-IH | 2/18/2003/ | Risk Factors for Kaposi's Sarcoma-Associated Herpesvirus (KSHV) Infection among Homosexual Men at High Risk for HIV Infection in Brazil |
| Supriya Mehta | PhD | 2/29/2000 | Emergency Department Patients: A Potential Population for Gonorrhea and Chlamydia Control Interventions |

September 14, 2005

| **Student** | **Degree/Dept** | **Date** | **Thesis Title** |
|---|---|---|---|
| Ram Rangsin | DrPH-Epi | 1/23/2001 | The Natural History of HIV-1 Subtype E Infection among Young Thai Men After Seroconversion [Alternate] |
| Pankaj Sadaphal | DrPH-Epi | /05 | The World Bank-ORG Tuberculosis Patient Survey: Lessons from Three States in India |
| Rajendra Shukla | DrPH-HPM | /05 | Difference in TB Treatment Completion in Rural and Urban Areas [Alternate] |
| Sudha Sivaram | DrPH | 11/1/1999 | AIDS Prevention Efforts to Rural India: Evaluating Their Impact and Sustainability |
| Julie Anne Stachowiak | PhD-IH | | 'I Have Managed to Remain Human': A Qualitative and Quantitative Examination of Human Rights, Sex Work and HIV/STIs in Russia |
| Waimar Tun | PhD-Epi | 3/4/2002 | HIV-Related Risk Behaviors and Attitudes Towards HIV Treatment in the Era of Highly Active Antiretroviral Therapy Among Injection Drug Users [Alternate] |

## Thesis Committee Membership

| **Former Students** | **Thesis Title** |
|---|---|
| Jim Aizire | "Who is at risk? Pattern and Distribution of Gonorrhea and Chlamydia in a high HIV-1 epidemic rural Ugandan population: Evidence from a population based study." |
| Gayle Baker | Adverse pregnancy outcomes and early childhood mortality in mothers infected with HTLV-1 in Jamaica |
| Sufia Dadabhai | |
| Angeline B. David | Efficacy of 7-Valent Conjugate Pneumococcal Vaccine Against Otitis Media among Young American Indian Children: An End-of-Study Medical Chart Review |
| David W. Dowdy | Nucleic Acid Amplification Tests for Rapid Diagnosis of Pulmonary Tuberculosis in Smear-Positive Patients: A Comprehensive Cost-Effectiveness Analysis |

| | |
|---|---|
| Angelia A. Eick | Safety and Immunogenicity of Two Octavalent Pneumoccoccal Conjugate Vaccines in Native American Infants |
| Elizabeth Grant | |

| **Former Students** | **Thesis Title** |
|---|---|
| Patti Elaine Gravitt | HPV Viral Load as a Co-Factor for Cervical Neoplastic Progression: Assessment of Temporality and Potential Misclassification of Viral Load |
| Upinder Jodhka | Residential Instability and HIV Seroconversion Among ALIVE Participants in Baltimore |
| Surinda Kawichai | Human Immunodeficiency Virus Voluntary Counseling and Testing (VCT) in Northern Thailand |
| Luiz A. Alves de Lima | Risk Factors for Kaposi's Sarcoma-Associated Herpesvirus (KSHV) Infection among Homosexual Men at High Risk for HIV Infection in Brazil |
| Charlotte Piens | Planning for an HIV/AIDS Vaccine Efficacy Trial: A Critical Review of Past Efficacy Trials and a Proposal for a Future HIV/AIDS Vaccine Trial |
| Ram Rangsin | The Natural History of HIV-1 Subtype among Young Thai Men after Seroconversion |
| Julie Anne Stachowiak | 'I Have Managed to Remain Human': A Qualitative and Quantitative Examination of Human Rights, Sex Work and HIV/STIs in Russia |
| Ellen Wiewel | |

## Classroom Instruction

Lecturer, "Ethical Issues in Public Health," Summer Term  2005

Lecturer, "Epidemiology  of AIDS,"  Summer Term 2005

Lecturer, Institute for Tropical Medicine, Summer Term 2005

Lecturer, "International Research Ethics," Summer Term 2005

Lecturer, Summer Term 2005, "Health Policy," Summer Term 2005

Lecturer, "Clinical Epidemiology," Johns Hopkins School of Medicine, Spring Term, 2005.

Course Director, "Assessing Epidemiologic Impact of Human Rights Violations," 340.639.01, Spring Term, 2005.

September 14, 2005

Lecturer, "International Research Ethics," Johns Hopkins University, Spring Term, 2005.

Lecturer, "Current Topics in Public Health." Johns Hopkins University, Spring Term, 2005.

Lecturer, "Baltimore Authors," The Evergreen Society, Johns Hopkins University, SPSBE, Winter, 2004.

Lecturer, "Physician and Society." Johns Hopkins University School of Medicine, Fall Term, 2004

Lecturer, "Public Health Practice." Johns Hopkins University, Fall Term, 2004.

Lecturer, "Current Topics in Public Health." Johns Hopkins University, Fall Term, 2004.

Laboratory Instructor, "Principles of Epidemiology," Johns Hopkins University, Fall Term, 2004.

Course Director, "Public Health and Human Rights: Methods and Approaches." Summer Term, 2004.

Lecturer, "Summer Institute of Tropical Medicine," Johns Hopkins University, Summer Term, 2004.

Lecturer, "International Research Ethics," Johns Hopkins University, Summer Term, 2004.

Lecturer, "Issues in Health Advocacy." Johns Hopkins University, Spring Term, 2004.

Lecturer, "Physician and Society." Johns Hopkins University School of Medicine, Spring Term, 2004.

Lecturer, "International Research Ethics," Johns Hopkins University, Spring Term, 2004.

Lecturer, "HIV in Women, Children, and Adolescents" Johns Hopkins University, Spring Term, 2003.

Lecturer, "International Research Ethics," Johns Hopkins University, Spring Term, 2003.

