## CERTIFICATE OF SERVICE

    I hereby certify that on September 28, 2005, copies of foregoing Memorandum of Law in Support of Motion of Plaintiffs Alliance for Open Society International and Open Society Institute for a Preliminary Injunction and Notice of Motion for Preliminary Injunction were filed electronically and served by hand and by Federal Express on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

    Andrew S. Natsios
    Administrator
    United States Agency for International Development
    1300 Pennsylvania Ave., NW
    Room 6.09
    Washington, DC 20523

    Richard E. Rosberger
    United States Attorney
    Southern District of New York
    86 Chambers Street
    New York, NY 10007

    John S. Gardner
    Office of General Counsel
    United States Agency for International Development
    1300 Pennsylvania Ave., NW
    Room 6.06
    Washington, DC 20523

    The Hon. Alberto R. Gonzales
    Attorney General
    United States Department of Justice
    Room 4400
    950 Pennsylvania Ave., NW
    Washington, DC 20530-0001

/s/ Rebekah Diller
Rebekah Diller (RD 7791)
Brennan Center for Justice
  at NYU School of Law
161 Avenue of the Americas,
12th Floor
New York, NY 10013
(212) 998-6730
dillerr@juris.law.nyu.edu