# United States District Court

__Southern__ DISTRICT OF __New York__

ALLIANCE FOR OPEN SOCIETY
INTERNATIONAL, INC., and
OPEN SOCIETY INSTITUTE

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES AGENCY FOR
INTERNATIONAL DEVELOPMENT and
ANDREW S. NATSIOS, in his Official Capacity as
ADMINISTRATOR, UNITED STATES AGENCY
FOR INTERNATIONAL DEVELOPMENT

CASE NUMBER:

# 05 CV 8209

JUDGE MARRERO

TO: (Name and address of defendant)

U.S. Agency for Int'l Development
Office of General Counsel
1300 Pennsylvania Ave., NW, Rm. 6.06
Washington, DC 20523

Andrew S. Natsios, Administrator
U.S. Agency for Int'l Development
1300 Pennsylvania Ave., NW, Rm. 6.09
Washington, DC 20523

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Burt Neuborne
Brennan Center for Justice at NYU School of Law
161 Ave. of the Americas, 12th Floor
New York, NY 10013

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

SEP 2 3 2005

CLERK

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____            _____
                         Date                                                          Signature of Server

                                                                                        _____
                                                                                        Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
Alliance for Open Society International,  :
Inc., Open Society Institute,             :
                      Plaintiffs,  :   AFFIDAVIT OF SERVICE
                                       :
      vs.                                  :   05cv8209 (VM)
                                       :
United States Agency for                  :
International Development, et al,         :
                     Defendants.   :
------------------------------------------------------X
State of New York   )
                       )ss.
County of New York )

      I, Luis Feliciano, being duly sworn, depose and say:

1. I am over the age of eighteen years, am not a party hereto and am employed as a Law Clerk for the firm of Shearman & Sterling LLP.

2. On September 23, 2005, at approximately 4:00 p.m., deponent served a true copy of the Summons, Complaint, and Judge Marrero's Rules upon Michael J. Garcia, United States Attorney for the Southern District of New York, by personally delivering and leaving true copies of said documents with Calvin Coleman, at 86 Chambers Street, New York, New York 10007. Mr. Coleman, an intake clerk, accepted service on Behalf of the United States Attorney for the Southern District, Michael J. Garcia.

3. Mr. Calvin Coleman is described as follows: Black male, black hair, 28-35 years of age, 5'7" – 5'9" ft., 155 – 175 lbs.

                                                         _____
                                                         Luis Feliciano
                                                         Lic. No. 779966

Sworn to before me this
28th day of September, 2005

_____
      NOTARY PUBLIC

ALFREDO C. FLORES
Notary Public, State of New York
No. 01FL4961880
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires 2/5/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Alliance for Open Society International, Inc., Open Society Institute<br>Plaintiffs<br><br>v.<br><br>United States Agency for International Development, et al<br>Defendants | AFFIDAVIT OF SERVICE<br>05cv8209 |

### AFFIDAVIT OF ERIC BUESCHER

DISTRICT OF COLUMBIA   )
                       )  SS.
CITY OF WASHINGTON     )

I, Eric J. Buescher, first being duly sworn under oath, hereby depose and state:

1. I am a legal researcher at Capitol District Information, Inc. ("Capitol District Information") located at 471 H Street NW, Washington, D.C. 20001.

2. On September 23, 2005 at approximately 4:45 PM I served a true copy of the complaint, summons, civil cover sheet and Judge Marrero's rules upon John S. Gardner, Office of the General Council, United States Agency for International Development by personally delivering and leaving true copies of said documents with Daniel Green at 1300 Pennsylvania Avenue NW, Washington, DC, 20530.

3. Mr. Green is described as follows: Male black skin, short hair, approximately 35 years of age, 5'8"-6'2", 175-210 lbs.

- 2 -

Signed under the pains and penalties of perjury, this 26th day of September, 2005.

_____
Eric Buescher

Sworn to and subscribed
before me, this 26th day of
September, 2005.

_____
Notary Public

KARLY R. JORDAN
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires August 31, 2006

My commission expires: _____

_____ [NOTARY SEAL]



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Alliance for Open Society International, Inc., Open Society Institute<br><br>Plaintiffs<br><br>v.<br><br>United States Agency for International Development, et al<br>Defendants | )<br>)<br>)<br>)<br>)<br>)   AFFIDAVIT OF SERVICE<br>)   05cv8209<br>)<br>)<br>)<br>)<br>)<br>) |

AFFIDAVIT OF ERIC BUESCHER

DISTRICT OF COLUMBIA    )
                                               )   SS.
CITY OF WASHINGTON   )

I, Eric J. Buescher, first being duly sworn under oath, hereby depose and state:

1. I am a legal researcher at Capitol District Information, Inc. ("Capitol District Information") located at 471 H Street NW, Washington, D.C. 20001.

2. On September 23, 2005 at approximately 4:45 PM I served a true copy of the complaint, summons, civil cover sheet and Judge Marrero's rules upon The Hon. Alberto R. Gonzales, Attorney General, United States Department of Justice by personally delivering and leaving true copies of said documents with David Burroughs at 950 Pennsylvania Avenue NW, Washington, DC, 20530-0001.

3. Mr. Burroughs is described as follows: Male black skin, short hair, 30 to 35 years of age 5'8"-5'11" 160-190 lbs.

- 2 -

Signed under the pains and penalties of perjury, this 26th day of September, 2005.

_____
Eric Buescher

Sworn to and subscribed
before me, this 26th day of
September, 2005.

_____
Notary Public

KARLY R. JORDAN
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires August 31, 2006

My commission expires:_____

_____ [NOTARY SEAL]



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Alliance for Open Society ) | |
| International, Inc., ) | |
| Open Society Institute ) | |
|               Plaintiffs ) | AFFIDAVIT OF SERVICE |
| ) | 05cv8209 |
| v. ) | |
| ) | |
| United States Agency for ) | |
| International Development, et al ) | |
|               Defendants ) | |

AFFIDAVIT OF ERIC BUESCHER

DISTRICT OF COLUMBIA    )
                                    )    SS.
CITY OF WASHINGTON   )

I, Eric J. Buescher, first being duly sworn under oath, hereby depose and state:

1. I am a legal researcher at Capitol District Information, Inc. ("Capitol District Information") located at 471 H Street NW, Washington, D.C. 20001.

2. On September 23, 2005 at approximately 4:45 PM I served a true copy of the complaint, summons, civil cover sheet and Judge Marrero's rules upon Administrator Andrew S. Natsios of United States Agency for International Development by personally delivering and leaving true copies of said documents with Daniel Green at 1300 Pennsylvania Avenue NW, Washington, DC, 20530.

3. Mr. Green is described as follows: Male black skin, short hair, approximately 35 years of age, 5'8"-6'2", 175-210 lbs.

- 2 -

Signed under the pains and penalties of perjury, this 26th day of September, 2005.

_____
Eric Buescher

Sworn to and subscribed
before me, this 26th day of
September, 2005.

_____
Notary Public

KARLY R. JORDAN
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires August 31, 2006

My commission expires:_____

_____ [NOTARY SEAL]

