

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

October 19, 2005

**BY FACSIMILE (212-805-6382)**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
40 Centre Street, Room 414
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-20-05

    Re:    <u>Alliance for Open Society Int'l v. USAID, 05 Civ. 8209 (VM)</u>

Dear Judge Marrero:

    This Office represents the United States Agency for International Development ("USAID") and Andrew S. Natsios, in his official capacity, as Administrator of USAID, in the above-referenced action, and writes to advise the Court that the parties have agreed to the following briefing schedule for Plaintiffs' motions for a temporary restraining order and for a preliminary injunction. Defendants will serve their response to Plaintiffs' motions on or before November 21, 2005, and Plaintiffs will serve their reply on or before December 9, 2005.

    Respectfully,

    MICHAEL J. GARCIA
    United States Attorney

By: _____
RICHARD E. ROSBERGER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. No. (212) 637-2716
Fax No. (212) 637-2730

cc:    Rebekah Diller
    Brennan Center for Justice
    (By Facimile; 212-995-4550)

**SO ORDERED:** *The briefing schedule set forth above with respect to Plaintiffs' motion for a temporary restraining order, is approved.*

10-19-05 _____
DATE    VICTOR MARRERO, U.S.D.J.