UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALLIANCE FOR OPEN SOCIETY
INTERNATIONAL, INC. and OPEN SOCIETY
INSTITUTE,

                             **Plaintiffs,**

v.

UNITED STATES AGENCY FOR
INTERNATIONAL DEVELOPMENT and
ANDREW S. NATSIOS, in his official
capacity as Administrator of the United States
Agency for International Development,

                             **Defendants**
------------------------------------------------------------x

Civil Action No. 05-cv-8209 (VM)

NOTICE OF APPEARANCE

ECF Case

      PLEASE TAKE NOTICE that undersigned hereby appear on behalf of *amici curiae* AIDS Action and twenty-one other organizations (a complete list of all *amici* is provided in Attachment A) in the above-captioned action and respectfully request that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon the following, attorneys duly admitted to practice before this Court:

Caroline M. Brown
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004-2401
(202) 662-6000

Christine I. Magdo
Covington & Burling
1330 Avenue of the Americas
New York, NY 10019
(212) 841-1000

Dated: New York, New York
November 9, 2005

/s/ Christine I. Magdo

| | |
|---|---|
| Lenora M. Lapidus (LL-6592) | Christine I. Magdo (CM-2336) |
| Emily J. Martin | COVINGTON & BURLING |
| Claudia Flores (CF 4932) | 1330 Avenue of the Americas |
| Women's Rights Project | New York, N.Y. 10019 |
| American Civil Liberties Union | Telephone: (212) 841-1000 |
| 125 Broad Street, 18th Floor | Facsimile: (646) 441-9252 |
| New York, N.Y. 10004 | |
| Telephone: (212) 519-7816 | Caroline M. Brown (CB-0659) |
| Facsimile: (212) 549-2580 | Karin L. Kizer |
| | COVINGTON & BURLING |
| | 1201 Pennsylvania Avenue, N.W. |
| | Washington, D.C. 20004 |
| | Telephone: (202) 662-6000 |
| | Facsimile: (202) 662-6291 |

*Counsel for Amici*

**Attachment A**

AIDS Action

The Alan Guttmacher Institute

American Foundation for AIDS Research

American Humanist Association

The Center for Health and Gender Equity

Center for Reproductive Rights

The Center for Women Policy Studies

Community HIV/AIDS Mobilization Project

The Feminist Majority Foundation

Gay Men's Health Crisis

The Global AIDS Alliance

The Human Rights Center, University of California, Berkeley

Human Rights Watch

The Institute of Human Rights at Emory University

The International Planned Parenthood Federation, Western Hemisphere Region

The International Women's Health Coalition

Physicians for Human Rights

Planned Parenthood Federation of America, Inc.

Population Action International

The Population Council

Religious Consultation on Population, Reproductive Health and Ethics

Sexuality Information and Education Counsel of the U.S.