## CERTIFICATE OF SERVICE

On November 9, 2005, I caused true and correct copies of the foregoing MEMORANDUM OF LAW OF AIDS ACTION AND TWENTY-ONE OTHER ORGANIZATIONS AS AMICI CURIAE IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION and NOTICE OF APPEARANCE to be served by Federal Express, overnight delivery on the following attorneys of record at their last known addresses in accordance with SDNY Local Rule 5.3:

Rebekah Ruth Diller, Esq.
Brennan Center for Justice
161 Avenue of the Americas, 12th fl.
New York, NY 10013
*Counsel for Plaintiffs*

Richard Rosberger, Esq.
United States Attorney's Office for the Southern District of New York
86 Chambers Street
New York City, NY 10007
*Counsel for Defendants*

Dated: New York, New York
November 9, 2005

                                                    */s/ Christine I. Magdo*
                                                    Christine I. Magdo (CM-2336)