UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ALLIANCE FOR OPEN SOCIETY
INTERNATIONAL, INC. and OPEN SOCIETY
INSTITUTE,

                                      **Plaintiffs,**

                               Civil Action No. 05-cv-8209 (VM)

v.

                               **NOTICE OF APPEARANCE**

UNITED STATES AGENCY FOR
INTERNATIONAL DEVELOPMENT and         ECF Case
ANDREW S. NATSIOS, in his official
capacity as Administrator of the United States
Agency for International Development,

                                     **Defendants**
-----------------------------------------------------------------x

      PLEASE TAKE NOTICE that undersigned hereby appear on behalf of *amici curiae* AIDS Action and twenty-one other organizations (a complete list of all *amici* is provided in Attachment A) in the above-captioned action and respectfully request that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon the following, attorneys duly admitted to practice before this Court:

Claudia M. Flores
ACLU Women's Rights Project
125 Broad St, 18th Floor
New York, NY 10004
(212) 519-7816

Lenora Lapidus
ACLU Women's Rights Project
125 Broad St, 18th Floor
New York, NY 10004
(212) 549-2668

Dated: New York, New York
November 9, 2005

/s/ Claudia Flores

Lenora M. Lapidus (LL-6592)
Emily Martin
Claudia Flores (CF-4932)
Women's Rights Project
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, N.Y. 10004
Telephone: (212) 519-7816
Facsimile: (212) 549-2580

Christine I. Magdo (CM-2336)
COVINGTON & BURLING
1330 Avenue of the Americas
New York, N.Y. 10019
Telephone: (212) 841-1000
Facsimile: (646) 441-9252

Caroline M. Brown (CB-0659)
Karin L. Kizer
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

*Counsel for Amici*

**Attachment A**

AIDS Action

The Alan Guttmacher Institute

American Foundation for AIDS Research

American Humanist Association

The Center for Health and Gender Equity

Center for Reproductive Rights

The Center for Women Policy Studies

Community HIV/AIDS Mobilization Project

The Feminist Majority Foundation

Gay Men's Health Crisis

The Global AIDS Alliance

The Human Rights Center, University of California, Berkeley

Human Rights Watch

The Institute of Human Rights at Emory University

The International Planned Parenthood Federation, Western Hemisphere Region

The International Women's Health Coalition

Physicians for Human Rights

Planned Parenthood Federation of America, Inc.

Population Action International

The Population Council

Religious Consultation on Population, Reproductive Health and Ethics

Sexuality Information and Education Counsel of the U.S.