# COVINGTON & BURLING

1330 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
TEL 212.841.1000
FAX 212.841.1010
WWW.COV.COM

NEW YORK
WASHINGTON
SAN FRANCISCO
LONDON
BRUSSELS

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-10-05
```

November 9, 2005

BY HAND DELIVERY

Honorable Victor Marrero
United States District Court, S.D.N.Y.
40 Centre Street, Room 414
New York, New York 10007-1581

Re:  Alliance for Open Society Int'l, Inc. et al v. US Agency for Int'l
     Dev. et al, No. 1:05 CV 08209 (VM)

Dear Judge Marrero:

This firm is counsel to a group of *amici curiae*, consisting of twenty-two public health groups and other non-governmental organizations. During a telephone conference on November 8, 2005, the Court granted *amici* leave to file a memorandum of law in support of Plaintiffs' pending motion for a preliminary injunction in the above-referenced action. I enclose two courtesy copies of the memorandum of law of *amici* and of our firm's Notice of Appearance in this action, which were electronically filed with the Court today.

Respectfully,

Christine I. Magdo

Enclosures

cc:  Rebekah Ruth Diller, Esq.
     *Counsel to Plaintiffs*

     Richard Rosberger, Esq.
     *Counsel to Defendants*

---

Request GRANTED. Amici Curiae herein are granted leave to file a memorandum of law in support of plaintiffs' motion for preliminary injunction.

SO ORDERED:

11-10-05
DATE      VICTOR MARRERO, U.S.D.J.