# EQUALITY NOW

New York: 250 West 57 Street, #1527, New York, NY 10107, USA • Tel:+1 212-586-00 06 • Fax:+1 212-586-1611 • Email: info@equalitynow.org
London: 6 Buckingham Street, London WC2N 6BU, UK • Phone:+44 (0) 20-7839-5456 • Fax 144 (0) 20-7839-4012 - Email: ukinfo@equalitynow.org
Nairobi: PO Box 2018 KNH 00202, Nairobi, Kenya • Tel: +254 20-2719-832 • Fax: 125 20- 719-868 • Email: equalitynow@kenyaweb.com

December 5, 2005

Honorable Victor Marrero
United States District Judge
United States District Court, S.D.N.Y.
40 Centre Street, Room 414
New York, NY 10007

By Facsimile (212) 805-6382

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 12-6-05

Re:   Alliance for Open Society Int'l, Inc. et al v. U S Agency for Int'l
      Development et al. No. 1:05 CV 08209 (VM)

Dear Judge Marrero:

Earlier today we notified the Court by letter of our intention to move for leave to file as *amici curiae* a memorandum of law pertaining to the above-captioned case. In that letter we indicated our intention to file this motion tomorrow December 6, 2005.

After that letter was sent, we were contacted as a courtesy by Ms. Diller, counsel for Plaintiffs, who informed us that the briefing schedule in the case has been extended.

In light of the revised briefing schedule, it is our intention to file our motion, with the consent of counsel for both Plaintiffs and Defendants, on Monday, December 12, rather than tomorrow as originally planned.

We respectfully request a conference if the Court would prefer that we follow a different procedure.

Respectfully submitted,

Jane Manning /BH
Jane Manning
(718) 6 8-1755
(212) 5 6-0906

Cc:   Rebekah Ruth Diller, Esq.
      *Counsel to Plaintiffs*

      Richard Rosberger, Esq.
      *Counsel to Defendants*

> SO ORDERED:
>
> 6 December 2005
> DATE     VICTOR MARRERO, U.S.D.J.

WORKING FOR THE CIVIL, POLITICAL, ECONOMIC AND SOCIAL RIGHTS OF WOMEN AROUND THE WORLD