

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

ORIGINAL

86 Chambers Street
New York, New York 10007

January 3, 2006

**BY FACSIMILE (212-805-6382)**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
40 Centre Street, Room 414
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-4-06

Re:    Alliance for Open Society Int'l v. USAID, 05 Civ. 8209 (VM)

Dear Judge Marrero:

This Office represents the government defendants in the above-referenced action, and writes to request that Your Honor extend the deadline for Defendants to file their opposition to plaintiffs Alliance for Open Society International, Inc.'s and Open Society Institute's motions for a preliminary injunction and temporary restraining order, and to plaintiff Pathfinder International's motion for a preliminary injunction. Defendants request that the time for Defendants to oppose the motions be extended from January 3, 2006 to January 4, 2006. In addition, Defendants request permission to file an opposition brief with a page length of up to 55 pages, so that it may properly respond to all of the Plaintiffs' motions and to the amici briefs. Further, Defendants respectfully request that the date for Defendants to submit their answer to the Amended Complaint be extended from January 3, 2006 to January 10, 2006. Plaintiffs have consented to the foregoing requests, and request that their reply brief upon their motions be extended from January 24, 2006 to January 25, 2006. Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____

RICHARD E. ROSBERGER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. No. (212) 637-2716
Fax No. (212) 637-2730

Request GRANTED. The briefing schedule with regard to the
motion *for preliminary injunction* herein
is extended as set forth herein: motion papers submitted by
_____ ; response 1-4-06 ;
reply 1-25-06. Defendants' brief may contain
up to 55 pages. Defendants' time to answer
the Amended Complaint is extended
to 1-10-06.
SO ORDERED.
1-3-06
DATE        VICTOR MARRERO, U.S.D.J.

cc:    Rebekah Diller
       Brennan Center for Justice
       (By Facsimile; 212-995-4550)