UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
ALLIANCE FOR OPEN SOCIETY INTERNATIONAL, :
INC., OPEN SOCIETY INSTITUTE, and PATHFINDER :
INTERNATIONAL, :
                           Plaintiffs, :    05 Civ. 8209 (VM)
                                       :
        v. :

UNITED STATES AGENCY FOR INTERNATIONAL :
DEVELOPMENT and ANDREW S. NATSIOS, in his :
Official Capacity as Administrator of the United States :
Agency for International Development, and his successors; :

UNITED STATES DEPARTMENT OF HEALTH AND :
HUMAN SERVICES and MICHAEL O. LEAVITT, in his :
official capacity as Secretary of the U.S. Department of :
Health and Human Services, and his successors; and :

UNITED STATES CENTERS FOR DISEASE CONTROL :
AND PREVENTION and JULIE LOUISE GERBERDING, :
in her official capacity as Director of the U.S. Centers for :
Disease Control and Prevention, and her successors; :
                                       :
                           Defendants. :
----------------------------------------------------------------------x

## DECLARATION OF RICHARD E. ROSBERGER

      RICHARD E. ROSBERGER, pursuant to 28 U.S.C. § 1746, declares the following under penalty of perjury:

      1.    I am an Assistant United States Attorney for the Southern District of New York, counsel for Defendants in the above-captioned action. I respectfully submit this declaration in opposition to Plaintiffs' motions for a preliminary injunction and for a temporary restraining order.

      2.    Attached as Exhibit A hereto is a true and correct copy of the Remarks

on Signing the United States Leadership Against HIV/AIDS, Tuberculosis, and Malaria Act of 2003.

3. Attached as Exhibit B hereto is a true and correct copy of a Press Release, Trafficking in Persons National Security Presidential Directive, dated February 25, 2003.

4. Attached as Exhibit C hereto is a true and correct copy of a USAID Acquisition & Assistance Policy Directive (AAPD) 05-04, dated June 9, 2005.

5. Attached as Exhibit D is a true and correct copy of a letter from Christopher D. Crowley, Mission Director, USAID, to Galina Karmanova, Alliance for Open Society International, Inc., dated October 7, 2005.

6. Attached as Exhibit E is a true and correct copy of 70 F.R. 29759 (May 24, 2005).

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   New York, New York
         January 4, 2006

                                MICHAEL J. GARCIA
                                United States Attorney for the
                                Southern District of New York
                                Attorney for Defendants

By: _____
     RICHARD E. ROSBERGER (RR 1632)
     Assistant United States Attorney
     86 Chambers Street
     New York, New York 10007
     Tel.: (212) 637-2716
     Fax: (212) 637-2730