to become a champion. One of the key ingredients is to serve the team and not the individual statistic, and that's precisely what the members of the California Angels did.

It also gives me a chance to remind people who come to the White House that when you're a champ, you have a responsibility to the communities in which you live. There are a lot of kids who look at the World Champs and wonder about the example you set. They look at you and say, "Is it okay to curse or drink or carouse?" And I hope the answer you give them, loud and clear, is in order to be a champ, you've got to make right choices in life.

A champion is somebody who sets high standards and lives to those standards. A champion is somebody who assumes responsibility of a champion, which is to not only set a good example but, when you're in your community, use the spotlight that you've achieved to encourage our fellow citizens to love a neighbor just like you'd like to be loved yourself. I know many of you do that, because you're not only champions on the field, you're champions off the field as well.

Welcome to the White House. God bless your talents, and may God continue to bless America.

*Manager Scioscia.* Mr. President, it took us 42 years to say this, but we'd like to present you with a World Champion Anaheim Angel jersey that I know you'll wear proudly, and we apologize for going through your beloved Texas Rangers in the American League West. [*Laughter*] But thank you very much.

*The President.* Thank you, Mike. Good to see you all.

*Manager Scioscia.* Thanks for inviting us.

*The President.* Congratulations.

NOTE: The President spoke at 10:53 a.m. in the Rose Garden at the White House. In his remarks, he referred to columnist George Will; Anaheim Angels' owner Arturo Moreno and his wife, Carole; Jackie Autry, widow of former Angels' owner Gene Autry; Sandy Alderson, executive vice president of baseball operations, Major League Baseball; Bill Stoneman, vice president and general manager, Anaheim Angels; and manager Mike Scioscia, short stop David Eckstein, starting pitcher John Lackey, relief pitcher Ben Weber, and second baseman Benji Gil, Anaheim Angels.

## Remarks on Signing the United States Leadership Against HIV/AIDS, Tuberculosis, and Malaria Act of 2003
*May 27, 2003*

Thank you all very much. I'm so pleased that so many could be here to witness this historic moment, as our Nation sets forth a great mission of rescue. The United States of America has a long tradition of sacrifice in the cause of freedom, and we've got a long tradition of being generous in the service of humanity. We are the Nation of the Marshall plan, the Berlin airlift, and the Peace Corps. And now we're the Nation of the Emergency Plan for AIDS Relief.

HIV/AIDS is one of the greatest medical challenges of our time. The disease has killed more than 20 million people. Today, 42 million more are living with HIV. Across Africa, this disease is filling graveyards and creating orphans and leaving millions in a desperate fight for their own lives.

They will not fight alone, because they will have the help and the friendship of the United States of America. The legislation I sign today launches an emergency effort that will provide $15 billion over the next 5 years to fight AIDS abroad. This is the largest, single upfront commitment in history for an international public health initiative involving a specific disease.

America makes this commitment for a clear reason, directly rooted in our founding. We believe in the value and dignity of every human life.

In the face of preventable death and suffering, we have a moral duty to act, and we are acting. I want to thank Tommy Thompson and Colin Powell for their leadership on this crucial issue. There are no better people than to trust in seeing that the great heart and compassion of America is recognized in our world through accomplishment.

I appreciate—Tony Fauci is here. Tony has been on the frontline of the war against HIV/AIDS for a long time. And I appreciate you representing the National Institute of Allergies and Infectious Diseases.

I appreciate Rich Carmona, is the U.S. Surgeon General, for joining us. Thank you for being here, Rich.

I want to thank a member of my staff, the Director of the Office of National AIDS Policy, Dr. Joseph O'Neill, for his leadership.

It is my honor to recognize Dr. Kenneth Kaunda, the former President of Zambia is with us today as well.

I'm grateful that the Ambassadors and the senior officials from African and Caribbean nations are with us. I appreciate their leadership. Send a message back home that we are earnest and determined to help you wipe out AIDS in your country.

I want to thank all the faith-based and community activists and leaders who are here who share our passion and desire to help those who suffer. Your efforts took place long before we arrived here in Washington or, at least, I arrived here in Washington, and all we want to do is stand by your side as we march down the road of a hopeful tomorrow for people who suffer.

I want to thank the Members of the House and the Senate who are here. Bill Frist has been a leader on this issue, and he, along with Senator Richard Lugar and Senator Joe Biden, the Senate Foreign Relations Committee, delivered. Mr. Leader, thank you.

I appreciate my friend Congressman Tom Lantos for being here. He represents the House Foreign Relations Committee. Chairman Hyde is not here, but nevertheless, the two worked really well together.

