

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

ORIGINAL

---

86 Chambers Street
New York, New York 10007

January 10, 2006

**BY FACSIMILE (212-805-6382)**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
40 Centre Street, Room 414
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-1-06
```

Re:   Alliance for Open Society Int'l v. USAID, 05 Civ. 8209 (VM)

Dear Judge Marrero:

This Office represents the government defendants in the above-referenced action, and writes to respectfully request that the date for defendants to answer the Amended Complaint be extended from January 10, 2006 to January 13, 2006. Plaintiffs have consented to the foregoing request. Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By:  _____
RICHARD E. ROSBERGER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. No. (212) 637-2716
Fax No. (212) 637-2730

cc:   Rebekah Diller
      Brennan Center for Justice
      (By Facsimile; 212-995-4550)

```
Request GRANTED. The time for defendant(s) to
answer or otherwise move with respect to the complaint
in this action is extended to   1-13-06   .

SO ORDERED.

1-12-06                    _____
DATE                       VICTOR MARRERO, U.S.D.J.
```