

BRENNAN █ CENTER FOR JUSTICE
AT NYU SCHOOL OF LAW



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1-25-06_

January 24, 2006

**By facsimile**

Hon. Victor Marrero, U.S.D.J.
United States District Court
  for the Southern District of New York
40 Centre Street
New York, New York 10007

Re:   *Alliance for Open Society International, et al. v. USAID, et al.,* 05 CV 8209

Dear Judge Marrero:

I write as counsel for the plaintiffs in the above-referenced matter to respectfully request permission to file a reply brief in further support of plaintiffs' motions for a preliminary injunction not exceeding 43 pages in length. Pursuant to Your Honor's memo-endorsed order of January 3, 2006, the plaintiffs' reply brief is due on January 25, 2006.

This case involves complex issues of law regarding statutory interpretation of the United States Leadership Against HIV/AIDS, Tuberculosis, and Malaria Act of 2003, the scope of Congress's power under the Spending Clause, and the First Amendment right of federal-funding recipients to advocate with private funds. We respectfully submit that the additional pages will assist Your Honor in examining these issues. The defendants consent to this request.

I therefore respectfully ask that Your Honor grant the plaintiffs' request to file a reply brief not exceeding 43 pages in length.

Sincerely,

Rebekah Diller (RD 7791)

cc: Richard E. Rosberger

Request GRANTED. Plaintiffs' reply brief may exceed the Court's page limitation, up to a total of 43 pages as set forth above.

**SO ORDERED:**

1-24-06
**DATE**        **VICTOR MARRERO, U.S.D.J.**