UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
ALLIANCE FOR OPEN SOCIETY
INTERNATIONAL, INC., OPEN SOCIETY INSTITUTE, and
PATHFINDER INTERNATIONAL

            Plaintiffs,

v.

UNITED STATES AGENCY FOR INTERNATIONAL
DEVELOPMENT and ANDREW S. NATSIOS, in his official
capacity as Administrator of the United States Agency for
International Development, and his successors;

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN
SERVICES and MICHAEL O. LEAVITT, in his official capacity
as Secretary of the U.S. Department of Health and Human Services,
and his successors; and

UNITED STATES CENTERS FOR DISEASE CONTROL AND
PREVENTION and JULIE LOUISE GERBERDING, in her
official capacity as Director of the U.S. Centers for Disease Control
and Prevention, and her successors;

            Defendants.
-----------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

**Civil Action No. 05 CV 8209 (VM)**

   PLEASE TAKE NOTICE that David W. Bowker of the law firm Wilmer Cutler Pickering Hale and Dorr LLP hereby enters an appearance as co-counsel with the Brennan Center for Justice at NYU School of Law on behalf of Plaintiffs Alliance for Open Society International, Inc., Open Society Institute, and Pathfinder International in the above-entitled action.

Dated: January 25, 2006

          By: _____
            David W. Bowker (DB-3029)
            Wilmer Cutler Pickering Hale and Dorr LLP
            399 Park Avenue
            New York, New York 10022

            Telephone: (212) 230-8852
            Fax: (212) 230-8888
            *Co-counsel for Plaintiffs*

Of Counsel:

Richard A. Johnston
Merriann M. Panarella
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109

Telephone: (617) 526-6000
Fax: (617) 526-5000