# Exhibit 5

| ABOUT USAID | OUR WORK | LOCATIONS | POLICY | PRESS | BUSINESS | CAREERS |

# USAID and the International AIDS Vaccine Initiative

U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT
FACT SHEET

WASHINGTON, DC 20523
PRESS OFFICE
http://www.usaid.gov
(202) 712-4320

2002-020

FOR IMMEDIATE RELEASE
May 23, 2002

Contact: USAID Press Office

USAID provides $16 million to the International AIDS Vaccine Initiative (IAVI), a non-governmental organization, to move forward expeditiously and systematically on promising HIV vaccine candidates, advancing candidates to field trials once safety and effectiveness have been documented. Funds from the USAID grant are used for a variety of vaccine development efforts, applied vaccine research projects, and vaccine preparedness work for clinical test sites.

With assistance from USAID, IAVI is developing seven Vaccine Development Partnerships that link scientists in industrialized and developing countries with counterparts in the private vaccine industry. This team approach provides the technical, organizational, and financial resources needed for vaccine development. The seven sites are located in Kenya, South Africa (2), Uganda, India (2), and China. Strategies being pursued to develop vaccine candidates use the latest in recombinant DNA technologies.

There are two Vaccine Development Partnerships in Uganda. The first links the Institute of Human Virology at the University of Maryland with the Uganda Virus Research Center for the development and testing of an oral AIDS vaccine. This vaccine candidate is in pre-clinical development. In addition, IAVI's plans to conduct a human vaccine trial in Uganda with a vaccine candidate developed by the University of Oxford and the University of Nairobi.

As AIDS vaccine research and development advances, so too does the need to engage and educate a wide range of constituencies in each country where clinical trials will occur, including national and local government officials, media, scientists, health professionals, civic and religious groups, people living with HIV/AIDS and other community members. IAVI is working in Uganda to create a receptive environment for AIDS vaccine trials by providing information to government officials, supporting national AIDS efforts and non-governmental organizations, and preparing local communities for clinical trials. IAVI also works to educate local and international press.

FOIA Requests : Privacy Policy : Email This Page  ★  |  Plug-ins : FAQs : Help Desk : Contact Us : Site M