# Exhibit 6

```
CDC HIV/STD/TB Prevention News Update
Monday, April 30, 2001

The CDC National Center for HIV, STD and TB Prevention provides
the following information as a public service only. Providing
synopses of key scientific articles and lay media reports on
HIV/AIDS, other sexually transmitted diseases and tuberculosis
does not constitute CDC endorsement. This daily update also
includes information from CDC and other government agencies, such
as background on Morbidity and Mortality Weekly Report (MMWR)
articles, fact sheets, press releases and announcements.
Reproduction of this text is encouraged; however, copies may not
be sold, and the CDC HIV/STD/TB Prevention News Update should be
cited as the source of the information. Contact the sources of
the articles abstracted below for full texts of the articles.

HEADLINES

NATIONAL NEWS
"US to Support Global Fund to Fight AIDS"
"Navy Targets AIDS in African Militaries"

INTERNATIONAL NEWS
"A Wider War on AIDS in Africa and Asia"
"Experts Worry Vaccine Research Overlooked in AIDS Pandemic"
"Activists Call for AIDS Debt Relief"

MEDICAL NEWS
"Can AIDS Be Cured? Research Suggests a Disappointing Answer:
Probably Not"
"Global Trends in Resistance to Antituberculosis Drugs"

EDITORIALS AND COMMENTARY
"A War Chest to Fight AIDS"

NEWS BRIEFS
"Germany Pledges Aid in UN AIDS Campaign"
"CIA in AIDS Vaccine Conspiracy-Kadhafi"
"Petition Urges AIDS Tests for Brides and Grooms"


***************************************************************
                         NATIONAL NEWS
***************************************************************

"US to Support Global Fund to Fight AIDS"
Wall Street Journal (04.30.01) Michael M Phillips
     The Bush administration has decided that the United States
will contribute to a global fund created to combat AIDS, TB and
malaria in developing countries. Administration officials have
signed on to a multilateral statement to be released today
calling on other wealthy nations to pledge contributions to the
fund around the time of a UN special session on AIDS in June. The
exact size of the US commitment is yet to be determined.
     A draft of the statement cited "the need for a substantial
increase in global resources--including through a possible health
and HIV/AIDS multilateral trust fund--for HIV-related analysis,
research and action programs," and further called for
governments "to make concrete commitments to produce a rapid
intensification of global action on HIV/AIDS." The statement
```

will be issued at today's conclusion of the semi-annual meeting of the World Bank.
    The Bush administration has so far avoided committing money to the fund, but top cabinet members have been reviewing it and other proposals for collaborative AIDS programs. Treasury Secretary Paul O'Neill discussed the AIDS fund this weekend during a gathering of economic officials from the Group of Seven (G-7) industrialized nations. But before the administration makes a specific contribution to the fund, O'Neill said, officials must be sure that the poor state of health facilities in Africa and the difficulty in providing complex drug treatments to poor people are addressed. "If we're really going to make a difference with all this well-intentioned work, it needs to be done not in a way that salves the conscience of those who are better off," he said after the G-7 meeting. "It needs to be done with a full understanding of what it means to accomplish meaningful change in the lives of real people."

"Navy Targets AIDS in African Militaries"
Associated Press (04.27.01)
    The US Navy is taking the lead in a Department of Defense (DOD) effort that is helping to combat the spread of AIDS within the ranks of the militaries of several African nations. The Naval Health Research Center in San Diego has been sending medical teams to sub-Saharan Africa since October as part of a two-year initiative, said Cmdr. Richard A. Shaffer, manager of DOD's component of the Leadership and Investment in Fighting an Epidemic (LIFE) program.
    In some African countries, as much as a third of the military personnel may be infected with HIV, Shaffer said. DOD personnel are assisting many of those militaries in meeting the following objectives: establish HIV/AIDS-specific policies for military personnel; adapt and provide HIV prevention programs; train military personnel to implement, maintain and evaluate HIV prevention programs; provide information/training to change high-risk HIV attitudes and behaviors among military personnel; and integrate and make use of other US government programs and those managed by allies and the UN.
    In fiscal 2000, the LIFE program provided $100 million in US support for HIV/AIDS prevention, care and treatment in sub-Saharan Africa and India, according to the naval center. DOD has received about $10 million to combat AIDS in African militaries. DOD also sees AIDS as a global humanitarian issue that impacts US security interests, Shaffer said. "If you are concerned about [international] stability and about militaries actually being capable for not just defending their own borders, but peacekeeping operations, then you want to make sure that they don't have big problems with a disease such as HIV," Shaffer said.


*************************************************************
                      INTERNATIONAL NEWS
*************************************************************

"A Wider War on AIDS in Africa and Asia"
New York Times (04.30.01) Barbara Crossette
    After winning price cuts for AIDS drugs sold in developing countries, advocates in the fight against the disease are now pressing for a broader line of attack. "Cheaper antiretroviral

drugs, however vital, will not by themselves provide the answer," UN Secretary-General Kofi Annan said, summing up the new global campaign against the epidemic in Africa and Asia. "Without proper health care, they may even do more harm than good." But helping to establish proper health care facilities in developing countries is not cheap, so advocates are stressing a need for creative solutions.

