UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ALLIANCE FOR OPEN SOCIETY
INTERNATIONAL, INC., OPEN SOCIETY
INSTITUTE, AND PATHFINDER
INTERNATIONAL

                                              Plaintiffs,      05 Civ. 8209 (VM) (DF)

v.

UNITED STATES AGENCY FOR
INTERNATIONAL DEVELOPMENT and
ANDREW S. NATSIOS, in his official capacity as
Administrator of the United States Agency for
International Development, et al.

                                              Defendants.
-------------------------------------------------------------x

### SUPPLEMENTAL DECLARATION OF DANIEL E. PELLEGROM

I, DANIEL E. PELLEGROM, hereby declare as follows:

1. I am, and have been since 1984, the President of Pathfinder International ("Pathfinder").

2. I submit this declaration in support of Plaintiffs' motion for a preliminary injunction. In particular, I submit this declaration to place into the record Pathfinder's relevant cooperative agreements with defendants United States Agency for International Development ("USAID") and the United States Centers for Disease Control and Prevention ("CDC") as well Pathfinder's subagreements with other organizations to receive funds originating from USAID and CDC.

3. Described below are Pathfinder's current cooperative agreements and subagreements that award funds made available under the United States Leadership Against HIV/AIDS, Tuberculosis and Malaria Act., 22. U.S.C. § 7601 *et seq.* Attached

hereto are relevant pages from each agreement or subagreement; the full agreements and subagreements will be submitted upon request.

## DESCRIPTION OF EXHIBITS

4. Attached as Exhibit 1 are relevant pages from Cooperative Agreement 388-A-00-02-00060-00 between USAID and Pathfinder, which provides for Pathfinder to support the "NGO Service Delivery Program" in Bangladesh between May 23, 2002 and September 30, 2006.

5. Attached as Exhibit 2 are relevant pages from Cooperative Agreement 527-A-00-04-00109-00 between USAID and Pathfinder, which provides for Pathfinder to upgrade health services, expand contraceptive security, and support health education in Peru between October 1, 2004 and September 30, 2007.

6. Attached as Exhibit 3 are relevant pages from Cooperative Agreement 656-A-00-05-00028-00 between USAID and Pathfinder, which provides for Pathfinder to increase the use of child survival services in the Maputo Province of Mozambique between February 23, 2005 and January 31, 2008.

7. Attached as Exhibit 4 are relevant pages from a "Leader with Associate" Cooperative Agreement GPO-A-00-05-00027-00 between USAID and Pathfinder, which provides for Pathfinder to extend service delivery for a "Reproductive Health and Family Planning Project," which helps families in Sudan space or limit childbearing. The agreement runs between September 30, 2005 and September 29, 2010.

8. Attached as Exhibit 5 are relevant pages from Cooperative Agreement 623-A-00-06-00013-00 between USAID and Pathfinder, which provides for Pathfinder to

provide home-based care and HIV/AIDS education in Kenya between December 31, 2005 and August 30, 2006.

9. Attached as Exhibit 6 are relevant pages from Cooperative Agreement U62/CCU124490-01 between the CDC and Pathfinder, which provides for Pathfinder to provide home-based care in Tanzania from September 1, 2004 to August 31, 2009.

10. Attached as Exhibit 7 are relevant pages from Cooperative Agreement U62/CCU124501-01 and Amended Cooperative Agreement U62/CCU124501-01-1 between Pathfinder and CDC, which provides for Pathfinder to prevent the transmission of HIV/AIDS from mothers to their children in Kenya between September 30, 2004 and March 31, 2010.

11. Attached as Exhibit 8 are relevant pages from Cooperative Agreements U62/CCU124418-02 and U62/CCU124419-02 between Pathfinder and CDC, which provides for Pathfinder to provide psychosocial support and peer counseling for HIV-infected women and their families in Botswana between September 30, 2004 and September 29, 2009.

12. Attached as Exhibit 9 are relevant pages from Cooperative Agreement U62/CCU124490-02 between Pathfinder and CDC, which provides for Pathfinder to provide home-based care in Tanzania between September 1, 2004 and August 31, 2009.

13. Attached as Exhibit 10 are relevant pages from a subagreement between Pathfinder and Christian Children's Fund Kenya, which provides for Pathfinder to support orphans and other children affected by HIV/AIDS in Kenya. The agreement runs between between March 18, 2005 and September 30, 2006. Christian Children's Fund Kenya holds the Prime Cooperative Agreement with USAID (GPO-A-00-05-00016-00).

14. Attached as Exhibit 11 are relevant pages from a subagreement between Pathfinder and Family Health International, which provides for Pathfinder to establish and support community based HIV/AIDS prevention programs in Kenya through January 31, 2006. Family Health International holds the Prime Cooperative Agreement with USAID (HRN-A-00-97-00017-00).

15. Attached as Exhibit 12 are relevant pages from a subagreement between Pathfinder and EngenderHealth, which provides for Pathfinder to prevent the transmission of HIV/AIDS from mothers to their children in three communities in the Arusha region of Tanzania between July 1, 2005 and June 30, 2006. EngenderHealth holds the Prime Cooperative Agreements with USAID (GPH_A_00-02-00011-00 and 623-A-00-03-00069-00).

16. Attached as Exhibit 13 are relevant pages from a Subagreement between Pathfinder and Pact, Inc., which provides for Pathfinder to improve Sexually Transmitted Infection ("STI") and HIV support services in the public and private sectors in Vietnam between August 30, 2005 and August 29, 2006. Pact, Inc. holds the Prime Cooperative Agreement with USAID (GPH-A-00-01-00-00007-00).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 24, 2006
Watertown, Massachusetts

DANIEL E. PELLEGROM