# GIBBONS, DEL DEO, DOLAN, GRIFFINGER & VECCHIONE
## A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

ONE RIVERFRONT PLAZA

NEWARK, N.J. 07102-5496

973-596-4500

www.gibbonslaw.com

MEGAN LEWIS *
Associate
(973) 596-4497
NY & CT Bars only

DIRECT FACSIMILE
(973) 639-6317
mlewis@gibbonslaw.com

January 30, 2006

**VIA FACSIMILE**

The Honorable Victor Marrero
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-31-06
```

Re: **Alliance for Open Society International, et al. v. United States Agency for International Development, 05 Civ. 8209**

Dear Judge Marrero:

    On January 19, 2006, proposed Amicus Curiae InterAction filed a motion to participate as amicus curiae and an accompanying memorandum of law in the above referenced matter. Plaintiffs' counsel has consented to the relief sought in that motion, and Defendants' counsel stated that he would consent to the extent that Defendants' be given an opportunity to respond. However, the undersigned neglected to first seek permission from the Court, in accordance with the Court's local rules, and we apologize for this oversight. Please accept our apologies for any inconvenience that this has caused and consider this letter to serve as our request for permission to file this motion.

    InterAction is the largest existing alliance of United States based international development and humanitarian nongovernmental organizations. Many of InterAction's members are directly affected by the policy at issue in the above referenced matter. InterAction has moved to participate as amicus curiae in support of Plaintiffs' Motion for a Preliminary Injunction in order to explain why the policy at issue violates the First Amendment rights of its members.

## GIBBONS, DEL DEO, DOLAN, GRIFFINGER & VECCHIONE

The Honorable Victor Marrero
January 30, 2006
Page 2

We have enclosed two additional courtesy copies of the motion and memorandum of law. Please contact us at (973) 596-4497, if we can be of any further assistance to the Court.

Sincerely yours,

Megan Lewis

cc: Rebekah Diller
Richard E. Rosenberger

> Request GRANTED. The motion of Inter Action (Docket No. 36) to participate in this action as amicus curiae is granted. Intervenors authorized to file a memorandum of law. If the Government elects to respond separately, it shall propose a briefing schedule.
>
> SO ORDERED:
> 1-30-06
> VICTOR MARRERO, U.S.D.J.

#1052626 v1
090007-55367