**ORIGINAL**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

| | |
|---|---|
| ALLIANCE FOR OPEN SOCIETY INTERNATIONAL, INC., OPEN SOCIETY INSTITUTE, and PATHFINDER INTERNATIONAL,<br><br>                Plaintiffs,<br>v.<br><br>UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT and ANDREW S. NATSIOS, in his official capacity as Administrator of the United States Agency for International Development, and his successors;<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES and MICHAEL O. LEAVITT, in his official capacity as Secretary of the U.S. Department of Health and Human Services, and his successors; and<br><br>UNITED STATES CENTERS FOR DISEASE CONTROL AND PREVENTION and JULIE LOUISE GERBERDING, in her official capacity as Director of the U.S. Centers for Disease Control and Prevention, and her successors;<br><br>                Defendants. | Civil Action No. 05-cv-8209 (VM)<br><br>NOTICE OF MOTION TO ADMIT RICHARD A. JOHNSTON COUNSEL PRO HAC VICE |

-----------------------------------------------------------------------x

PLEASE TAKE NOTICE that upon the annexed affidavit of Richard A. Johnston in support of this motion, and the Certificate of Good Standing annexed thereto, the undersigned will move this Court before the Honorable Victor Marrero for an order pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, admitting Richard A. Johnston *pro hac vice* to the Bar of this Court to argue or try this case in whole or in part as counsel to the plaintiffs.

Dated: February 23, 2006

Respectfully submitted,

_____
David W. Bowker (DB 3029)
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Telephone: 212-230-8852
Fax:       212-230-8888

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
ALLIANCE FOR OPEN SOCIETY
INTERNATIONAL, INC., OPEN SOCIETY INSTITUTE, and
PATHFINDER INTERNATIONAL

                              Plaintiffs,

v.

UNITED STATES AGENCY FOR INTERNATIONAL
DEVELOPMENT and ANDREW S. NATSIOS, in his official
capacity as Administrator of the United States Agency for
International Development, and his successors;

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN
SERVICES and MICHAEL O. LEAVITT, in his official capacity
as Secretary of the U.S. Department of Health and Human
Services, and his successors; and

UNITED STATES CENTERS FOR DISEASE CONTROL AND
PREVENTION and JULIE LOUISE GERBERDING, in her
official capacity as Director of the U.S. Centers for Disease
Control and Prevention, and her successors;

                              Defendants.
------------------------------------------------------------------------x

Civil Action No. 05-cv-8209 (VM)

AFFIDAVIT OF
RICHARD A. JOHNSTON
IN SUPPORT OF
MOTION TO ADMIT
COUNSEL PRO HAC
VICE

COMMONWEALTH OF MASSACHUSETTS    )
                                                    ) ss.:
COUNTY OF SUFFOLK                       )

        RICHARD A. JOHNSTON, being duly sworn, deposes and says:

1.     I am a senior partner with the firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel to Alliance for Open Society International, Inc., Open Society Institute, and Pathfinder International in the above-captioned matter. I submit this affidavit in support of David W. Bowker's motion that I be admitted *pro hac vice* for the purposes of this

action, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

2. As shown in the Certificate of Good Standing annexed hereto as Exhibit A, I am member in good standing of the Bar of the Commonwealth of Massachusetts.

3. There are no pending disciplinary proceedings against me in any State or Federal court.

4. For the reasons stated, I respectfully request that this honorable Court grant David W. Bowker's motion that I be admitted *pro hac vice* for the purposes of this action.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on February 22, 2006.

_____
Richard A. Johnston
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6936

NOTARY VERIFICATION

Sworn to before me this ___th day of February, 2006.

_____
Notary Public

2

US1DOCS 5488390v1

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the twelfth day of January A.D. 1977, said Court being the highest Court of Record in said Commonwealth:

## Richard A. Johnston

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this twenty-seventh day of January in the year of our Lord two thousand and six.

*MAURA S. DOYLE, Clerk*

---

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
ALLIANCE FOR OPEN SOCIETY INTERNATIONAL, INC.,
OPEN SOCIETY INSTITUTE, and PATHFINDER
INTERNATIONAL,

                                  Plaintiffs,

v.

UNITED STATES AGENCY FOR INTERNATIONAL
DEVELOPMENT and ANDREW S. NATSIOS, in his official
capacity as Administrator of the United States Agency for
International Development, and his successors;

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN
SERVICES and MICHAEL O. LEAVITT, in his official capacity
as Secretary of the U.S. Department of Health and Human
Services, and his successors; and

UNITED STATES CENTERS FOR DISEASE CONTROL AND
PREVENTION and JULIE LOUISE GERBERDING, in her
official capacity as Director of the U.S. Centers for Disease
Control and Prevention, and her successors;

                                  Defendants.
-------------------------------------------------------------------------x

Civil Action No. 05-cv-8209 (VM)

**Affidavit of Service**

STATE OF NEW YORK    )
                            :ss:
COUNTY OF NEW YORK  )

        Jeremy Low, being duly sworn, deposes and says:

1.     I am over 18 years of age and am employed by Wilmer Cutler Pickering Hale and Dorr LLP and am not a party to this action.

2.     On February 23, 2006, I caused a true and correct copy of the attached Notice of Motion to Admit Richard A. Johnston Counsel Pro Hac Vice, Affidavit of Richard A. Johnston in Support of Motion to Admit Counsel Pro Hac Vice, and Proposed Order to be served on the following parties via Federal Express:

            RICHARD E. ROSBERGER, ESQ.
            ASSISTANT UNITED STATES ATTORNEY
            SOUTHERN DISTRICT OF NEW YORK
            86 CHAMBERS STREET
            NEW YORK, NEW YORK 10007

_____
Jeremy Low

Sworn to before me this 23 day of February 2006

_____
/Notary Public

MICHAEL L. FEINBERG
Notary Public, State of New York
No. 02FE6109832
Qualified in New York County
Commission Expires May 24, 2008

2