UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

ALLIANCE FOR OPEN SOCIETY
INTERNATIONAL, INC., OPEN SOCIETY INSTITUTE, and
PATHFINDER INTERNATIONAL,

                          Plaintiffs,

v.

UNITED STATES AGENCY FOR INTERNATIONAL
DEVELOPMENT and ANDREW S. NATSIOS, in his official
capacity as Administrator of the United States Agency for
International Development, and his successors;

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN
SERVICES and MICHAEL O. LEAVITT, in his official capacity
as Secretary of the U.S. Department of Health and Human
Services, and his successors; and

UNITED STATES CENTERS FOR DISEASE CONTROL AND
PREVENTION and JULIE LOUISE GERBERDING, in her
official capacity as Director of the U.S. Centers for Disease
Control and Prevention, and her successors;

                          Defendants.

------------------------------------------------------------------------x

Civil Action No. 05-cv-8209 (VM)

## ORDER

Upon consideration of David W. Bowker's Motion for Admission of Richard A. Johnston *Pro Hac Vice*, it is, this 2nd day of March, 2006,

ORDERED that Richard A. Johnston be and hereby is admitted *Pro Hac Vice* for all purposes relating to the above-captioned case.

                                                         _____
                                                         Hon. Victor Marrero
                                                        U.S. District Judge

Dated: March 2, 2006
New York, New York