

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 23, 2006

**BY FACSIMILE (212-805-6382)**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
40 Centre Street, Room 414
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-24-06
```

      Re:    Alliance for Open Society Int'l v. USAID, 05 Civ. 8209 (VM)

Dear Judge Marrero:

      Pursuant to the Court's decision and order, dated May 9, 2006, the parties were ordered to submit to the Court a proposed preliminary injunction within fourteen days of the date of the Order, or by May 23, 2006. The parties jointly request a one-day extension until May 24, 2006 to try to agree on a joint proposed preliminary injunction. Thank you for your consideration of this request.

      Respectfully,

      MICHAEL J. GARCIA
      United States Attorney

By: _____
      RICHARD E. ROSBERGER
      Assistant United States Attorney
      86 Chambers Street, 3rd Floor
      New York, New York 10007
      Tel. No. (212) 637-2716
      Fax No. (212) 637-2730

cc:    Rebekah Diller
      Brennan Center for Justice
      (By Facimile; 212-995-4550)

*Request GRANTED. The time for the parties to submit the proposed preliminary injunction herein is extended to 6-24-06.*

**SO ORDERED:**

6-23-06
**DATE**      **VICTOR MARRERO, U.S.D.J.**