

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/12/06



RECEIVED
JUN - 9 2006
CHAMBERS OF
JUDGE MARRERO

June 9, 2006

**BY FACSIMILE (212-805-6382)**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
40 Centre Street, Room 414
New York, New York 10007

    Re:    <u>Alliance for Open Society Int'l v. USAID, 05 Civ. 8209 (VM)</u>

Dear Judge Marrero:

    This Office represents the Government defendants in the above-referenced action, and writes jointly with plaintiffs to request a one business day extension, from June 9, 2006, to June 12, 2006, of the parties' time to submit a proposed preliminary injunction.

    Thank you for your consideration of this request.

    Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
RICHARD E. ROSBERGER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. No. (212) 637-2716
Fax No. (212) 637-2730

cc:    Rebekah Diller
        Brennan Center for Justice
        (By Facimile; 212-995-4550)

Request GRANTED. The time for the parties to submit a proposed preliminary injunction herein is extended to 6-12-06.

**SO ORDERED:**
6-9-06
DATE    VICTOR MARRERO, U.S.D.J.

TOTAL P.02