

**BRENNAN CENTER FOR JUSTICE**
AT NYU SCHOOL OF LAW

LAURA K. ABEL
*Deputy Director, Poverty Program*

212-998-6737
laura.abel@nyu.edu

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-22-06
```

August 16, 2006

**By Facsimile**

Hon. Victor Marrero, U.S.D.J.
United States District Court
 for the Southern District of New York
40 Centre Street
New York, New York 10007

```
Request GRANTED. The next status
conference herein is rescheduled to 9-6-06
at 10:00 a.m.

SO ORDERED.

8-21-06        /s/ Victor Marrero
DATE           VICTOR MARRERO, U.S.D.J.
```

Re: *Alliance for Open Society International v. USAID*, 05-CV-8209

Dear Judge Marrero:

    I write, as counsel for Plaintiffs in the above-referenced matter, to respectfully request a postponement of the status conference scheduled for August 25, 2006. I will be representing the Plaintiffs while my colleague Rebekah Diller is on maternity leave. However, I will be away on vacation on the 25th, and will not return until after Labor Day. I have spoken with AUSA Richard Rosberger, who represents the Defendants, and who does not object to this request.

    Both Mr. Rosberger and I are available for a status conference all day on Wednesday, September 6. We could also make ourselves available on Tuesday, September 5.

    Thank you for your kind consideration of this request.

Sincerely,

Laura K. Abel

cc: Richard Rosberger

161 AVENUE OF THE AMERICAS, 12TH FLOOR • NEW YORK, NY 10013 • 212 998 6730 •
FAX 212 995 4550 • www.brennancenter.org

TOTAL P.02