

# BRENNAN CENTER FOR JUSTICE
### AT NYU SCHOOL OF LAW

LAURA K. ABEL
Deputy Director, Poverty Program

212-998-6737
laura.abel@nyu.edu

October 13, 2006

**By Facsimile**

Hon. Victor Marrero, U.S.D.J.
United States District Court
 for the Southern District of New York
40 Centre Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-16-06
```

Re: *Alliance for Open Society International v. USAID*, 05-CV-8209

Dear Judge Marrero:

I write, as counsel for the Plaintiffs, to provide an update regarding Plaintiffs' pending request for leave to file a motion to add Global Health Council and InterAction as Plaintiffs, and to seek a preliminary injunction on behalf of Global Health Council and InterAction.

At the pre-motion conference on September 6, 2006, Plaintiffs' counsel agreed to advise Global Health Council and InterAction to survey their members to inquire which of them receive funding subject to the Policy Requirement at issue in this case, 22 U.S.C. § 7631(f), and which desire to receive that funding free of the Policy Requirement. This process is now underway. Both organizations have begun to receive responses, but several additional weeks are now necessary to enable each organization to follow up with its members to ensure that they are aware of and able to respond to the surveys. Plaintiffs' counsel respectfully proposes to provide the Court with a further update on the progress and/or results of these surveys on or before November 13, 2006.

Thank you for your kind consideration of this matter.

Respectfully,

Laura K. Abel

---

Request GRANTED. The time for plaintiffs to update the Court on the surveys described above is extended to 11-13-06.

**SO ORDERED:**
10-13-06
**DATE**     **VICTOR MARRERO, U.S.D.J.**

161 AVENUE OF THE AMERICAS, 12TH FLOOR · NEW YORK, NY 10013 · 212 998 6730 ·
FAX 212 995 4550 · www.brennancenter.org