United States District Court
Southern District of New York

Document #  60

Alliance for Open Society International

-v-

U. S. Agency for International Development

U.S.C.A. # 06-4035

U.S.D.C. # 05-cv-8209

U.S.D.J.: Marrero

Date: 10/27/06



## Notice to the Docket Clerk

(___) Original Record          (1 ST) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A. for the Second Circuit on the 27 Day of October, 2006.

United States District Court for
the Southern District of New York

Date 10/27/06

Alliance for Open Society International
-V-
U.S Agency for International Development

U.S.C.A.# 06-4035

U.S.D.C.# 05-cv-8209

D.C. Judge. Marrero

## 1ST   Supplemental Index To The Record On Appeal

Prepared by (Name): John Ellwood
Firms Name: U.S. Attorney's Office - SDNY
Firms Address: 86 Chambers Street
City, State & Zip: New York, NY 10007
Firms Phone#: (212) 637-2766

District Court Docket Entries
Document Description                                      Doc.#

1) Supplemental Clerk's Certificate                         0
2) Transcript                                              10
3) Rule 7.1 Statement                                      21
4) Endorsed Letter                                         30
5) Transcript                                              48
6) Transcript                                              52
7) _____          _____
8) _____          _____
9) _____          _____
10) _____          _____

**United States District Court for
the Southern District of New York**

Date 10/27/06

U.S.C.A. # 06-4035

Alliance for Open Society International

U.S.D.C. # 05-cv-8209

-v-

D.C. JUDGE Marrero

U.S. Agency for International Development

## 1ST Supplemental Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified extract of the docket entries and the original filed papers numbered _____ Through _____, inclusive, constitute the Supplemental record on appeal in the above entitled proceedings.

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 27 Day of Oct In this year of our Lord, Two Thousand and Six, and the Independence of the United States this 231ST year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

United States District Court for
the Southern District of New York

Date: 10/27/06

---

Alliance for Open Society
International
-v-

U.S. Agency for International Development

---

U.S.C.A. # 06-4035

U.S.D.C. # 05-cv-8209

D.C. Judge: Marrero

### Extract Of Docket Entries

| Date | Document Description |
|---|---|
| 10/18/05 | Transcript |
| 12/13/05 | Rule 7.1 Statement |
| 1/4/06 | Endorsed Letter |
| 4/26/06 | Transcript |
| 6/21/06 | Transcript |

J. Michael McMahon, Clerk

BY: _____
Deputy Clerk