UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

ALLIANCE FOR OPEN SOCIETY INTERNATIONAL,    :
INC., OPEN SOCIETY INSTITUTE, and PATHFINDER    :        **ECF CASE**
INTERNATIONAL,    :
    :
    :
            Plaintiffs,    :        05 Civ. 8209 (VM)
    :
    :
    :
        v.    :
    :
    :
    :
    :        **SECOND**
UNITED STATES AGENCY FOR INTERNATIONAL    :        **NOTICE OF**
DEVELOPMENT and ANDREW S. NATSIOS, in his    :        **APPEARANCE AND**
Official Capacity as Administrator of the United States    :        **REQUEST FOR**
Agency for International Development, and his successors;    :        **ELECTRONIC**
    :        **NOTIFICATION**
UNITED STATES DEPARTMENT OF HEALTH AND    :
HUMAN SERVICES and MICHAEL O. LEAVITT, in his    :
official capacity as Secretary of the U.S. Department of    :
Health and Human Services, and his successors; and    :
    :
UNITED STATES CENTERS FOR DISEASE CONTROL    :
AND PREVENTION and JULIE LOUISE GERBERDING,    :
in her official capacity as Director of the U.S. Centers for    :
Disease Control and Prevention, and her successors,    :
    :
            Defendants.    :

------------------------------------------------------------------------ x

        The undersigned attorney respectfully requests the Clerk to note his appearance in this case

as attorney for each of the defendants and to add him as a Lead Attorney to whom Notices of

Electronic Filing will be transmitted in this case.  The correct email address is indicated below.

A notice of appearance and request for electronic notification was filed on September 25, 2006, but counsel for Defendants still does not appear on the docket sheet and does not receive electronic notices.

Dated: January 26, 2007
      New York, New York

                                        Respectfully submitted,

                                        MICHAEL J. GARCIA
                                        United States Attorney for the
                                        Southern District of New York
                                        Attorney for Defendants

By:        _____
                                        RICHARD E. ROSBERGER
                                        Assistant United States Attorney
                                        8 Chambers Street, 3rd Floor
                                        New York, New York 10007
                                        Telephone:  (212) 637- 2745
                                        Facsimile:  (212) 637-2730
                                        E-Mail:  Richard.Rosberger@usdoj.gov