```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X
ALLIANCE FOR OPEN SOCIETY           :
INTERNATIONAL, INC., et al.,        :
                                    :   05 Civ. 8209 (VM)
                Plaintiffs,         :
                                    :        ORDER
        - against -                 :
                                    :
UNITED STATES AGENCY FOR INTERNATIONAL :
DEVELOPMENT, et al.,                :
                                    :
                Defendants.         :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

By Order dated June 30, 2006 (the "Order") the Court granted a preliminary injunction enjoining defendants from enforcing the statute at issue in this action. The Order having been appealed to the Court of Appeals for the Second Circuit, where the matter is now pending, it is hereby

**ORDERED**, that this action be placed on the Court's Suspense Docket pending a ruling by the Court of Appeals for the Second Circuit on defendants' appeal of this Court's Order dated June 30, 2006.

SO ORDERED.

Dated:   NEW YORK, NEW YORK
         26 June 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-26-07
```

_/s/ Victor Marrero_
VICTOR MARRERO
    U.S.D.J.