# BRENNAN CENTER FOR JUSTICE



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
FILED: 2/4/08

Brennan Center for Justice
New York University School of Law

161 Avenue of the Americas
12th Floor
New York, New York 10013
212.998.6730  Fax 212.995.4550
www.brennancenter.org

February 1, 2008

**By Facsimile**

Hon. Victor Marrero, U.S.D.J.
United States District Court
 for the Southern District of New York
40 Centre Street,
New York, New York 10007

    Re:   *Alliance for Open Society International v. USAID*, 05-CV-8209

Dear Judge Marrero:

    I write as counsel for Plaintiffs in the above-referenced matter, pursuant to Your Honor's individual practices, to respectfully request permission to submit an overlength brief regarding Plaintiffs' motions to amend the complaint and to extend the preliminary injunction to cover Global Health Council and InterAction.

    By letter dated December 14, 2007, the parties informed the Court of their proposed briefing schedule, pursuant to which Plaintiffs' motions will be filed on February 8, 2008. Instead of filing two separate briefs, Plaintiffs intend to file a single brief in support of both motions. Because the brief encompasses two motions, and because those motions concern particularly complex facts regarding both the separation guidelines issued by Defendants in July 2007, and the burdens those guidelines impose on Plaintiffs' First Amendment rights, Plaintiffs respectfully request leave to file a 40-page brief.

                                  Respectfully,

                                    Laura K. Abel

Cc:    Benjamin H. Torrance (via facsimile 212.637.2702)

---

Request GRANTED. The page limitations provision of the Court's Individual Practices is modified to authorize *Plaintiffs* to file a brief not to exceed *40* pages in connection with the motion *to amend complaint and add party* herein.

**SO ORDERED.**

2-4-08
DATE

VICTOR MARRERO, U.S.D.J.