# Exhibit B



Agence canadienne de développement international    Canadian International Development Agency    Canadä

# The NARF Handbook

## *On Incorporating*

## Gender and Human Rights

## *in HIV/AIDS Training*





## 4.5. SUMMARY OF GENDER AND HUMAN RIGHTS VULNERABILITY FACTORS *cont'd*

| Issues | Gender (Women and Men) Factors | Human Rights Factors |
|---|---|---|
| Cultural | * Female subordination/Male dominance.<br>* Women are not expected to make decisions about sex.<br>* Women must sexually satisfy her husband<br>* Underage marriage and assumptions of maturity/adulthood.<br>* Circumcision and purification.<br>* Wife inheritance.<br>* Female underage marriage.<br>* Assumptions about female and male sexuality.<br>* Gender bias towards sexual violence and rape.<br>* Women cannot negotiate condom use or else be visited by sexual violence and rape.<br>* Gender bias sexual offences laws.<br>* Polygamy/Multiple divorces.<br>* Cultural practice expects men to marry and procreate even those secretly having sex with fellow men. This means it is difficult to reach these categories with safe sex messages. | |
| Economic | * Girls/Women are more vulnerable to sexual intimidation in job/career opportunities.<br>* Limited access to media and communication material.<br>* Lack of education for girls results in poverty and economic dependence on men.<br>* Women economic dependence on men.<br>* Women engage in commercial sex work. | * Poverty is a human rights issue that requires attention to the rights that promote economic activity and economic empowerment, as well as the broad spectrum of social and economic rights that require states to address developmental issues and that empower women and men to move out of poverty.<br>* Poverty increases the experience of the denial of fundamental human rights as a result of HIV status.<br>* Anecdotal evidence suggests that women with HIV are more likely to suffer human rights violations than men with HIV because many women are in more insecure forms of employment (for example domestic work) and face violations based on their economic dependency on men).<br>* Poor Access to financial services increases the economic problems associated with being HIV Positive |
| Political/ Legal | * Low representation of women in decision-making at all levels.<br>* Gender-biased health service delivery systems, e.g., availability and affordability of male condoms as opposed to female condoms. | * Reduced access to legal protection from violence for example sexual and domestic violence.<br>* Gender-bias sexual offences laws Lack of rights to liberty and security<br>* Poor laws to protect the right to health laws proscribing sex work, and men who have sex with men.<br>* Unfair pre-employment HIV testing.<br>* Unfair employment HIV testing |

...

(b) Secondly, the burden of caring for the sick and tending for orphans saps human and other resources which would have been used for other productive endeavours. AIDS is wiping out decades of investment in education and in human development.

* That AIDS attacks not only the human body, but the body politic as well. For instance, in Nigeria, it already has an unprecedented institutional impact, not only on the organisations most needed for development, but also on those most needed to prevent the spread of the epidemic itself.

* The high rate of the virus among teachers, health workers and other trained professionals will make replacement increasingly hard to find and there will be fewer to educate and care for them. It will erode access to education, and interfere with the capacity of key institutions to function. Governance itself may be threatened by decimation.

### 5.4.1 Training Objectives of HIV/AIDS Impact Mitigation under the NARF

To train on:

* Gender and human rights sensitive policies, legislation and programmes that address considerations in order to reduce societal vulnerability to HIV/AIDS and mitigates its socioeconomic impact.

* Developing extraordinary responses to the epidemic including the full engagement of top-level leaders to achieve measurable targets.

* Affirming and strengthening the capacity of communities and institutions to respond to the epidemic.

* Advocacy skills.

* Helping communities care for women/men and girls/boys living with AIDS.

* Care and support mechanisms for families affected by HIV/AIDS.

* Capacity building of groups and organisations working to address any of the above.

* Research related to any of the above.

### 5.4.2 Possible Contents of HIV/AIDS Impact Mitigation Training

* Legislations
* Government policies
* Advocacy
* Workplace programs and policies
* Sectoral/Institutional reforms
* Religious and Customary Norms and Practices