# Exhibit E




# MUKTA Newsletter

Volume IV • April – September 2007

## Progress on Mukta Monitoring & Evaluation

The past year has been quite hectic and intense for Mukta's Monitoring and Evaluation (M&E) unit.

Here at M&E we track people, and not merely numbers. Tracking people requires strong data collection systems. So the past several months have seen the streamlining of Mukta's basic Monitoring and Evaluation systems. District site details containing the estimates of Female Sex Workers (FSWs) and Men who have Sex with Men (MSM) have been revised; and the entire data collection system has been revamped in consultation with the Peer Educators (PEs) and other NGO field staff. These changes have enhanced the data quality and data flow from the grassroots level to the upper tier of the system. Meanwhile, the Gates Foundation (donor agency) revised their monthly indicators, resulting in some revisions to the existing M&E system.

Now, Mukta M&E has established an individualized Management Information System (MIS) for an estimated 14,121 FSWs and 6,334 MSM, reached by 14 NGO implementing partners across the state of Maharashtra. Naturally, monitoring and evaluation of this large-scale program is a bit of a challenge.

Managing the process using a paper-based MIS would be an enormous task. Therefore our efforts were focused on computerizing the whole system. After a struggle of almost a year and half, the Computerized Management Information System (CMIS) software, specially designed to serve the purpose the Mukta M&E has seen the light of day. The software has finally been installed in all intervention districts. A first round of training on CMIS was conducted for the NGO Project Coordinators (PCs) and Data Entry Operators (DEOs) in January 2007, followed by a two-day refresher training in October 2007. Hopefully by December 2007 we will have the first system-generated data for preparing the Monthly Technical Report.

Although strengthening the CMIS has been our priority in the past few months, M&E has also spent time conducting field-based research. We have worked closely with our outreach unit on a research study documenting Female Tamasha Artists. As part of our 'Healthy Budhwarpeth Initiative,' we have also completed a mapping and enumeration survey of the brothel-based sex workers in the largest red-light area of Pune. In the coming days, we plan to conduct a number of small-scale studies and prepare research reports for our learning and for wider dissemination.

Routine M&E activities include analyzing the monitoring data for monthly feedbacks to the NGOs, and analyzing evaluation data from various occasions such as the PE Mela and Tamasha Festival.

We have come a long way but still have miles to go!

*- Sudipta Mondal*

### INSIDE

- **Mukta Committees:** P 2
  Forming Community Committees - Increasing Community Ownership
- **Peer Educator Mela II** P 3
- **Tools for Peer Educators:** P 4
  Flipbooks for FSW and MSM PEs
- **8th ICAAP, Sri Lanka:** P 5
  Mukta's Participation
- **Police Sensitization Workshops:** P 6
  Partnership with Constella Futures
- **Stories from the field:** P 7 - P 10
  - *JALGAON:* 'Even we are citizens of this country' – Sex Workers demand their rights from government institutions
  - *KOLHAPUR:* 'Our Salute to the President, Pratibhatai' – Sex Workers Celebrate Womanhood!
  - *NASIK:* 'Ashecha Kiran' – Looking at two years of working with the community
  - *AHMEDNAGAR:* 'A Space of Our Own' – 'Centre for Transformation' initiated at Shrirampur
- **Community Space** P 10

![Pathfinder International] 

## MUKTA COMMITTEES
Forming Community Committees
- Increasing Community Ownership

In keeping with the vision of the Mukta project to empower the sex worker community to make informed choices and to help reduce their vulnerability to STIs and HIV/AIDS, the project has worked in the last three months to form community groups and committees that would gradually take over the governance of this project and thus create ownership, not only of the program, but also of the vision and mission of Mukta.

The committees include:
- Mukta Management Committee: Overseeing the implementation and governance of the Mukta project at the local level (i.e. in each town).
- Advocacy Committee: Quickly and effectively responding to local emergencies and crisis situations.
- District Program Committee: Creating a district-level platform for governance by the community.
- Advisory Committee: Creating a strong 'support base' for the project at the district level by involving influential and powerful persons.

As of September 2007, the Mukta project has 38 Mukta Management Committees, 31 Advocacy Committees and 4 District Program Committees.



*The organogram of community committees is depicted pictorially so as to help community members to easily understand.*

## Mukta Committee at work:
An inspiring story from Yavatmal

In the small town of Wani in Yavatmal district, sex workers from 31 brothels regularly attend the Mukta clinic. But women from one brothel were not allowed by the brothel owner to visit the clinic. Efforts made by the NGO staff had failed. The issue was brought up to the Wani Mukta Management Committee (MMC).

