# Exhibit F

SUMMARY STATEMENT
PROGRAM ANNOUNCEMENT #04208
Scale-Up of Home-Based Care Activities for People Living with HIV/AIDS in the United Republic of Tanzania

Date of Review: August 9, 2004
Applicant Name: Pathfinder International, 04208-02
Amount Requested: $ 6,000,000
Recommendation: Approved
Score: 83.75

## BRIEF SUMMARY OF THE APPLICATION:

Pathfinder International requests over 5 years to scale-up its existing Tutuzane ("Let's take care of one another") community home-based care (CHBC) project to an additional 10 districts in Tanzania. Pathfinder will be collaborating with Interchurch Medical Assistance (IMA), the Christian Social Services Commission (CSSC), and the Tanzanian government. The applicant aims to contribute to the CDC's Global AIDS Program (GAP) and the President's Emergency Plan for AIDS Relief (PEPFAR) goals of providing care and support services for up to 5,000 people living with and affected by HIV/AIDS. Pathfinder expects to rapidly scale up the provision of CHBC to include 10 additional regions in Tanzania. The applicant initiated CHBC as of 2001.

The purpose of this project is to support the public health infrastructure in Tanzania and to strengthen the capacity of Ministries of Health (MOH) and partner institutions to coordinate, plan, monitor, and evaluate an integrated TB/HIV program. This will be accomplished by cooperation and collaboration in implementing activities between CDC, the Tanzania MOH-NACP, and the funded organization. These collaborative activities will improve national capacity to ensure the availability of a continuum of care for the chronically ill HIV/AIDS patients in Tanzania. These services will be used as entry points for antiretroviral therapy (ART) programs.

Awardee activities for this program are as follows:

- Obtain the necessary staff, equipment, and supplies to enhance HBC services in Tanzania.
- Recruit and train staff in counseling, testing, and HBC services according to national guidelines.
- Collaborate with the MOH-NACP to review and update HBC guidelines to include palliative care and other intervention for care and treatment of chronically ill HIV/AIDS patients.
- Plan, develop, conduct, and evaluate HBC training programs for home care providers and community-based providers in collaboration with CDC and the MOH-NACP.

1

- Conduct a mapping exercise to identify the extent to which HBC is being implemented in Tanzania.
- Participate in district HIV Prevention Task Force and support communities to form/establish educational and support groups including AIDS committees.
- Procure, distribute, and replenish drugs and supplies in the HBC kits.
- Develop and disseminate Information, Education and Communication (IEC) materials and messages for HBC and community mobilization events.
- Conduct "Train-the-Trainer" sessions on management of HIV including use of antiretrovirals in HBC settings.
- Develop a peer support mechanism for care providers.
- Provide Voluntary Counseling and Testing (VCT) services and referrals for testing of low-income earners.
- Collaborate with private health providers to develop and introduce a model of low-cost wards, in private health facilities, for low-income people living with HIV/AIDS (PLWHA).
- Provide treatment and prophylaxis for opportunistic infections, under continuum of care and support, to communities in target districts.
- Provide nutritional support and HBC services to TB/AIDS patients.

The applicant has a strong history of experience in Tanzania working with CHBC. Their existing infrastructure already supports existing programs in other parts of the country. The proposal was sound and realistic in the goals that Pathfinder International has set out to accomplish. The budget that has been proposed is very concise and focuses on strengthening capacity within the other districts of Tanzania. The applicant also shows that they have established agreement or memorandum of understanding with the 10 municipal councils and MOH in Tanzania and Zanzibar. Pathfinder International also has regional branches in the Dar es Salaam and Arusha regions of Tanzania.

## CRITERIA 1: Technical Approach

**Summary of Strengths:**

- Pathfinder International has demonstrated strong expertise in HIV/AIDS activities with programs already in place in Tanzania.
- The applicant is already participating in CBHC activities within certain districts, so they understand the scope of work and potential problems.
- Pathfinder International has illustrated the need for linkages to services for AIDS patients and communities.
- The existing CBHC curriculum is strong. (However, the MOH has not finalized CBHC guidelines—they are still in the field-testing phase.)
- Pathfinder International provides the overall design strategy and a measurable timeline in the proposal.

