# Exhibit G

SUMMARY STATEMENT
PROGRAM ANNOUNCEMENT #04256
Expansion of Psychosocial Support and Peer Counseling Services to HIV-Infected Women and their Families in Botswana

Date of Review: August 24, 2004
Applicant Name: Pathfinder International, 04256-01
Amount Requested: $600,000
Score: 74.5

## BRIEF SUMMARY OF THE APPLICATION:

Pathfinder International is a US-based non-profit organization with 50 years of experience in increasing access to quality, client-centered family planning and reproductive health services on several continents, including Africa. Pathfinder has been a leader in reproductive health activities, including training of HIV counselors, training of trainers, and VCT and PMTCT. The applicant has been working in Botswana since 2001 as part of the African Youth Alliance (AYA). This application proposes to strengthen PMTCT counseling at health facility and community levels in four underserved districts, establish peer counseling programs at 15 government health facilities for HIV-positive pregnant women and 15 ARV sites.

## CRITERIA 1: Technical Approach and Methodology

**Summary of Strengths:**

- The applicant has a history of providing training to a variety of HIV/AIDS service providers drawing from their experience of serving people living with HIV/AIDS.
- The proposal shows that the applicant has implemented similar large scale programs successfully in the past.
- The applicant will conduct a pre-award analysis to validate the sub-grantees' capacity to manage their awards.
- The applicant documents a history of conducting needs assessment using an organizational capacity assessment tool. The assessment will focus on seven major components: governance, management practices, human resources, financial resources, service delivery, external relations, and sustainability.
- The proposal shows strong expertise in specifically HIV/AIDS counseling and counselor training.
- The proposal contains letters of support and MOU's from partnering agencies.
- The proposal demonstrates intentions to establish relationships with other stakeholders.
- The proposal demonstrates an understanding of needs assessment activities evaluation and monitoring activities.

**Summary of Weaknesses:**

- It is unclear how the Ministry of Health and other stakeholders will be utilized to review training needs and curricula development.
- The proposal lacks a discussion of quality assurance in PMTCT counseling.
- The proposal does not demonstrate any understanding of the Botswana context and the difficulties of implementing such programs as proposed.
- The applicant did not discuss the recruitment and retention strategies of peers involved with program activities.
- The proposal shows only weak connections to partner organizations and the MOH.

## CRITERIA 2: Personnel and Management Plan

**Summary of Strengths:**

- The work plan clearly describes a reasonable scope of activities that can be accomplished with the proposed time.

- The methods and activities outlined in the work plan are realistic and follow a logical sequence.

- The applicant demonstrates a history of providing capacity building in the following areas: organizational development and management, resource mobilization, human resources management, MIS and organizational sustainability.

- The applicant identifies key project staff and collaborative partners needed to implement program activities.

- The application includes extensive CV's of the involved personnel.

- The proposal demonstrates that the staff has some relevant experience.

**Summary of Weaknesses:**

- The applicant did not discuss organization capacity to handle any issues that arise during the implementation of program activities through a plan to address contingencies for anticipated problems.
- The partnerships proposed are not very strong, as there is no evidence of formal acceptance by the main partners; the organizations that have provided letters of support are not mentioned as partners.
- The applicant did not clearly describe the specific activities that will be coordinated with the partnering agencies.
- The applicant did not discuss how external partners such as MOH, CDC and other stakeholders will assist with the recruitment of peers and trainers for the project.
- The proposal does not describe a management system that would monitor the implementation of proposed activities. A strong system is needed to ensure quality control because of subcontracting.

## CRITERIA 3: Understanding of the Problem and Statement of Work

**Summary of Strengths:**

- The applicant provided a thorough description of the problem of HIV/AIDS and the impact on various sub-populations in Botswana.
- The proposal shows that the applicant has read the RFA carefully and understood what needed to be addressed, and thus has touched upon all the issues contained in the RFA.
- The proposal demonstrates strong organizational capacity building, even at the pre-services level.
- The proposal is well written, with promising attention to detail.
- The proposal demonstrates strong contextual analysis.
- The proposal outlines reasonable approaches.

**Summary of Weaknesses:**

- No significant weaknesses were noted..

## RECOMMENDATIONS:

- The reviewers approve the application in total.
- It is recommended that the applicant strengthen local partnerships with key organizations, such as those mentioned in the RFA, and the Ministry of Health.
- It is recommended that the applicant replace the training component which focuses on government health workers with activities to expand counseling and other psychosocial care services provided by NGOs/CBOs/FBOs.
- The applicant would need to ensure the appropriate funding level needed for collaborating partners who will be involved with conducting program activities.

## OTHER RELEVANT COMMENTS:

- The applicant submitted a technically sound and well –written proposal that attempted to respond to all major activities outlined in the RFA. The applicant has implemented a number of projects in Botswana's health sector and has good working knowledge of government and non-government organizations.
- The proposal demonstrates a good understanding RFA and underscores the importance of working collaboratively with various partners.
- A detailed work plan and budget was included in the proposal.
- The budget is detailed and well itemized, however the amount of funds allocated to the subcontractors is small, relative to the amount of work expected from the subcontracted organizations.
- The technical review points out; the percentage of the budget devoted to the implementation of subprojects and contracts appears to be low. Less than one-third of the budget. Request review of this line and the line titled: "Expendable Equipment" listed for the first year only for $15,000.