# Exhibit I



**CHARITY NAVIGATOR**
Your Guide To Intelligent Giving

International : Development and Relief Services

# Pathfinder International

Changing lives, saving lives

| Rating (FYE 06/2006) | | |
|---|---|---|
| **Overall Rating** | | ★★★★ (64.12) |
| **Organizational Efficiency** | | |
| Program Expenses | 91.2% | |
| Administrative Expenses | 7.4% | |
| Fundraising Expenses | 1.2% | |
| Fundraising Efficiency | $0.01 | |
| **Efficiency Rating** | | ★★★★ (39.12) |
| **Organizational Capacity** | | |
| Primary Revenue Growth | 26.1% | |
| Program Expenses Growth | 25.0% | |
| Working Capital Ratio (years) | 0.11 | |
| **Capacity Rating** | | ★★★★ (25.00) |

**Charts**

**Expenses Breakdown**
- Program Expenses
- Administrative Expenses
- Fundraising Expenses

**Revenue/Expenses Trend**
2004  2005  2006
- Primary Revenue
- Program Expenses

| Income Statement (FYE 06/2006) | |
|---|---|
| **Revenue** | |
| Primary Revenue | $90,582,705 |
| Other Revenue | $412,900 |
| **Total Revenue** | **$90,995,605** |
| **Expenses** | |
| Program Expenses | $80,158,748 |
| Administrative Expenses | $6,533,232 |
| Fundraising Expenses | $1,110,249 |
| **Total Functional Expenses** | **$87,802,229** |
| Payments to Affiliates | $0 |
| Excess (or Deficit) for the year | $3,193,376 |
| Net Assets | $18,279,147 |

**Contact Information**

Pathfinder International
Nine Galen Street
Suite 217
Watertown, MA 02472
tel: (617) 924-7200
fax: (617) 924-3833

information@pathfind.org
http://www.pathfind.org

### Leadership   (FYE 06/2006)

| Name | Title | Compensation | % of Expenses |
|---|---|---|---|
| Daniel E. Pellegrom | President | $298,710 | 0.34% |

### Donor Privacy Policy

YES, this charity has a written donor privacy policy.

### Mission

Founded in 1957, Pathfinder International believes that reproductive health is a basic human right. When parents can choose the timing of pregnancies and the size of their families, women's lives are improved and children grow up healthier. Pathfinder International provides women, men, and adolescents throughout the developing world with access to quality family planning and reproductive health information and services. Pathfinder works to halt the spread of HIV/AIDS, to provide care to women suffering from the complications of unsafe abortion, and to advocate for sound reproductive health policies in the U.S. and abroad.

### Charities Performing Similar Work

| Charity Name | Overall Score | Overall Rating |
|---|---|---|
| Pathfinder International - MA | 64.12 | ★★★★ |
| Aga Khan Foundation, USA - DC | 57.97 | ★★★ |
| World Education - MA | 56.34 | ★★★ |
| Church World Service - IN | 62.74 | ★★★★ |
| CARE - GA | 68.87 | ★★★★ |

Compare These Charities (Highly Rated)