Lecturer, "Current Topics in Public Health," (Montgomery County Campus.)

Lecturer, "Clinical Vaccine Trials," Johns Hopkins University, Fall Term, 2002. (Web-based MPH)

Lecturer, "Summer Institute of Tropical Medicine," Johns Hopkins University, Summer Term, 2002.

Lecturer, "International Research Ethics," Johns Hopkins University, Summer Term, 2002.

Lecturer, "The Epidemiology of HIV/AIDS," Johns Hopkins University, Summer Term, 2002.

Lecturer, "International Research Ethics," Johns Hopkins University, Spring Term, 2002.

Lecturer, "Clinical Vaccine Trials," Johns Hopkins University, Fall Term, 2001. (Web-based MPH)

Laboratory Instructor, "Principles of Epidemiology," Johns Hopkins University, Fall Term, 2001.

Lecturer, "International Research Ethics," Johns Hopkins University, Summer Term, 2001.

Lecturer, "Summer Institute of Tropical Medicine," Johns Hopkins University, Summer Term, 2001.

Lecturer, "The Epidemiology of HIV/AIDS," Johns Hopkins University, Summer Term, 2001.

Lecturer, "Epidemiology and Public Policy," Johns Hopkins University, Summer Term, 2001.
Lecturer, "International Research Ethics," Johns Hopkins University, Spring Term, 2001.

Lecturer, "Epidemiology and Natural History of Viral Infections," Johns Hopkins University, Spring Term, 2001.

Lecturer, "Issues in Public Health," Johns Hopkins University, Winter Intersession, 2001.

Laboratory Instructor, "Principles of Epidemiology," Johns Hopkins University, Fall Term, 2000.

Lecturer, "Summer Institute of Tropical Medicine," Johns Hopkins University, Summer Term, 2000.

Lecturer, "Clinical Vaccine Trials," Johns Hopkins University, Fall Term, 2000. (Web-based MPH)

Lecturer, "The Epidemiology of HIV/AIDS," Johns Hopkins University, Fall Term, 2000.

Lecturer, "The Epidemiology of HIV/AIDS," Johns Hopkins University, Summer Term, 2000.

Lecturer, "International Research Ethics," Johns Hopkins University, Summer Term, 2000.

Lecturer, "International Research Ethics," Johns Hopkins University, Spring Term, 2000.

Lecturer, "Issues in Public Health,"  Johns Hopkins University Undergraduate Course, Winter Term, 2000.

Lecturer, "The Epidemiology of HIV/AIDS," Johns Hopkins University, Fall Term, 1999.

Lecturer, "The Epidemiology of HIV/AIDS," Johns Hopkins University, Summer Term, 1999.

Lecturer, "International Research Ethics," Johns Hopkins University, Summer Term, 1999.

Advisor, "Design and Applications of Case-Control Studies (Epi 4)," Johns Hopkins University, Spring Term, 1999.

Advisor, "Design and Applications of Case-Control Studies (Epi 4)," Johns Hopkins University, Spring Term, 2000.

Lecturer, "AIDS, Ethics & Public Policy," Johns Hopkins University, Spring Term, 1999.

Instructor, "Principles of Epidemiology," Johns Hopkins University, Fall Term, 1998.

Lecturer, "AIDS, Ethics & Public Policy," Johns Hopkins University, Fall Term, 1998.

Lecturer, "The Epidemiology of HIV/AIDS," Johns Hopkins University, Fall Term, 1998.

Advisor, "Design and Applications of Case-Control Studies (Epi 4)," Johns Hopkins University, Spring Term, 1997.

Lecturer, "The Epidemiology of HIV/AIDS," Johns Hopkins University, Summer Term, 1998.

Instructor, "Principles of Epidemiology," Johns Hopkins University, Fall Term, 1997.

Lecturer, "The Epidemiology of HIV/AIDS," Johns Hopkins University, Summer Term and Fall Term, 1997.

Course Coordinator for International Workshops and Special Courses including: "Epidemiology Research Methods in support of HIV/AIDS Initiatives," Thailand, 1994, "Data Management for HIV Research," Thailand, 1995; "Improving Detection and Treatment of STDs," Thailand, 1996; "Data Management and Analysis for HIV/AIDS Research," Malaysia, 1997; "Epidemiology Research Methods in support of HIV/AIDS Initiatives," (Co-Director) Ethiopia, 1997.

Lecturer in the Department of Family Medicine, Faculty of Medicine, Chiang Mai University. Chiang Mai, Thailand, 1994-1997.

Course Co-Director of "Issues and Careers in International Health." The Undergraduate Division of the Johns Hopkins University. Baltimore, MD.  January, 1992.

September 14, 2005

## RESEARCH GRANT PARTICIPATION

**Current**

Bill and Melinda Gates Institute for Population and Reproductive Health.  8%
June 1, 2005-May 31, 2008.  Award to the Center for Public Health and Human Rights. PI Chris
Beyrer, Burma PI Dr. Cynthia Maung.  Funding level 220,000/year.  A new program award to
build capacity among local health workers in internally displaced person zones in Eastern
Burma; coordinate reproductive care referral, and assess adapted reproductive health
interventions among this vulnerable population.

Center for Public Health and Human Rights.  1%
April 1, 2004-July 1, 2005.  Development Fund, Open Society Institute.  PI Chris Beyrer.
Funding level, US 83,000/year.  A new Center at JHU which will investigate, teach, and
advocate on interactions of human rights violations with the health of populations.

Levi Strauss Foundation.  1%
December 1, 2004—November 30, 2007.  Levi Strauss Foundation Award to the Center for
Public Health and Human Rights.  PI Chris Beyrer, China PI Wan Yan Hai.  Funding level, US
59,000/year.  A collaborative award with the Beijing Aizhixing Institute of Health Education to
reduce stigma and discrimination against HIV positive persons in China through advocacy of
human rights, legal aid, and policy reform.