I am pleased to see Senator Santorum and DeWine are here. Thank you all for coming, and thank you for your leadership on this issue. I also want to thank the Members of the House, Congressmen Pitts, Smith, King, and Congresswoman Barbara Lee for joining us as well. Thank you all for your interest, and thanks for coming.

When I stood in front of the Congress 4 months ago, I was confident that the U.S. Congress would respond. I was confident that they would hear the call for a bold initiative, and they responded. And they have my gratitude, and they have the gratitude of millions around the world for their leadership on this issue. And I want to thank you all very much.

This Act of Congress addresses one of the most urgent needs of the modern world. Because of the AIDS pandemic, a child born today in sub-Sahara Africa has a life expectancy of 47 years. This disease falls most heavily on women and children. Nearly 60 percent of those infected by HIV in sub-Sahara Africa are women. Three million African children under 15 have the AIDS virus—3 million. And the disease has left 11 million orphans, more children than live in the entire State of California.

Behind these numbers are names. There is Mbongeni, a 15-year-old boy who lost both his mother and father to AIDS and now struggles to feed his two siblings and two nephews.

There is Leonora, the mother of five in Kenya, who cares for five other children she has taken into her home, all of them AIDS orphans, all of whom would be on the streets without her love.

There is Ruth, a young mother dying of AIDS at 24, ostracized by her late husband's family, asking, "Who will take care of my children?"

This is the daily reality of a continent in crisis, and America will not look away. This great Nation is stepping forward to help. The fight against AIDS is difficult but not hopeless. We know how to prevent AIDS, and we know how to treat it. The cost of effective medicines has fallen dramatically. And we made progress here in our own country where we have increased spending for domestic HIV prevention and care and treatment by 7 percent in next year's budget. We will also help the people across Africa who are struggling against this disease and those who have proven on a day-by-day basis the battle can be won.

We see hope in the work of individuals like the former President of Zambia who lost his son to AIDS, a son who left several children to the care of their grandfather. The good President turned his grief to good works and created the Kenneth Kaunda Children of Africa Foundation. His foundation pays for food and medical care and schooling for AIDS orphans. Mr. President, we honor you for your service and for the example you have shown to others who live on your ravished continent. Thank you for coming today, sir.

We see hope in the many religious and educational institutions that are doing effective work on the frontline of the AIDS crisis.

*Administration of George W. Bush, 2003 / May 27*        665

The Catholic Medical Mission Board, for example, runs 15 clinics in southern Africa and Haiti, where more than 20,000 pregnant women each year receive HIV testing and counseling and drug therapy to prevent the transmission of the virus to their children.

I want to thank Jack Galbraith for the fine work of Catholic Medical Mission. And I want to thank all of you all who have heard that call to love a neighbor just like you'd like to be loved yourself. Thank you for your service to those who suffer. May God continue to bless your work.

We see hope in the actions of African governments that are acting responsibly and aggressively to fight AIDS. The nation of Uganda is pursuing a successful strategy of prevention, emphasizing abstinence and marital fidelity, as well as the responsible use of condoms to prevent HIV transmission. The results in Uganda have been remarkable. The AIDS infection rate has fallen sharply since 1990, and in some places the percentage of pregnant women with HIV has been cut in half. The Uganda plan is proving that major progress is possible.

And now we must spread that progress to suffering nations throughout the world. By the legislation I will sign today, the United States of America will take the side of individuals and groups and governments fighting HIV/AIDS in Africa and other parts of the world. We'll provide unprecedented resources to the effort, and we will keep our commitment until we have turned the tide against AIDS.

Under this legislation, America will provide additional money for the Global Fund for AIDS Relief and additional funding for our efforts in many countries to prevent mother-to-child transmission of the disease. And we will focus our efforts on 12 African and 2 Caribbean countries where HIV/AIDS is heavily concentrated.

We will purchase low-cost antiretroviral medications and other drugs that are needed to save lives. We will set up a broad and efficient network to deliver drugs to the farthest reaches of Africa, even by motorcycle or bicycle. We will train doctors and nurses and other health care professionals so they can treat HIV/AIDS patients. We will renovate and, where necessary, build and equip clinics and laboratories. We will support the care of AIDS orphans by training and hiring childcare workers. We'll provide home-based care to ease the suffering of people living with AIDS.

We'll provide HIV testing throughout all regions of the targeted countries. We'll support abstinence-based prevention education for young people in schools and churches and community centers. We will assist faith-based and community organizations to provide treatment, prevention, and support services in communities affected by HIV/AIDS. We are developing a system to monitor and evaluate this entire program, so we can truly say to people, "We care more about results than words. We're interested in lives saved." And lives will be saved.