While experts welcome the price cuts on AIDS drugs, they note that in the poorest countries even the reduced cost is still too high for most people. And these drugs--unlike condoms--don't stop the spread of the disease. "An expanded concept of prevention is required, one that includes food security, efforts to empower women, and other ways of addressing societal problems," wrote Eric A. Friedman of the Lowenstein International Human Rights Clinic at Yale Law School and Paul Z. Zeitz of the Global AIDS Alliance in a paper last month. "Falling prices of antiretroviral drugs have dramatically altered the economics of HIV treatment," they wrote, "and obstacles to treatment such as poor infrastructure can be overcome."

Adrienne Germain, president of the International Women's Health Coalition in New York, said there were three special priority areas where more money was needed to help women in poor countries. "First is increased investment in microbicides," she said, which could protect women from a range of STDs. "Second is the further subsidizing and wider distribution of the female condom. Wherever it's been introduced in Asia and Africa, it has very wide acceptability," she said. "Third, and in some ways most important, is investment in programs to reach adolescents from 10 to 19, not just with sexuality education and health services, but also to ensure there is hope in their lives."

"Experts Worry Vaccine Research Overlooked in AIDS Pandemic"
Associated Press (04.28.01) Glenn McKenzie

Efforts to develop an AIDS vaccine are at risk of being overlooked in the push to raise money to fight the epidemic, Seth Berkley, president of the New York-based International AIDS Vaccine Initiative (IAVI) said Friday from the sidelines of the African AIDS summit. The IAVI, a private, nonprofit organization, has raised more than $300 million to assist vaccine research and create systems for distributing them to developing countries. Berkley estimated that the project would require at least double that figure to give research bodies a chance of developing vaccines by 2007.

Billions of dollars have gone into the development of effective AIDS treatments, but vaccine research has received relatively little funding. Pharmaceutical companies have viewed it as unprofitable, and most AIDS activists have focused their efforts on finding a cure. US government funding of HIV/AIDS research last year topped $2 billion, with about $250 million going toward vaccine research and the remainder to developing drugs for treatment. The Bill and Melinda Gates foundation and Western countries such as Canada and the Netherlands have also provided millions of dollars of vaccine research funding.

Nancy Powell, head of the US delegation to the African Summit, said Friday that President Bush's administration would spend $2.5 billion on HIV/AIDS research this year, including $480 million for "international HIV/AIDS assistance." She did not give a further breakdown. Researching and testing an AIDS vaccine is only the first part of the problem, Berkley said. Getting the

vaccine to those who need it most is another challenge. Vaccines developed for other diseases ordinarily take 15 years or more before they are affordable in poor countries. IAVI hopes that private firms involved in the production of the vaccines will offer them at cut-rate prices in poorer countries.

"Activists Call for AIDS Debt Relief"
New York Times (04.27.01) Theresa Agovino

Activists including economist Jeffrey Sachs and rock star Bono today called the debt owed by developing countries a major barrier to fighting the AIDS pandemic and said it should be cancelled immediately. The World Bank and the International Monetary Fund (IMF), which held their spring meeting in Washington this weekend, have a joint program to reduce debt but have so far declined to wipe the slates clean.

"It is morally reprehensible for the developed world to continue to demand repayment when we have a crisis on the continent of Africa," said Njongonkulu Ndugane, Archbishop of Capetown, South Africa. Sub-Saharan African countries spend $13.3 billion on debt repayment each year but need $15 billion to stop the spread of HIV/AIDS, according to the Global AIDS Alliance. Zambia, for example, has an annual debt service of $174 million with $90 million of that going to the World Bank and IMF. The country's health budget is $76 million.

Two separate initiatives introduced in Congress last week call on the IMF and the World Bank to eliminate debt. One bill introduced by Reps. Maxine Waters [D-Calif.] and Spencer Bachus [R-Ala.] calls for 100 percent debt relief for developing countries. Another bill introduced by Rep. Barbara Lee [D-Calif.] calls for debt relief for countries heavily affected by HIV/AIDS. "HIV/AIDS is worse than the bubonic plague," said Lee. "The money used for debt service could be used for education, research, a healthcare delivery system.... It could go a long way to turning the situation around."


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
                         MEDICAL NEWS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

"Can AIDS Be Cured? Research Suggests a Disappointing Answer: Probably Not"
Wall Street Journal (04.30.01) Associated Press

"Will AIDS ever be cured? The latest research on the resourceful AIDS virus that causes the disease suggests a disheartening answer: Probably not," began the article. Hopes that the drug therapies that "miraculously changed HIV from a death sentence to a chronic infection" might eventually eradicate every trace of infection from the body proved short-lived. And investigation into where and how the virus hides uncovered "one of the biggest disappointments in AIDS research."

Dr. Robert Siliciano of Johns Hopkins University regularly tests the blood of 50 Baltimore AIDS patients to measure the virus' persistence despite the best treatments. "What HIV has done is tap into the most fundamental aspect of the immune system, and that is its immunological memory," he said. Siliciano said the virus lies silent inside resting memory T cells, whose job is to store a record of the germs they encounter to keep the body ready for return battles. Inside these sleeping cells, HIV lies dormant but dangerous. The cells do die off, but