Lakshmi, the MMC Chairperson, and her team confronted the brothel owner. The brothel owner refused to discuss the issue and stated that 'her girls' had undergone check-up and testing in their native state of Andhra Pradesh. Not satisfied, the MMC members demanded to see the clinic reports. When they did not receive any response to this, they passed an ultimatum: any woman intending to practice in Wani must visit the Mukta clinic every month. Their reasoning being the clients that visit any one girl in the brothel area also visit other girls in the same area and infections could spread across the brothels. The Mukta committee members told the brothel owner, in no uncertain terms, that if 'her girls' did not go to the clinic regularly, they would no longer be allowed to practice in Wani. They could go back to Andhra Pradesh and practice sex work there.

This dialogue proved to be very effective, and soon the brothel owner allowed 'her girls' to attend the clinic.

*- Trivenee Khisty & Kendra Rosa*

 

## PEER EDUCATOR MELA II

The first PE Mela was held in November 2006. For 135 Peer Educators from 10 districts it proved to be a wonderful platform for sharing experiences and learning. Keeping up the tradition, the second PE Mela was held from 9 – 11 May 2007 in Panvel.

The most unique feature of PE Mela II was that it was planned and implemented by a Peer Educator Steering Committee. This committee included 35 sex worker representatives from Mukta districts. The Steering Committee worked for three months to decide on the issues to be covered in PE Mela II. Members also assumed responsibilities for facilitating most of the sessions.

Day one of the Mela included district-wise group work on the Hotspot Mobilization Calendar. This tool, introduced in March 2007, is widely used by PEs to identify and track the vulnerabilities of individual sex workers and to plan and prioritize their work. The PE Team from Beed won the quiz competition on various topics including STIs/HIV/AIDS and the role of PEs. The day ended with a session on legal issues where the resource person answered questions posed by the PEs based on their field experiences. Questions included how to handle harassment cases, how to get bail, and what processes need to be followed at police stations.

Day two of the Mela began with parallel discussions on the formation of Mukta Committees and the side effects of medicines. These discussions revolved around examples from the field and proved to be very useful. Inter-Personal Communication (IPC) methods were also practiced by the PEs. Sakharam, a PE from Beed said, "In the last PE Mela we were introduced to the subject of IPC, but in this PE Mela we were actually involved in practicing it."

Under the Mukta Project, PEs are encouraged to take ownership of the project by assuming wider roles. This is the basis for peer progression. Day 3 began with a participatory discussion where the Field Officers clarified their role of helping PEs to prepare themselves well for assuming wider responsibilities. This was followed by discussions on barriers to clinic utilization and efforts to overcome the barriers.

During the three-day Mela, a health camp was conducted. PE Mela I revealed that 62 percent of FSW PEs and 56 percent of MSM PEs had STIs. But in PE Mela II, this drastically changed and only 38 percent FSW PEs and 7 percent MSM PEs had STI symptoms. This decrease in STI prevalence shows the behaviour change that has been occurring amongst the PEs. Hopefully, similar behaviour changes will become evident in the larger sex worker community.

PE Mela III is scheduled to be held in November 2007.

*- Sonia Singh*

*Group Discussion: Actions to be taken to overcome barriers to clinic utilization*



### WORLD AIDS DAY 2007
*"Stop AIDS: Keep the Promise" – Leadership.*

The 2007 theme, "leadership," highlights the need for innovation, vision, and perseverance in the face of the AIDS challenge.

Let's get talking and plan how we intend to commemorate this day.

Apart from community participation, let's be sure to involve all stakeholders in this program on 1st December.




## NEW! – TOOLS FOR PEER EDUCATORS
Flipbooks for FSW and MSM PEs on issues of monthly health check-ups, syphilis testing, condom usage, and regular partner treatment

Given the high prevalence of syphilis in many Mukta districts, Peer Educators requested communication tools that would help them bring down the incidence of syphilis and promote early and complete treatment. In May 2007, the Mukta project partnered with TRAMP (Training Resources and Media Production), an agency from Mumbai, to develop two separate flipbooks for FSW and MSM PEs to address the issues of monthly health check-ups, syphilis testing, regular condom use, and partner treatment. The flipbooks, divided into three sections as per the topics, were pre-tested in two districts (Nasik and Pune) with both FSW and MSM groups and are now ready to be used at the field level.