**Summary of Weaknesses:**

2

- Monitoring and evaluation plans need strengthening. These plans are essential for ensuring shared understanding of the roles and charges for the collection of data and reporting.

## CRITERIA 2: Understanding of the Problem

**Summary of Strengths:**

- Pathfinder International demonstrates the overall need of HIV/AIDS patients for CBHC and demonstrates a clear and concise understanding of the nature of the problem.
- The applicant understands the need to work in collaboration with other partners within the government and the communities.
- The applicant is already doing community-based health care in the field and includes a description of the public health importance of the planned activities, objectives, and projects.

**Summary of Weaknesses:**

- No weaknesses were reported.

## CRITERIA 3: Ability to Carry Out the Project

**Summary of Strengths:**

- The applicant has been in Tanzania since 1995 and operates out of two offices in the country--Dar es Salaam and Arusha. Pathfinder International already has an existing infrastructure to carry out the project.
- The applicant demonstrates superior capability to achieve the proposed objectives and goals in the proposal. A thorough description of Pathfinder's Tanzania CHBC Project Tutuzane has been included in the proposal.
- The goals that the applicant set out are attainable.

**Summary of Weaknesses:**

- Pathfinder International will be spending a great deal of money on subgrants to partners, community-based organizations (CBOs), and faith-based organizations (FBOs).

## CRITERIA 4: Personnel

**Summary of Strengths:**

- Proposed staff members are local with a wide range of skills and a wealth of experience working with other United States Government (USG) partners and NGOs. Professional personnel involved with this project have 5-18 plus years of experience in the HIV/AIDS universe of OI/HIV/STD.

3

- Pathfinder International's provided extensive CVs of the involved personnel. Staff will be mostly local to the districts in Tanzania where the program is going to be implemented.
- The applicant will use outside consultants to help with certain aspects of the project, which include a full-time financial coordinator to handle the funds.

**Summary of Weaknesses:**

- Although the proposal staff will use Field Managers, the applicant does not address in the proposal exactly who will be in the field with the managers.

## CRITERIA 5: Plans for Administration and Management of Projects

**Summary of Strengths:**

- Pathfinder International has been working in Tanzania since 1995.
- The proposed work plan is detailed with time lines provided. Project goals provided by the applicant are attainable within the proposed time frame.
- The applicant has assembled a project management team comprised of senior members from Pathfinder International, Interchurch Medical Assistance (IMA) and the Christian Social Services Commission (CSSC) for coordination of project activities at the national level.

**Summary of Weaknesses:**

- The portion of the proposal concerning the monitoring and evaluation of the project is vague.

## CRITERIA 6: Budget (not scored)

**Summary of Strengths:**

- The budget is very detailed and concise for the next 5 years and is consistent with the overall goals and objectives of the project.

**Summary of Weaknesses:**

- The applicant does not provide a budget break down for the 1st year. Pathfinder International does not provide justifications on the itemized 5-year budget for conducting the project.

## RECOMMENDATIONS:

- The applicant needs to stress collaboration and engaging other partners to make certain that support exists for partners in the field.

4

- Pathfinder International seems to focus more on using faith-based organizations as their partners and should try to expand their approach to include other organizations, such as Non-Governmental Organizations (NGOs) as well as Community-Based Organizations (CBOs).
- Monitoring and evaluation plans are essential for ensuring shared understanding of roles and charges for collection of data and reporting.

## OTHER RELEVANT COMMENTS:

- Close coordination with the CDC GAP office is desired.
- May need to double-check that the full-time financial coordinator is part of outside consultants.
- The professional personnel involved in this project are few in comparison to the scope of work, and some are considered "short term" staff members.