Paul and Marianne Gertman Foundation.  1%
February 1, 2005-March 31, 2006.  Award to the Center for Public Health and Human Rights to
establish the Gertman Fellowship in Public Health and Human Rights.  PI Chris Beyrer.
Funding Level 9,000/year.  To support Bloomberg students in research activities related to
human rights and public health issues in the U.S..

HIV Vaccine Trial Network (HVTN).  30%
April 1, 2001-May 30 2006.  NIAID, NIH, Fred Hutchinson Cancer Research Institute.  PI Chris
Beyrer.  Funding level, US 176,000/year.  Senior Scientific Liaison, HIV Vaccine Trials
Network Site Expansion.  Develop and support HIV vaccine clinical trial sites in Asia and Russia
and the CIS for the HVTN Leadership.

Risks for HIV and HCV among Moscow sex Workers. 20%.
Oct. 1, 2002-Sept. 30—2006. NIDA, NIH. PI Chris Beyrer. Funding level, US 250,000/year.
To investigate sexual and injecting drug use risks for HIV and HCV in a newly established
cohort of female sex workers in Moscow.

Fogarty AIDS International Training and Research Program.   25%
October 1, 2003--September 30, 2008. Fogarty International Center, National Institutes of
Health. PI, Chris Beyrer MD, MPH. Funding level, US$ 2.13 million/per year. To increase the
capability of developing country scientists to conduct HIV/AIDS prevention research.

AIDS and Cancer Specimen Bank  14%
Oct. 1, 2002-September 30, 2007. NIAID, NIH. PI, Chris Beyrer MD, MPH. Funding level, US
$45,000. To participate in establishing and sustaining the NIH archive of specimens for
HIV/AIDS and cancer epidemiologic studies.

HIV Prevention Trial Network (HPTN). 10%
Oct. 1, 2000-Sept. 30-2006. NIAID, NIH. PI David D. Celentano, ScD (Thailand) Brooks
Jackson MD China). Investigator for both awards. Develop and support HIV prevention
research trial sites in Thailand and China.

**Past Support**

Surveillance of HIV, HCV and Associated Risk Behaviors in Tajikistan. 5%
September 30, 2002, September 29-2004. USAID. PI Chris Beyrer. Funding level, US 330,000.
(Co-PI) To investigate prevalence and risk behaviors for blood borne infections among Tajik
drug users in the Afghan—Tajik heroin trafficking zone.

HIV Vaccine Trial Network (HVTN). 5%
Oct. 1, 2000-Sept. 30-2004. NIAID, NIH. PI Donald S. Burke, MD. Funding level, US 2.1
million/year. Thailand HVTN sub-unit Principal Investigator, China HVTN sub-unit Co-
Investigator. Develop and support HIV vaccine clinical trials program in the U.S. and in
Thailand, China, and India.

Bioethics Training for Developing Country Professionals. 10%
Sept. 30, 2000-Sept. 29, 2004. Fogarty International Center, NIH. PI Nancy Kass, ScD. Co-
Investigator. Training and research program to build capacity for bioethicists in developing
countries, with a special emphasis on Africa bioethics capacity.

Fogarty Tuberculosis International Training and Research Program.   0%
October 1, 1998--September 30, 2003. Fogarty International Center, National Institutes of
Health. PI, Chris Beyrer MD, MPH. Funding level, US$ 125,000 per year. To increase the
capability of scientists from South Africa, Peru, and India to conduct Tuberculosis prevention
and control research.

Epidemiology of HIV-1 among Opiate users in N. Thailand. 20%

Jan. 1, 1998-Nov. 30, 2002. NIH, NIDA. PI, David Celentano, ScD. Funding level $1,980,762. To identify risks for prevalent and incident HIV infections among opiate users in northern Thailand; to measure HIV incidence in a longitudinal cohort; a randomized controlled trial of methadone maintenance vs. taper to prevent HIV infection. Co-P.I.

Emerging HIV-1 Infection in Chinese IDUs. 15%
Aug 1, 1999-June 30, 2002. NIH, NIDA. PI, Xiao-Fang Yu, MD, Ph.D. Funding level US $436,232 per year. To investigate the emerging epidemic of HIV-1 subtypes E and C among IDU in Guangxi, southern China; to isolate and characterize HIV viruses from this population; to identify targets for HIV prevention activities among Chinese IDU. Co-P.I..

Molecular Epidemiology of HIV-1 among Opiate users in N. Thailand. 5%
Sept. 20, 2000-Sept. 29, 2001. NIH, NIDA. PI, David Celentano, ScD. Funding level $ 72,000. To assess the molecular epidemiology of HIV-1 subtype infections among opiate users in northern Thailand; survey this population for recombinant and novel subtypes in Thailand.

Preparation for AIDS Vaccine Evaluations, HIVNET extension. 5%
November 2, 1998- November 1, 1999. Division of AIDS, NIAID, National Institutes of Health. PI, Kenrad E. Nelson, MD. Funding level, US $1,714,356. To identify, enroll, and follow community cohorts of at risk HIV seronegative adults in northern Thailand in preparation for HIV vaccine trials and other preventive interventions. Co-Investigator.

Henry M. Jackson Foundation for the Advancement of Military Medicine, HIV Cooperative Agreement. 35%
January 1, 1998, January 1, 2000. Jackson Foundation. Contract for Chris Beyrer MD, MPH as a Senior Research Physician. Funding level, US $69,888. Assist in the design and development of projects in support of the clinical evaluation and development of candidate HIV vaccines.

Preparation for AIDS Vaccine Evaluations, HIVNET extension. 15%
November 3, 1994 to November 2, 1997. Division of AIDS, NIAID, National Institutes of Health. PI, Kenrad E. Nelson, MD. Funding level, US $1,714,356. To identify, enroll, and follow 2 cohorts of at risk HIV seronegative adults in northern Thailand in preparation for HIV vaccine trials and other preventive interventions. Co-Investigator.