This comprehensive program has the potential in this decade to prevent 7 million new HIV infections, provide life-extending drugs to at least 2 million infected people, give humane care to 10 million HIV sufferers and AIDS orphans. This is a massive undertaking, and the dedicated men and women of the United States Government are eager to get started.

To coordinate this effort, I will soon nominate a global AIDS coordinator who will have the rank of ambassador. This coordinator will work closely with the Departments of State and Health and Human Services, as well as with USAID and the Centers for Disease Control, to direct the efforts in the worldwide fight against AIDS.

I'm going to Europe here at the end of this week, and I will challenge our partners and our friends to follow our lead and to make a similar commitment made by the United States of America so we can save even more lives.

I will remind them that time is not on our side. Every day of delay means 8,000 more AIDS deaths in Africa and 14,000 more infections—every day, 14,000 more people will be infected. I'll urge our European partners and Japan and Canada to join this great mission of rescue, to match their good intentions with real resources.

The suffering in Africa is great. The suffering in the Caribbean is great. The United States of America has the power and we have the moral duty to help. And I'm proud that

our blessed and generous Nation is fulfilling that duty.

Now it is my honor and high privilege to sign this lifesaving piece of legislation. God bless you all.

NOTE: The President spoke at 2:20 p.m. in the Dean Acheson Auditorium at the U.S. Department of State. In his remarks, he referred to Representatives Christopher H. Smith of New Jersey and Peter T. King of New York; and John Galbraith, president and chief executive officer, Catholic Medical Mission Board. H.R. 1298, approved May 27, was assigned Public Law No. 108–25.

## Letter to Congressional Leaders Transmitting a Report on the National Emergency With Respect to the Federal Republic of Yugoslavia (Serbia and Montenegro) and Kosovo
*May 27, 2003*

*Dear Mr. Speaker:　(Dear Mr. President:)*

As required by section 401(c) of the National Emergencies Act, 50 U.S.C. 1641(c), and section 204(c) of the International Emergency Economic Powers Act, 50 U.S.C. 1703(c), I am providing a combined 6-month report prepared by my Administration on the national emergencies declared with respect to the Federal Republic of Yugoslavia (Serbia and Montenegro) in Executive Order 12808 on May 30, 1992, and Kosovo in Executive Order 13088 on June 9, 1998.

Sincerely,

**George W. Bush**

NOTE: Identical letters were sent to J. Dennis Hastert, Speaker of the House of Representatives, and Richard B. Cheney, President of the Senate.

## Remarks on Signing the Jobs and Growth Tax Relief Reconciliation Act of 2003
*May 28, 2003*

Thank you all very much. Good afternoon, and welcome to the White House. Today we are taking essential action to strengthen the American economy. With my signature, the Jobs and Growth Tax Relief Reconciliation Act of 2003 will deliver substantial tax relief to 136 million American taxpayers.

We are helping workers who need more take-home pay. We're helping seniors who rely on dividends. We're helping small-business owners looking to grow and to create more new jobs. We're helping families with children who will receive immediate relief. By ensuring that Americans have more to spend, to save, and to invest, this legislation is adding fuel to an economic recovery. We have taken aggressive action to strengthen the foundation of our economy so that every American who wants to work will be able to find a job.

I want to thank the members of my team who have worked so hard to get this bill to this desk. [*Laughter*] I particularly want to thank Secretary John Snow and Secretary Don Evans for their tireless efforts to convince members of both political parties what we're doing today is the right thing to do on behalf of all Americans.

I want to thank Steve Friedman for his good work, and his staff. I want to thank Mitch Daniels, "the Blade." [*Laughter*] I want to thank members of my Cabinet who are here, Secretary of Labor Elaine Chao and Mel Martinez. Thank you both for coming.

I particularly want to thank the Members of the United States Congress who worked closely with the administration to do what was right for the American people. Speaker Hastert—Speaker Denny Hastert isn't with us, but he put forth a monumental effort to get this bill done, as did Senate Majority Leader Bill Frist.

I'm particularly pleased that not only did the majority leader join me up here, but so does the chairman of the Ways and Means, Chairman Bill Thomas. He got the job done along with Senator Chuck Grassley of Iowa, the Finance chairman in the Senate. These two good men worked out differences in a quick period of time and got the bill to the respective bodies quickly, where both Republicans and Democrats supported this major piece of legislation.

I want to thank the Members from the United States House of Representatives who are with us today as well as Senator Thad Cochran, representing other Members of the Senate. We're honored you all are here. I