*FSW PE Flipbook - From the section on regular condom use and partner treatment:*

*This slide talks about how re-infection of STIs can occur if partner treatment is neglected.*

The Resource Group (consisting of sex workers from all Mukta districts who have demonstrated their skills in inter-personal communication and training) will be trained in October 2007 as trainers of these flipbooks. The training will include understanding the use of this flipbook, developing the skills to engage the community in discussions on the issues represented in the flipbook, and preparing answers to probable questions that would be posed by community members. The Resource Group members would then train PEs on using this flipbook.



*MSM PE Flipbook - From the section on syphilis:*

*This slide talks about the need to get RPR testing done.*

*- Sonia Singh*

## Avahan Launches E-Avahan Forum

The E-Avahan Forum (www.e-avahan.org) was launched by the Bill and Melinda Gates Foundation Avahan initiative as a dynamic platform for cross-learning and sharing. It includes space for all Avahan State Lead Partners (SLPs), Capacity Building Partners, and Implementing Partners (IPs) to learn from each other, discuss key issues for successful program implementation, and make contacts for collaborations.

Initiated in August 2007, the forum is slowly picking up speed as various partners share their best practices in the form of reports, guidelines or stories through the "Knowledge Management Station." It has a separate film gallery where one can catch a glimpse of the various short clips developed for training as well as documentation purposes. An Avahan directory (where one can access contact information for all Avahan partners), a discussion site called "Communities of Interest," and an announcement section with upcoming activities are also included on the site.

*- Sonia Singh*

  

## Mukta's Participation at the 8th International Congress on AIDS in Asia and the Pacific, Colombo Sri Lanka

The 8th International Congress on AIDS in Asia and the Pacific (ICAAP) was held from 19 – 23rd of August 2007 in Colombo, Sri Lanka. The theme of the congress was 'Waves of Change, Waves of Hope'

The Mukta Project submitted six abstracts to the conference, all of which were accepted for poster presentations. The abstracts included discussions on a sex workers convention, a micro-planning tool (the Hotspot Mobilization Calendar), the extensive use of double condoms by community members, a local health care model, the importance of a regular feedback system, and learning from a peer educator gathering.

Eight project staff traveled to Colombo to present the posters and participate in the conference.

The project believes in empowering community members, and has made every attempt to send them to participate in conferences and attend exposure visits. Interacting with other community members from around the world is a great opportunity to gain new perspectives on sex work, health care, and human rights.



*Ms. Shivleela Morekar, a community member from Yavatmal, participating in a session at the conference.*

In this spirit, four community members were democratically selected to attend the 8th ICAAP in Colombo. They were:
1. Ms. Shivleela Morekar, Yavatmal
2. Ms. Anju Sadare, Pune
3. Ms. Asha Gaikwad, Pune
4. Mr. Kalyan Jadhav, Parbhani

The five-day conference gave participants an opportunity to acquaint themselves with the latest developments in HIV/AIDS interventions and research in the Asia Pacific region. Nearly 2,000 delegates from 70 countries attended the conference to discuss and debate some of the most important HIV/AIDS issues in the region.

In keeping with the theme of the conference, it was observed that there are changes taking place in the fight against HIV/AIDS. 'Care and Support' programs are increasingly emphasized, even while the scaling up of preventative interventions continues.

Further information on 8th ICAAP is available at the official website http://www.icaap8.lk/.



*Captured at ICAAP!*

*- Sonia Singh*

Case 2:05-cv-08209-VM    Document 70-6    Filed 02/08/2008    Page 7 of 11

 

## Police Sensitization Workshops: Partnership with Constella Futures

A Training of Trainers (TOT), titled 'Agents of Change,' was held for select police personnel from Maharashtra in three locations – at Thane, Nasik and Nagpur. The TOT reached out to almost 80 police personnel from all districts of the state.

The workshops were jointly organized by MSACS and the Essential Advocacy Project of Constella Futures, in collaboration with Pathfinder International Mukta Project. They aimed to:

1. Strengthen the partnership with Maharashtra police to address HIV/AIDS within the cadres, and to create an enabling environment for vulnerable populations like sex workers and PLHIV.
2. Create a pool of trainers on HIV/AIDS and related issues.