HIV/AIDS Prevention Programs for Burma: Using Radio to Educate and Empower. 0%
September 30, 1998-March 31, 1999. U.S. Dept. Of State, Allocation to The Solidarity Center, AFL-CIO. PI, Chris Beyrer MD, MPH. Funding level, US $36, 637. To develop HIV prevention programs for use by Radio Free Asia and Voice of America Burmese Radio Broadcast Programs.

Fogarty AIDS International Training and Research Program. 25%
February 4, 1997-September 30, 1998. Fogarty International Center, National Institutes of Health. PI, Chris Beyrer MD, MPH. Funding level, US$ 625,000 per year. To increase the capability of developing country scientists to conduct HIV/AIDS research.

Special International Post-Doctoral Research Program in AIDS.  35%
February 4, 1997-June 28, 1998.  Fogarty International Center, National Institutes of Health.  PI,
Chris Beyrer MD, MPH.  Funding level, US $175,000 per year.  To increase the capability of
developing country scientists to conduct advanced HIV/AIDS research.

Henry M. Jackson Foundation for the Advancement of Military Medicine, HIV Cooperative
Agreement.  50%
January 1, 1997, January 1, 1998. Jackson Foundation.  Contract for Chris Beyrer MD, MPH as a
Senior Research Physician.  Funding level, US $69,888.  Assist in the design and development of
projects in support of the clinical evaluation and development of candidate HIV vaccines.

HIV/AIDS Training for Researchers and Clinicians in Malaysia.  0%
October 1, 1995 to September 30, 1998.  Fogarty International Center of the National Institutes
of Health.  PI, Kenrad Nelson, MD.  Funding level, US$ 150,000.  To identify and train
interested researchers and clinicians in HIV/AIDS research, prevention, and care, in the Republic
of Malaysia.  Coordinator and responsibility for curriculum development.

Preparation for AIDS Vaccine Evaluations.  September 1, 1992 to August 31, 1994.  Division of
AIDS, NIAID, National Institutes of Health.  PI, Kenrad E. Nelson, MD.  Funding level, US
$980,000.  To identify, enroll, and follow 5 cohorts of at risk HIV seronegative adults in northern
Thailand in preparation for HIV vaccine trials and other preventive interventions.  Field Director,
project oversight for Thai activities, analysis and publication.

Men Helping Men, A Community HIV Prevention Program for gay and bisexual Thai men.
May 23, 1995 to May 23, 1996.  Thai-Australia Collaboration on AIDS.  PI, Han Ten
Brummelhies.  Funding level US$ 32,000.  To develop peer education and HIV prevention
programs in gay bars, gay brothels, and cruising areas in northern Thailand.  Medical researcher,
intervention design, analysis, publication.

Preparing for AIDS Vaccine Evaluations:  A Workshop on Epidemiology and Methodology.
September 20-24, 1993.  Global Programme on AIDS, World Health Organization.  PI, Dr.
Chirasak Khamboonruang.  Funding level US $29,905.  To define and explore the scientific,
operational, management, and ethical issues involved in planning and conducting an HIV/AIDS
preventive vaccine trial in the north of Thailand.

Proposal for 3 Workshops in Support of HIV Research Activities in Northern Thailand.
January 1, 1994-March 1, 1995.  The Fogarty International Center, National Institutes of Health.
PI, Kenrad E. Nelson.  Funding level, US$ 42,000.  Development grant for local personnel
through workshops on Immune Monitoring, data management and analysis for HIV
epidemiology studies, improved detection of STDs.

September 14, 2005

Proposal for a Feasibility Study of a Community Based Cohort of At-Risk HIV-1 Seronegatives in Lamphun Province, Northern Thailand. July 1, 1993-February 28, 1994.  Global Programme on AIDS, World Health Organization.  PI, Dr. Chawalit Natpratan.  Funding level, US$ 29,964. To determine the feasibility of establishing an HIV incidence cohort among factory workers. Study design, grant writing, study oversight, analysis and publication.

## PRESENTATIONS

### Scientific Meetings

"The Nest Wave:  Emerging HIV Epidemics in Eurasia." Plenary Presentation, Third International AIDS Society Conference on HIV Pathogenesis and Treatment, 25 July, 2005, Rio de Janeiro.

"Outbreak of a West Africa HIV-1 recombinant, CRF02_AG, in Central Asia." Third International AIDS Society Conference on HIV Pathogenesis and Treatment, 25 July 2005, Rio de Janeiro.

"A Human Rights Approach to Prevention:  Abstinence Only and Evidence Based Approaches." 4th Physicians for Human Rights International Health Conference, April 23, 2005, Johns Hopkins Medical Institutions.

"Civil conflict and health information:  The impact of social disruption and war on HIV/AIDS and Malaria research in the Democratic Republic of Congo, 1980-2004."  First Conference on Lessons Learned from Rights Based Approaches to Health, Emory University, April 14-16, 2005.

"MSM-IDU in Northern Thailand:  High HIV, HCV, and sexual risks and rates among dual risk men seeking drug treatment. 16[th] International Conference on Drug-Related Harm, Belfast, March 20-24, 2005.

"Responses to HIV/AIDS In Asia."  National Conference on Medicine's Response to the HIV/AIDS Pandemic, American Medical Student Association, Washington, DC, March, 16, 2005.

"Burma, Indochina, and Molecular Epidemiology as an Investigative Tool."  Second Conference on Molecular Epidemiology, HIV and National Security, Council on Foreign Relations, New York, December 6th, 2004.

"HIV/AIDS in Shan State."  First Shan State Health Summit, Chiang Mai, Thailand, November 13-14, 2004.

"Can molecular epidemiology be used to track security-related HIV transmission?"  First
Conference on HIV & National Security, The Council on Foreign Relations, New York, July 28-
29, 2004.

"The effectiveness of the World Bank's HIV/AIDS assistance to Brazil." Gauri V, Beyrer C,
Vailliancourt D.  Satellite Symposium, 15th International AIDS Conference, Bangkok, July 2004.