Each workshop took place over a three-day period. The workshops featured educational sessions on HIV/AIDS, experience sharing by PLHIV, discussions on working with highly vulnerable populations like sex workers, presentations of efforts (both governmental and non-governmental) being undertaken within the state, and mock sessions to improve the training skills of the police trainers.

The Mukta Project provided community resource persons during the sessions to discuss working with highly vulnerable populations, and to present Mukta's work in 10 districts of Maharashtra.

In the first workshop at Thane, the community members presented a role-play on the atrocities they face on the streets. At the workshops in Nasik and Nagpur, community members shared their experiences in small groups. The police and community members worked together to come up with solutions to 'their problems.' Both groups then collaborated to present the discussions in the form of role-plays.

One topic discussed was the common practice of sex workers being arrested by the police without being informed about the section under which they are being arrested. The solution arrived at was that sex workers need to be made aware about laws related to sex work, and should demand that the police officer state the section during the arrest.

Community members provided insight into the daily struggles they face as sex workers and the positive impact the police could bring about in their lives. The involvement of Mukta community members proved to be very beneficial to them, as well as the police.

Said Hiratai, a Peer Educator with the Mukta Project said, *"It was a new experience for me to be part of such a workshop (Thane TOT). I am stronger now. Now I can stand up and talk to the police."*

Pooja, another PE, chipped in: *"I was so nervous when I was first asked to act in a role-play. I had never been face-to-face with so many police officers at the same time. We (Mukta PEs) put forth our problems through a role-play without accusing the police. The police were so happy that they even shook our hands."*

The workshop provided both community members and police with a platform to discuss field level situations, and an opportunity to come up with viable solutions that would build an enabling environment.

*- Sonia Singh & Kendra Rosa*



*A community member from Latur expresses her dream for the Mukta Project – privately operating sex workers accessing services without fear of stigma or discrimination!*

 

## Stories from the Field
### JALGAON: 'Even We Are Citizens of This Country'
- Sex Workers Demand Their Rights from Government Institutions

Located 75 km from Jalgaon city, Raver is a small town known for banana plantations. In this quiet town one cannot miss the 'infamous' brothel area where around 50 sex workers earn their bread and butter.

In the brothel area, one cannot also miss seeing Vimaltai busily talking to the sex workers. A peer educator for the Mukta project, she has been working on sex workers' issues for the last two years. Vimaltai meets the women, distributes condoms, talks to them about STIs/HIV/AIDS, tells them about the importance of monthly check-ups, and brings them to the clinic. Vimaltai does all this and more.

The latest story making the rounds is how 8 sex workers, including Vimaltai, struggled to obtain ration cards for themselves.

It all started in the beginning of 2007. The sex workers had been trying to obtain ration cards for quite some time, with no guidance on the process. Although Mukta had been in town for two years, it had focused primarily on providing quality health services to the sex worker community. It was not ready to take up other issues affecting the community.

The community knew, however, that a ration card was an important document with a two-fold advantage: it provides both an official proof of residence, as well as a subsidized ration, through the Public Distribution System (PDS), to anyone in the low-income range.

"We had visited the Tehsildar's office, but he questioned the basis of our demand (for a ration card). We showed him the GR (Government Resolution) copy that the project has provided us with," says Vimaltai.

The Project Coordinator, Yogesh Mahajan, explained further: "This GR is specifically applicable to sex workers, and orders all Tehsil offices to take action for providing ration cards (to sex workers) as per government rules. Once we got to know about the GR, we immediately started the process of informing the community about it - and soon the community members took the action in their hands."

The Tehsildar asked all 8 applicants to obtain a domicile certificate before applying for a ration card. Yet the women were not perturbed by this new development. They were persistent, and in a short period of time had obtained domicile certificates. Within 1½ months of applying to the ration card office, all 8 of them had received ration cards.

The women's persistence in obtaining these documents has proven that that they can work within the system for assistance. It also helped the Mukta project, which quietly supported the women during this whole process, to gain the trust of community members.

Soon the Mukta Advocacy Committee, consisting of community members and peer educators, took it upon themselves to guide others through the ration card application process. Currently, 16 more women from Raver have applied for ration cards with support from the Mukta Advocacy Committee.

The story has spread far and wide to other towns in the district.

Upon hearing the Raver story, the PEs from Chopda and Bhusawal also began the process of obtaining ration cards for community members in their towns. They brought the idea to the Mukta Advocacy Committees in their respective towns, and now approximately 30 women from Chopda and 25 from Bhusawal have received ration cards, and this time it was the yellow ration card that gives this marginalized community greater access to subsidized rations!