"HIV Vaccine Trials and Injecting Drug User Participation:  The NIH Research Agenda."  15th
International Conference on Harm Reduction, Melbourne, April 19th-23, 2004.

"Molecular Tools for Documenting Human Rights Violations."  First International Seminar on
Public Health and Human Rights, Baltimore, April 7-9, 2004.

"Health and Human Rights Consequences of the Trafficking of Women and Girls in Southeast
Asia."  Invited address.  First International Conference on Women and Infectious Diseases:
From Science to Action, Centers for Disease Control, Atlanta, February 27-28,  2004
"IDU Cohorts in HIV Vaccine Trials:  Critical Controversies and Lessons Learned."  Plenary
address, HIV Vaccine Trials Network, Full Group Meeting. October 22-24, 2003, Seattle.

"Public Health Journalism in Developing Countries:  Gateway to Change."  Keynote Address,
Aspen Institute Forum on Public Health and the Media, Aspen Center Retreat, Wye, Maryland,
October, 2003.

"Molecular Epidemiology:  A Tool for HIV Research"  Keynote address, *Symposium on
Molecular Epidemiology,* Macfarlane Burnet Institute for Medical Research and Public Health,
Melbourne, Australia, December 3rd, 2002.

"HIV/AIDS in Asia: A Threat to Regional Security."  Invited address, *HIV/AIDS as a Threat to
Global Security,* Yale Center for the study of Globalization, Yale University, November 8-9,
2002, New Haven.

"Creating a Supportive Environment for HIV/.AIDS Research and Training in China."  First
Sino-US Conference on AIDS Research and Training, November 1-4, 2002, Beijing.

"HIV Vaccine Trial Capacity in African and Asia."  Plenary session, HIV Vaccines Trials
Network Semi-Annual Conference, University of Washington, October 22-25,  Seattle.

"The New Silk Road:  Central Asia and Heroin."  Invited address, *The Silk Road in the 21st
Century*, Security and Insecurity in Central Asia and the Caucasus:  A Regional Challenge with
Global Implications, Yale University, September 19-21, 2002, New Haven.

"HIV vaccine clinical trials preparedness in developing countries."  Invited speech, AIDS
Vaccines for the World, Satellite meeting prior to the 14th International AIDS Conference, 6 July
2002, Barcelona.

"Effects of Drug Use and HIV-Risk Behavior on HIV Transmission Across National Borders." Chairman's Presentation: National Institute of Drug Abuse Satellite Symposium, 14th International AIDS Conference, 9 July 2002, Barcelona.

"Collaborating with US Scientists: What are the ethical requirements?" Office of AIDS Research Satellite Session, 14th International AIDS Conference, 8 July 2002, Barcelona.

"HIV-1 in Injecting Drug Users in Southeast Asia: Implications for HIV vaccine efficacy trials." Plenary Session Presentation, HIV Vaccine Trials Network Full Group Meeting, Alexandria VA, May 2002.

"Incarceration and drug use as a risk for HIV in Thailand." The 14th B. Frank Polk HIV Research Symposium, Johns Hopkins University, April 2002.

"HIV Vaccine Trial Preparedness in Asia and Africa." HIV Vaccine Trials Leadership Conference, Miami, March, 2002.

"Ethical Issues in Clinical Trials." The Fifth International Conference on Home and Community Care for HIV/AIDS, Chiang Mai, Thailand, December, 2001.

"Incarceration and HIV risks among Thai IDU." South and Southeast Asia Regional Meeting on Drug Use/HIV Dual Epidemics, Chiang Mai, Thailand, December, 2001.

"Regional and Cross-Border Approaches to HIV Prevention." South and Southeast Asia Regional Meeting on Drug Use/HIV Dual Epidemics, Chiang Mai, Thailand, December, 2001.

"Ensuring the Affordability of an Effective HIV Vaccine to the Countries where trials have been conducted." HIV Vaccines for developing Countries: Establishing Networks for HIV Vaccines in Southern Africa, Gaberone, Botswana, November, 2001.

"Ensuring Access to Effective Treatment for Candidates who Contract HIV During Trials." HIV Vaccines for developing Countries: Establishing Networks for HIV Vaccines in Southern Africa, Gaberone, Botswana, November, 2001.

"Assessing the magnitude of the HIV/AIDS Epidemic in Burma." The First United Nations General Assembly Special Session on AIDS, New York, June, 2001.

"The Molecular Epidemiology of HIV-1 in IDU in Asia." The Fifth International Conference on Harm Reduction, New Delhi, April, 2001.

"Thailand's Response to AIDS: Building on Success, Confronting the Future." The Fifth International Conference on Harm Reduction, New Delhi, April, 2001.

"Lessons learned for HIV vaccine trials in Thailand, 1992-2000." First All-Investigators meeting, HIV Vaccine Trial Network, San Francisco, October, 2000.

September 14, 2005

"Overland heroin trafficking routes and HIV-1 spread in South and Southeast Asia." 2000 Global Research Network Meeting on HIV Prevention in Drug-Using Populations, Third Annual Meeting, Durban, South Africa, July 2000.

"Sustaining HIV prevention in political and economic crises: the cases of Thailand and Burma." Prevention Works, Third International Conference on HIV Prevention, Durban, South Africa, July 2000.

"HIV/AIDS in Africa: An International Challenge." Sixth Annual Conference on "African Refugees and the U.S. Response, Arlington VA, June 2000.

"Overland heroin trafficking routes and HIV-1 spread in South and Southeast Asia." Russian National AIDS Conference, Moscow, Russian Federation, May, 2000.

"HIV/AIDS in Asia: Are we winning or losing the war?" Asian Regional Forum, 14th Annual Conference on Security in Asia, Kuala Lumpur, May, 2000.