*- Yogesh Mahajan & Sonia Singh*




## KOLHAPUR: 'Our Salute to the President, Pratibhatai'
– Sex Workers Celebrate Womanhood!

Everyday from noon to two the staff and peer educators of Mukta Project Kolhapur, meet to plan out work for the day. Most meetings center around reviewing the work done the previous day and planning for the present day. Planning includes discussions on follow-ups to be done, assistance to be extended to any staff member, and setting targets for the day.

However, for a few days in early July, the staff noticed the peer educators deeply involved in animated discussions. It was very unlike the peer educators and other community members to discuss political issues, but those days were different. The focus of discussion was on the upcoming presidential elections. This was a pleasant surprise and the staff decided to generate more discussion. The peer educators were extremely excited at the possibility of a woman becoming the president. A few days later, the peer educators and staff at Mukta got their wish granted, Pratibha Patil was elected president of the country, the first in India's history. There was pride and contentment—a feeling of joy amongst the peer educators.

To celebrate this victory, the team decided to conduct a ceremony honouring the newly elected President. On 23 July, 2007 at Bindu Chowk (the town square) in Kolhapur City, 33 community members, 6 peer educators, and 13 project staff assembled to pay tribute to Honorable President Pratibha Patil. The



Celebrating the First Woman President of India!

peer educators shared the pride and joy that a woman had reached the highest office of the country—in particular a woman from Maharashtra! Everyone also paid homage to the magnanimous Savitribai Phule who was one of the first to advocate for the cause of woman's education in India. Two peer educators, Manda and Mumtaz, spoke about the life of Pratibhatai ('tai' being the local term for elder sister), emphasizing the qualities that make her a great leader. Sweets were distributed at the end of the program.

The following day, newspapers in Kolhapur widely covered the event and highlighted the fact that 'no other women's organization, but sex workers in the city came together to celebrate womanhood.'

In the subsequent team meeting, a decision to send a letter to the President was taken. The letter commended the new President of India on her achievement, rejoicing in her victory, and reiterating that all of them at Mukta were indeed proud to be citizens of India. A set of all newspaper clippings was also attached to the letter.

In August 2007, the President sent a thank you note to the sex workers' group. In her note, the president thanked all for their good wishes on the occasion of her assumption of office. Upon receipt of the note, the daily meeting of the peer educators and staff was once again abuzz with excited voices, proud that their work had been recognized.

```
Pratibha Devisingh Patil                Rashtrapati Bhavan
                                        New Delhi - 110004

                                        August 20, 2007

Dear sister/brother,

        I thank you for your good wishes and kind
sentiments expressed on the occasion of my
assumption of office.

        With best wishes,


                                        Yours sincerely,

                                        P. D Patil
                                        (Pratibha Devisingh Patil)
```

— *Suhel Jamadar & Renuka Joglekar*

 

## NASIK: 'Ashecha Kiran'
- Looking at Two Years of Working with the Community

The Mukta project began its work in Nasik in August 2005. This August, on the occasion of its second anniversary, the sex worker community in Nasik decided to do something unique – organize a district-wide convention highlighting the strength and unity of sex workers and MSM under the Mukta project. They named it *Ashecha Kiran* or Rays of Hope.

A committee of peer educators, community members and NGO staff from Pravara Medical Trust Mukta Project got down to work. Planning began months in advance. The group decided on the program, the panel of guests, and the agenda, and assumed various responsibilities.

The planning committee was determined to involve participants from all corners of Nasik. Reaching out to all of the towns, however, proved to be a challenge. Malegaon, a town under the MSACS project where Mukta has had no reach, was especially difficult to engage. The committee sent an official invitation to the NGO in Malegaon, but when they did not receive a warm response, the committee decided to go directly to the community. A group of peer educators visited Malegaon, introducing themselves and the Mukta project to the community there. They invited a group of sex workers to the convention, and as a result, 15 FSWs from Malegaon came to the event.

The convention brought together sex workers and MSM with a panel of dignified guests. All Mukta district project teams were invited. The MSM community was also strongly represented. Guests in attendance included Additional District Collector Mr. Shekher Gaikwad, Editor of Sakal News Network Mr. Uttam Kamble, Nashik City Food-Supply Officer Mr. Anil Gaikwad, Police Inspector Mr. Mandleshwar Kale, and Dr. Michele Andina and Mr. Pramod Nigudkar from Pathfinder International.