"Shan women in the sex industry in Southeast Asia; Political causes and human rights consequences." Fifth International Congress on AIDS in Asia and the Pacific, Kuala Lumpur, October, 1999.

"Overland heroin trafficking routes and HIV spread in South and Southeast Asia." Fifth International Congress on AIDS in Asia and the Pacific, Kuala Lumpur, October, 1999.

"Health and Human Rights Among Gay Men in Developing Countries." First Annual Gay Men's Health Summit, Boulder Colorado, August, 1999.

"Bridging the Gap:  HIV/AIDS in the Developing World." Ninth Annual Clinical Care of the Patient with HIV Infection.  Johns Hopkins University School of Medicine, April, 1999.

"Training in Tuberculosis prevention and control for developing country scientists." Eleventh Annual Fogarty International Center Program Directors Meeting, May, 1999.

"HIV/AIDS Care in China and India." The First International Congress of Tibetan Medicine, George Washington University School of Medicine, November, 1998.

"Epidemiologic and Biologic Characterization of a cohort of HIV-1 highly exposed persistently seronegative sex workers in northern Thailand." The Tenth Annual Frank B. Polk Symposium on HIV/AIDS, Johns Hopkins University, April, 1998.

"Condoms or Land mines; The Politics of AIDS in Southeast Asia." Special Lecture at UNICEF, Division of Health Programs, New York, April, 1998.

"The HIV/AIDS Epidemic in Burma; Dilemmas of Policy and Practice." Presentation at the Association of Asian Studies, 50th Annual Meeting, Washington DC, April, 1998.

"HIV Preventive Interventions; Current Research." Presentation at the First HIV Prevention Research Workshop, University of Addis Ababa, March, 1998.

"Sex Workers and HIV/AIDS; a global perspective." Presentation at the First HIV Prevention Research Workshop, University of Addis Ababa, March, 1998.

"Risk Factors for HIV Transmission." Presentation at the First HIV Prevention Research Workshop, University of Addis Ababa, March, 1998.

"Sexually transmitted diseases and HIV prevention strategies." Presentation at the First HIV Prevention Research Workshop, University of Addis Ababa, March, 1998.

"The HIV and STD Prevention Research Agenda for Asia." The First Public Health Asia 2000 Conference, Kerala, India, November, 1997.

"The Role of Same-sex Behavior in the Epidemic of HIV-1 Among Northern Thai Men" The Ninth Annual Frank B. Polk Symposium on HIV/AIDS, Johns Hopkins University, April, 1997.

"The Epidemiology of HIV/AIDS in Burma." *GGGD*, Netherlands National HIV/AIDS Surveillance Program, Amsterdam, December, 1997.

"HIV incidence among male sex workers in northern Thailand, 1989-1995." Eleventh International Conference on AIDS, Vancouver, Canada, July, 1996.

"Tuberculosis and HIV/AIDS in Thailand; Current Trends." National Council for International Health, Arlington VA, June, 1996.

"Hepatitis B Immunization; A Potential Incentive to HIV Vaccine Trial Participation in Thailand?" Eighth NCVDG, Bethesda MD, Feb. 1996.

"Sexual Behavior, Sexually Transmitted Diseases and HIV Infection among young men in Thailand." Third International Chinese International Symposium on AIDS. Beijing, China, December, 1995.

"Migration and HIV among ethnic minorities in northern Thailand." Technical consultation, Institute for Asian Studies, Chulalongkorn University and the World Health Organization. Bangkok, Thailand, May 25, 1995.

"Molecular Epidemiology Studies of HIV-1 in Northern Thailand; Results from the Thai PAVE Project, 1992-1994." Workshop on Advanced Techniques in Screening of HIV-1 Genetic Variability in Thailand. Bangkok, February, 1995.

"Molecular Epidemiology of HIV-1 in Thailand." Grand Rounds at the Department of Microbiology, Faculty of Medicine, Chiang Mai University. Chiang Mai University, Thailand, November 1994.

"Incident HIV and STDs in direct and indirect commercial sex workers (CSWs) in Thailand." Tenth International AIDS Conference, Yokohama, Japan, August 1994.

"The Clinton Administration health care reform proposals." Grand Rounds at the Department of Family Medicine, Faculty of Medicine, Chiang Mai University. Chiang Mai Thailand, June, 1994.

"Infrastructure and Personnel development for HIV vaccine trials." Royal Thai Army Medical Corps Meeting on Preparing for Vaccine trials in Thailand. Armed Forces Institute for Medical Research, Bangkok, Thailand, May, 1994.

**Seminars**

"The Next Wave: Emerging HIV Epidemics in Central Asia and Eastern Europe." Center for Strategic and International Studies Task Force on HIV/AIDS, July 7th, 2005, Washington DC.

"Preventing, HIV/AIDS and STI in Thailand." Millions Saved: Proven Successes in Global Health, Special Seminar, Bloomberg School of Public Health, April, 2005.

"International Organizations and Harm Reduction," Session Chair's Presentation at the 16th International Conference on Reduction of Drug Related Harm, Belfast, March, 2005.

"HIV in Asia in 2004: The Epidemic Continues." James B. Grant Society Special Seminar for World AIDS Day, Johns Hopkins University, December, 2004.

"Politics and Science." Special Seminar, Communications Program, Johns Hopkins University, November, 2004.

"Research Ethics and International Collaborative Research." Special Address to the Faculty, School of Medicine, National University of Laos, Vientiane, Lao PDR, November, 2004.

"Civil conflict and health information: The impact of social disruption and war on HIV/AIDS and Malaria research in the Democratic Republic of Congo, 1980-2004," Special Seminar, Center for Disasters and Emergency Relief, Department of International Health, Johns Hopkins University, October, 2004.

"HIV/AIDS and Human Rights." Parliamentarian Leadership Seminar, Bill & Melinda Gates Institute for Population and Reproductive Health, JHU, August, 2004.