The program showcased the work that has occurred over the past two years in Nasik. A documentary film on the work of Mukta in Nasik was screened. Mr. Anil Gaikwad presented BPL ration cards to over 40 community members. Brothel owners were also acknowledged for the support they extended to the Mukta project. The finale was an entertaining cultural program presented by various community members.

The highlight of the event, however, was Mr. Kamble's inspiring speech to the community. He emphasized the practical need for sex workers to take care of their health. "Just as other professionals take care of the tools and machines from which they make a living," he said, "sex workers should take extreme care of their bodies. A sex worker simply cannot afford to get sick and infected." He insisted on the need for regular clinic visits and internal examinations, to ensure the absence of STIs and other infections.

In the end, this celebration belonged to the community. From dawn to dusk the brothels and streets of Bhadrakali and Ganjmal areas of Nasik city, Sinnar and Manmad towns were locked up and empty – all the sex workers were at the event, celebrating the beginning of their empowerment and the rays of hope that Mukta brought to them in the past two years.

*- Purvi Trivedi & Kendra Rosa*



*The logo of the event was designed by a community member.*

---

Accept yourself as you are....come together....fight injustice....
take charge of your life....be healthy...
And only then can you fly high!

*- Prakash, Peer Educator, Parbhani*

 

## AHMEDNAGAR: A Space of Our Own
– 'Centre for Transformation' Initiated at Shrirampur

In Shrirampur, a small town in the district of Ahmednagar, 15 August 2007 was more than just Independence Day. As the whole country was celebrating the 60th anniversary of India's independence, the sex worker community here was celebrating the inauguration of their beautiful new Drop-In-Center (DIC). They named the DIC "Parivartan Kendra" or "Centre for Transformation." Finances for the new building came from local donors.

Snehalaya, a local NGO, has been implementing the Snehjyot Mukta Project for the past three years. The project worked in collaboration with the FSWs in Shrirampur, helping them establish a Mukta Committee and build their capacity, confidence, and self-esteem. Through community engagement and collectivization, the FSWs began to recognize themselves as more than just sex workers. At Mukta they were managers, educators, health workers, leaders, mothers and, above all, women.

Now with the centre, the Mukta Committee has taken on greater responsibility for the Mukta project in Shrirampur. The inauguration of the centre marked a happy Independence Day for the FSW community here. When Dr. Michele Andina of Pathfinder International handed over the keys of the centre to the Mukta Committee members, their faces glowed with pride.

Many honorable guests were present for the inaugural program. In addition to Pathfinder International's Dr. Michele Andina and Mr. Pramod Nigudkar, Mr. Bhaukaka Agashe, a veteran social worker, and Mr. Pathak, the Superintendent of Police were also present. Mr. Pathak's presence at this event reinforced the belief that police and sex workers can work together if provided the right platform.

*- Purvi Trivedi & Kendra Rosa*

> We welcome your feedback on the Mukta Newsletter. We also encourage each of our NGO partners to submit stories that would enrich the newsletter.
>
> For any suggestions or queries please contact:
> Pathfinder International - Mukta Project
> CASP Bhavan, 3rd Floor, Survey No. 132/2,
> Plot No. 3, Pashan-Baner Link Road, Pune - 21.
> Tel: 91-20-2586 2296 / 97 / 98
> Fax: 91-20 2586 2274
> Email: sonias@pathfind.org

## Coming Up...

- **Naad Ninaad – Tamasha Workshop and Festival October 2007**
  *The festival aims to bring together more than 500 tamasha artists from sangeet baris, diwankhanas, and traveling troupes from the Pune district. Along with academicians, the artists will discuss the future of Tamasha as a tradition and an art form, brainstorm on the challenges faced by tamasha artists, and discuss the importance of health and issues of social entitlements.*

- **Mokale Akaash – MSM State-Wide Convention October 2007**
  *The convention will bring together around 500 MSM from across the Mukta districts. It will include discussions as well as community entertainment. There will be informative lectures by legal experts, experience sharing by community members, street plays, cultural programmes and film screenings.*

- **PE Mela III – November 2007**
  *This event aims to unite 200 Mukta Peer Educators as a 'family' to share their experiences, discuss issues close to their heart and learn new skills that will help them to fulfill their roles.*

- **REST (Review Experience Sharing and Training) – November 2007**
  *Held every 6 months, the QRM/REST is scheduled to bring together representatives from all district partners to share their wide ranging field experiences.*