"HIV Risks and Vulnerabilities Among Burmese Migrant Populations in Thailand: What the Thai Government Can Do." Presentation at the Thai Parliament, to the Committees on Foreign Affairs, Health, and Human Rights, Bangkok, July 2004.

"HIV/AIDS in Asia in 2004: Where is the Epidemic Going?" Foreign Correspondents Club of Thailand, Bangkok, July 2004.

"Public Health and Human Rights:  The Case of Burma."  Departmental Seminar, Summer Institute of Epidemiology and Biostatistics, Johns Hopkins University, June, 2004.

"Scientific Freedom and Sexual Health Research:  An Investigator's Perspective."  Presentation at the Association of American Universities, Public Affairs Network Annual Meeting, Washington DC, March 2004.

"HIV and IDU in Asia:  Implications for HIV vaccine efficacy trials."  Center for AIDS Research Seminar, The Aaron Diamond AIDS Research Center, Rockefeller University, New York City, January 2004.

"AIDS in Thailand and Burma:  Differing Responses to HIV/AIDS."  Guest lecture for Mrs. William R. Brody, Trustees Meeting, Johns Hopkins University, June 2003.

"AIDS in Southeast Asia:  The Politics of Health Care."  United States Department of State, Foreign Service Institute, Invited lecture, Alexandria, VA, May, 2003.

"HIV/AIDS in Burma, Policy Challenges and the US Response."  Testimony to the Council on Foreign Relations, New York, NY, February, 2003.

"Challenges to HIV vaccine research in Injecting Drug Users."  Invited Seminar, National Institute for Drug Abuse, NIH, Bethesda, February, 2003.

"The Changing Molecular Epidemiology of HIV in Asia."  Invited Lecture, The Center for Harm Reduction, Macfarlane Burnet Institute for Medical Research and Public Health, Melbourne, Australia, Dec. 2002.

"The Impact of the Global AIDS Pandemic."  Keynote Address, the Phelps Stokes Fund, U.S. Department of State, Bureau of Educational and Cultural Affairs, Washington, DC, July 2002.

"HIV/AIDS Issues for Developing Country Journalists."  Invited Lecture, Wall Street Journal Seminar, Barcelona, July 2002.

"Assessing the Magnitude of the HIV/AIDS Epidemic in Burma."  Special Seminar, Centers for Disease Control and Prevention, Atlanta, GA, May, 2002.

"Trafficking of Burmese women and girls:  health and human rights implications.  Invited Seminar, Johns Hopkins School for Advanced International Studies, April, 2002.

"Fearful Symmetries:  The AIDS Pandemic and Human Rights."  Third Annual George Goodman Memorial Symposium, SUNY Stonybrook, November 8th, 2001.

"Overland Heroin Trafficking Routes and HIV-1 spread in South and Southeast Asia."  Johns Hopkins Center for Communication Programs, Special Seminar, Baltimore, Oct. 2001.

"The HIV/AIDS Pandemic in 2001:  What is needed for a full response."  Hobart College Honor

September 14, 2005

Society Invited Lecture, Hobart and Wm. Smith Colleges, Geneva, New York, September, 2001.

"Reducing HIV Transmission Among Drug Users in Thailand." The United Nations Interagency Theme Group, Bangkok, Thailand, August, 2001.

"HIV/AIDS Treatment Options for Developing Countries," A World Bank Institute Live Telecast for Uganda, Tanzania, and Ghana, Washington DC, June, 2001.

"AIDS and Civil Society." Johns Hopkins All-University Colloquium on Civil Society, February 23, 2001.

"HIV/AIDS in Asia, Issues and Trends." Special Seminar, Voice of America, Washington DC, December, 2000.

"AIDS, Drugs, and Alternative Development in Burma." Special Seminar, Woodrow Wilson Center, Washington DC, October, 2000.

"Thailand's Response to AIDS: Building on Success, Confronting the Future." Seminar, The center for Epidemiology and Policy, Johns Hopkins University, November, 2000.

"Thailand's Response to AIDS: Building on Success, Confronting the Future." Special Seminar, The World Bank, Washington, DC, October 2000.

"HIV/AIDS in the Developing World: the Current Prevention Agenda." Seminar series, Preventive Medicine Residency Program, Johns Hopkins University, Baltimore, October, 2000.

"Thailand's Response to AIDS: Building on Success, Confronting the Future." Special Seminar, The World Bank Thailand Office. Bangkok, September 2000.

"Training Needs for International Collaborative Research on HIV Prevention." First international Conference on HIV/AIDS in Malawi, Blantyre Malawi, July 2000.

"Overland Heroin Trafficking Routes and HIV-1 spread in South and Southeast Asia." Johns Hopkins University 2000 Graduate Summer Institute of Epidemiology and Biostatistics, Baltimore, June, 2000.

"HIV/AIDS in Burma." Special Lecture for the National League for Democracy, Rangoon, Burma, March, 2000.

"The Third Opium War: Political Causes and Health Implications of the Burmese Heroin Conflict." *Dean's Lecture,* Johns Hopkins School of Public Health, February, 2000.

"HIV/AIDS Counseling as a Prevention Tool." Workshop in HIV/AIDS Counseling, Guangxi Provincial AIDS Program, Guangxi, China, January, 2000.

"Children's Health, Human Rights, and HIV/AIDS: UNICEF's Expanded Agenda." Special

Lecture for the release of UNICEF's State of the World's Children, 1999 Report, Johns Hopkins University, December, 1999.

"The AIDS Epidemic in Ethiopia; Political Will and Social Impacts." World AIDS Day Conference, Partners Against HIV/AIDS in Ethiopia, Washington D.C., December, 1999.

"The Health status of Internally Displaced Persons in Burma, 1999." Burma Donors Forum Annual Meeting, United Nations, New York, October, 1999.

"Using Radio for Health Education and HIV Prevention in Burma." Workshop on Media and Health Promotion, Radio Free Asia, June 1999.

"Epidemiology: Investigating the Health of the Public." Special Presentation, the Knight Center for Specialized Journalism, Johns Hopkins University School of Hygiene and Public Health, June, 1999.

"Political and Human Rights Aspects of the HIV/AIDS Epidemic in Burma." Special presentation,   the Open Society Institute, George Soros Foundation, New York, May, 1999.

"Overview of the Health Situation in Burma." Workshop on Addressing Humanitarian Aid to Burma, School of Advanced International Studies, Johns Hopkins University, May, 1999.

"HIV/AIDS and Human Rights in Southeast Asia." Health and Human Rights Seminar Series, Johns Hopkins University School of Hygiene and Public Health, April, 1999.

"Promoting safer sex and safer injection practices through peer education." HIV Prevention for Injecting Drug Users Workshop, Guangxi Province, China, January, 1999.

"The Humanitarian Crisis in Burma, 1998." Special lecture, *The Asia Society*, New York City, November, 1998.

"HIV Prevention for male sex workers." Special lecture, Royal Thai Ministry of Public Health, Chiang Mai, Thailand, November, 1998.

"Addressing the Health Crisis in Burma; Dilemmas of Policy and Practice." Seminar Series, the Center for Epidemiology and Policy, Johns Hopkins University, September, 1998.

"HIV Preventive Interventions for the Developing World." Preventive Medicine Residency Seminar Series, Johns Hopkins University PMR, August, 1998.

"The Politics of AIDS in Southeast Asia." Invited speech, The Foreign Correspondents Club of Thailand, Bangkok, Thailand, July, 1998.

"Trafficking of Burmese Women and Girls into the Asian Sex Industry; Health and Human Rights implications." Testimony to the U.S. Congress, the Human Rights, Asian, and Women's Caucuses, Washington, DC, June, 1998.

"HIV/AIDS, Heroin Use, and the health of the people of Burma." Special Lecture at the first Conference on the future of U.S. Policy toward Burma. The Central Intelligence Agency, Drug Enforcement Agency, the United States Department of State, Virginia, June, 1998.

"The HIV/AIDS and Heroin Use Epidemics in Burma; Current trends and Policy Implications." Special Presentation to the U.S. Department of State, Office of Crime, Narcotics, and Terrorism, Washington DC, April 1998.

"Condoms or Landmines; The Politics of AIDS in Southeast Asia." Presentation at The Open Society Institute, George Soros Foundation, New York, April 1998.

"Burma: Health and Human Rights in a Military Dictatorship." Health and Human Rights Seminar Series, Johns Hopkins University, February, 1998.

"HIV Prevalence and Risks among the Ethnic Minorities of Northern Thailand." Seminar Series, Dept. Of Epidemiology, Johns Hopkins University, April, 1997.

"Behavioral changes and a decline in HIV infections among Thai men." Special Lecture, University of Addis Ababa, Ethiopia, February, 1997.

"The HIV/AIDS Epidemic in Burma; Current Trends." Burma Donors Forum, Amsterdam, December, 1996.

"The Political Economy of AIDS in Southeast Asia; Thailand, Burma, Malaysia." University of Amsterdam, AIDS and Anthropology Lecture Series, November, 1996.

"HIV/AIDS Prevalence, Incidence and Rates," and "HIV Vaccine Efficacy Trials," University of Malaya, Workshop on Epidemiology of HIV/AIDS, Kuala Lumpur, Malaysia, May, 1996.

"Cohort Development for HIV Vaccine Trials in Thailand." Walter Reed Army Institute of Research, Rockville MD, February, 1996.

"The HIV/AIDS Situation in Burma." Refugees International, Washington DC, February, 1996.

"Current Status of the HIV/AIDS Epidemic in Burma; Policy Implications." Open Society Institute, Washington DC, January, 1996.

"Declining HIV prevalence and risk behaviors among young men in northern Thailand." Third International China Symposium on AIDS, Beijing, December, 1995.

"Behavioral Interventions to reduce HIV incidence among young men in northern Thailand." Myanmar Medical Association, Rangoon, Burma, November, 1995.

"Behavioral Interventions to reduce HIV incidence and STD infections among young men in northern Thailand." Mandalay Medical Association Seminar on HIV and STDs, Mandalay,

Burma, November, 1995.

"Efficacy of Behavioral Change and HIV Preventive Interventions in Thai Army recruits." Workshop on Preventive Interventions, the Social Research Institute, Chiang Mai University. Mae Rim, Thailand, May, 1995.

"Update on advances in HIV/AIDS Prevention." Northern Thai Regional Meeting for Non-Governmental Organizations. Chiang Mai, Thailand, December, 1994.

"Sexual behavior and HIV risks among male commercial sex workers and men who have sex with men in northern Thailand." Workshop on Same Sex Behavior, Social Research Institute, Chiang Mai University. Chiang Mai, Thailand, November, 1994.

"Recombinant Rotavirus Vaccines." Chinle, Gallup, and Hu Hu Kam Indian Health Service Hospitals. AZ, NM. 1992.

"Sexually Transmitted Diseases Among White Mountain Apache Women." White Mountain Apache Tribal Council, White River, AZ. 1992.

"AIDS on Campus." Symposium at Hobart and Wm. Smith Colleges. Geneva, NY. 1991.

"Using the Imagination to Heal." Tibetan concepts of healing. The College of Physicians and Surgeons, Columbia University. NY, NY. 1990.


## PERSONAL

Born 1959 at Berne, Switzerland, of American parents. Raised on Long Island, NY. Extensive work, study, and residence abroad in Sri Lanka, India, Nepal, Japan, China, Malaysia, Laos, Burma, Cambodia, Indonesia, Vietnam, Thailand, Turkey, Brazil, Venezuela, Guyana, the West Indies, Western Europe, Russia, Tajikistan, Ethiopia, South Africa, Botswana and Malawi. Other interests include Asian history, art and antiques, Buddhism, and human rights activism. Fluent in Italian, conversant in Thai, Lao, French.