**Exhibit J**

# AMERICAN INSTITUTE OF PHILANTHROPY
*Helping you give wisely to charity.*

**HOT TOPICS! TOP-RATED A-Z LISTING CRITERIA TIPS FAQ ARTICLES**
**ABOUT AIP RATING GUIDE LINKS PRAISE MEMBERSHIP CONTACT HOME**




The mission categories below list charities which get **high grades** from AIP for putting 75% or more towards program cost while generally spending $25 or less to raise $100. These groups also receive an "open book" credit from AIP for willingly sending the financial documents we request.

*AIP also issues "C", "D", and "F" grades to charities in its **Charity Rating Guide**.*

This list is subject to change depending on the information AIP receives concerning charitable organizations. As long as the charities maintain an "open book" status and score highly on AIP's financial criteria, their names will appear on this list.

AIP encourages each donor to consider these factors and others, which you may feel are more significant, when making charitable giving decisions. AIP provides this information to help you make your own decision concerning which charity to support. The letter grades represent the *opinion* of AIP. Some organizations legitimately may account differently for their activities. Such organizations generally would receive higher grades based on their own criteria than on the **criteria** used by AIP.

When information is given only on the national headquarters and the charity does not include its affiliates in its financial statements, "N.O." (National Office) appears after the group's name.

***Because many factors determine a worthy charity, we at the AIP suggest that you use the ratings on this page not as the sole determining factor in your decision, but rather as an aid.*** The **Charity Rating Guide** provides much more information that will aid you in your giving decisions. Also, contact the charity in which you're interested to determine if their mission and philosophy match yours.

### INDEX OF TOP-RATED CHARITIES

| | |
|---|---|
| ABORTION & FAMILY PLANNING | HISPANIC |
| AFRICAN-AMERICAN | HOMELESSNESS & HOUSING |
| AIDS | HUMAN RIGHTS |
| AMERICAN INDIAN | HUMAN SERVICES |
| ANIMAL PROTECTION | HUNGER |
| ASIA & ASIAN-AMERICAN | INTERNATIONAL RELIEF & DEVELOPMENT |
| BLIND & VISUALLY-IMPAIRED | JEWISH & ISRAEL |
| CANCER | LITERACY |
| CHILD PROTECTION | MENTAL HEALTH & RETARDATION |
| CHILD SPONSORSHIP | PEACE & INTERNATIONAL RELATIONS |
| CIVIL RIGHTS & ADVOCACY | POPULATION PLANNING |
| CONSUMER PROTECTION AND LEGAL AID | PUBLIC POLICY |
| CRIME PREVENTION | SENIOR CITIZENS |
| DISABLED | TERMINALLY OR CHRONICALLY ILL |
| DRUG & ALCOHOL ABUSE | VETERANS & MILITARY |
| ENVIRONMENT | WOMEN'S RIGHTS |
| GUN CONTROL (PRO/CON) | YOUTH DEVELOPMENT |
| HEALTH – GENERAL | YOUTH – RESIDENTIAL CARE |

*Note: Links will open in a new window*

| ABORTION & FAMILY PLANNING | PHONE | AIP GRADE |
|---|---|---|
| EngenderHealth | 800-564-2872 | A |
| Guttmacher Institute | 212-248-1111 | A– |
| International Planned Parenthood Federation - Western Hemisphere | 212-248-6400 | A |
| National Right to Life Educational Trust Fund | 202-626-8800 | A– |
| Pathfinder International | 617-924-7200 | A+ |

| | PHONE | AIP GRADE |
|---|---|---|
| Religious Coalition for Reproductive Choice Educational Fund | 202-628-7700 | A- |

| AFRICAN-AMERICAN | PHONE | AIP GRADE |
|---|---|---|
| Africa-America Institute | 212-949-5666 | A- |
| NAACP Legal Defense & Educational Fund | 212-965-2200 | A- |
| UNCF/The College Fund | 800-331-2244 | A |

▲ BACK TO INDEX

| AIDS | PHONE | AIP GRADE |
|---|---|---|
| AIDS Research Alliance | 310-358-2423 | A |
| American Social Health Association | 919-361-8400 | A- |
| Bailey House (formerly AIDS Resource Center) | 212-633-2500 | B+ |
| Elizabeth Glaser Pediatric AIDS Foundation | 888-499-4673 | B+ |
| Foundation for AIDS Research (formerly AMFAR) | 800-392-6327 | B+ |
| Gay Men's Health Crisis | 212-367-1000 | A- |
| San Francisco AIDS Foundation | 800-367-2437 | B+ |

| AMERICAN INDIAN | PHONE | AIP GRADE |
|---|---|---|
| American Indian College Fund | 303-426-8900 | A- |

▲ BACK TO INDEX

| ANIMAL PROTECTION | PHONE | AIP GRADE |
|---|---|---|
| American Humane Association | 866-242-1877 | A- |
| Bat Conservation International | 800-538-2287 | B+ |
| DELTA Rescue | 661-269-5054 | A |
| Dian Fossey Gorilla Fund International | 404-624-5881 | A- |
| Elephant Sanctuary of Tennessee | 931-796-6500 | A |
| Farm Sanctuary | 607-583-2225 | B+ |
| Friends of Animals | 203-656-1522 | B+ |
| Humane Farming Association | 415-771-2253 | B+ |
| Wildlife Conservation Society | 718-220-5100 | A |

| ASIA & ASIAN-AMERICAN | PHONE | AIP GRADE |
|---|---|---|
| Asia Foundation | 415-982-4640 | A |
| Asia Society | 212-288-6400 | B+ |
| Asian-American Legal Defense and Education Fund | 212-966-5932 | A |

▲ BACK TO INDEX

| BLIND & VISUALLY IMPAIRED | PHONE | AIP GRADE |
|---|---|---|
| Guide Dog Foundation for the Blind | 800-548-4337 | A |
| Helen Keller International/Childsight | 877-535-5374 | A |
| Helen Keller Services for the Blind | 718-522-2122 | A− |
| National Federation of the Blind | 410-659-9314 | A− |
| Prevent Blindness America/National Society to Prevent Blindness | 800-331-2020 | A− |

| CANCER | PHONE | AIP GRADE |
|---|---|---|
| Breast Cancer Fund | 415-346-8223 | A− |
| Breast Cancer Research Foundation | 646-497-2600 | A+ |
| Cancer Care | 800-813-4673 | A− |
| Cancer Research and Prevention Foundation of America/Cancer Research Foundation of America | 800-227-2732 | A− |
| Cancer Research Institute | 800-992-2623 | A |
| Memorial Sloan-Kettering Cancer Center | 212-639-2000 | A |
| Multiple Myeloma Research Foundation | 203-972-1250 | A+ |
| National Breast Cancer Coalition Fund | 202-296-7477 | A |

▲ BACK TO INDEX

| CHILD PROTECTION | PHONE | AIP GRADE |
|---|---|---|
| American Humane Association | 866-242-1877 | A− |
| Child Find of America | 800-426-5678 | A+ |
| Children's Defense Fund | 202-628-8787 | A |
| Marine Toys for Tots Foundation | 703-640-9433 | A− |

| CHILD SPONSORSHIP | PHONE | AIP GRADE |
|---|---|---|

| | | |
|---|---|---|
| Children Incorporated | 800-538-5381 | A− |
| Christian Children's Fund | 800-776-6767 | A− |
| Christian Foundation for Children and Aging | 800-875-6564 | A+ |
| Compassion International | 800-336-7676 | A |
| Pearl S. Buck International | 800-220-2825 | A− |
| Plan USA (formerly Childreach) | 800-556-7918 | A− |
| Save the Children | 800-728-3843 | A |
| World Vision | 888-511-6598 | A− |

▲ BACK TO INDEX

| CIVIL RIGHTS & ADVOCACY | PHONE | AIP GRADE |
|---|---|---|
| Center for Constitutional Rights | 212-614-6473 | A− |
| Interfaith Alliance Foundation | 202-639-6370 | B+ |
| National Right to Work Legal Defense & Education Foundation | 800-336-3600 | B+ |

| CONSUMER PROTECTION & LEGAL AID | PHONE | AIP GRADE |
|---|---|---|
| Action on Smoking and Health | 202-659-4310 | A |
| Public Citizen Foundation | 202-588-1000 | A |

| CRIME PREVENTION | PHONE | AIP GRADE |
|---|---|---|
| Prison Fellowship Ministries | 703-478-0100 | B |

▲ BACK TO INDEX

| DISABLED | PHONE | AIP GRADE |
|---|---|---|
| Christopher and Dana Reeve Foundation | 800-225-0292 | A− |
| Salvation Army − Central Territory | 847-294-2000 | A |
| Salvation Army − Eastern Territory | 845-620-7200 | A |
| Salvation Army − Southern Territory | 404-728-1300 | A− |
| Salvation Army − Western Territory | 562-436-7000 | A |

| DRUG & ALCOHOL ABUSE | PHONE | AIP GRADE |
|---|---|---|
| Phoenix House Foundation | 212-595-5810 | B |

▲ BACK TO INDEX

| ENVIRONMENT | PHONE | AIP GRADE |
|---|---|---|
| Alaska Conservation Foundation | 907-276-1917 | A |
| American Farmland Trust | 202-331-7300 | A- |
| American Forests | 202-737-1944 | A- |
| Conservation Fund | 703-525-6300 | A+ |
| Conservation International Foundation | 800-406-2306 | A |
| Earth Island Institute | 415-788-3666 | A- |
| Greenpeace Fund, Inc. | 202-462-1177 | A |
| Izaak Walton League of America | 301-548-0150 | A- |
| Nature Conservancy | 703-841-5300 | A- |
| Rainforest Alliance | 888-693-2784 | A- |
| Rocky Mountain Elk Foundation | 800-225-5355 | A- |
| Sierra Club Foundation | 415-995-1780 | A |
| Trout Unlimited | 703-522-0200 | A- |
| Trust for Public Land | 415-495-4014 | A |
| World Resources Institute | 202-729-7600 | A |

🔺 BACK TO INDEX

| GUN CONTROL (PRO/CON) | PHONE | AIP GRADE |
|---|---|---|
| National Rifle Association Foundation | 703-267-1000 | A |

🔺 BACK TO INDEX

| HEALTH – GENERAL | PHONE | AIP GRADE |
|---|---|---|
| American Brain Tumor Association | 800-886-2282 | A |
| American Kidney Fund | 800-638-8299 | A+ |
| City of Hope/Beckman Research Institute | 800-544-3541 | A- |
| Crohn's & Colitis Foundation of America | 800-932-2423 | A |
| Cystic Fibrosis Foundation | 800-344-4823 | A |
| Epilepsy Foundation | 800-332-1000 | A- |
| First Candle/SIDS Alliance - N.O. | 410-653-8226 | A- |
| Huntington's Disease Society of America | 800-345-4372 | A- |
| Juvenile Diabetes Research Foundation International | 800-533-2873 | A |
| Lupus Foundation of America – N.O. | 202-349-1155 | A |
| Lupus Research Institute | 212-812-9881 | A |

| | PHONE | AIP GRADE |
|---|---|---|
| Michael J. Fox Foundation for Parkinson's Research | 212-509-0995 | A |
| Muscular Dystrophy Association | 800-344-4863 | A- |
| National Hemophilia Foundation – N.O. | 212-328-3700 | A- |
| National Jewish Medical & Research Center | 800-222-5864 | A- |
| National Kidney Foundation | 800-622-9010 | A- |
| National Organization for Rare Disorders | 203-744-0100 | A+ |
| Parkinson's Disease Foundation | 800-457-6676 | A- |
| Salk Institute for Biological Studies | 858-453-4100 | A- |

▲ BACK TO INDEX

| HISPANIC | PHONE | AIP GRADE |
|---|---|---|
| Hispanic Scholarship Fund | 877-473-4636 | A |

| HOMELESSNESS & HOUSING | PHONE | AIP GRADE |
|---|---|---|
| Bowery Residents' Committee | 212-533-5700 | A |
| Center for Community Change | 202-342-0567 | A |
| Coalition for the Homeless | 212-964-5900 | B+ |
| Habitat for Humanity International - N.O. | 229-924-6935 | A- |
| National Alliance to End Homelessness | 202-638-1526 | A |

▲ BACK TO INDEX

| HUMAN RIGHTS | PHONE | AIP GRADE |
|---|---|---|
| Center for Victims of Torture | 612-436-4800 | A- |
| Human Rights First (formerly Lawyers Committee for Human Rights) | 212-845-5200 | A- |

| HUMAN SERVICES | PHONE | AIP GRADE |
|---|---|---|
| American Red Cross | 800-435-7669 | A+ |
| Farm Aid | 617-354-2922 | A- |
| Gifts in Kind International | 703-836-2121 | A- |
| YMCA of the United States – N.O. | 800-872-9622 | A |

| HUNGER | PHONE | AIP GRADE |
|---|---|---|

| | | |
|---|---|---|
| Action Against Hunger - USA | 877-777-1420 | A+ |
| America's Second Harvest/Second Harvest | 800-771-2303 | A |
| Bread for the World Institute | 800-822-7323 | A− |
| Food Bank for New York City (formerly Food for Survival) | 718-991-4300 | A− |
| Freedom from Hunger | 800-708-2555 | A− |
| Global Hunger Project | 212-251-9100 | A− |

▲ BACK TO INDEX

| INTERNATIONAL RELIEF & DEVELOPMENT | PHONE | AIP GRADE |
|---|---|---|
| Accion International | 617-625-7080 | A− |
| Africare | 202-462-3614 | A |
| American Friends Service Committee | 215-241-7000 | A− |
| American Near East Refugee Aid | 202-347-2558 | A |
| American Refugee Committee | 612-872-7060 | A+ |
| AmeriCares | 800-486-4357 | A |
| Brother's Brother Foundation | 412-321-3160 | A |
| CARE | 800-422-7385 | A |
| Catholic Relief Services | 410-625-2220 | A+ |
| Church World Service | 800-297-1516 | A |
| Direct Relief International | 805-964-4767 | A |
| Doctors of the World – USA | 212-226-9890 | A |
| Doctors Without Borders USA | 212-679-6800 | A |
| FINCA International | 202-682-1510 | A− |
| Grameen Foundation USA | 202-628-3560 | A− |
| International Medical Corps | 310-826-7800 | A+ |
| International Rescue Committee | 212-551-3000 | A |
| Interplast | 650-962-0123 | A− |
| Lutheran World Relief | 410-230-2700 | A |
| Mennonite Central Committee | 888-563-4676 | A |
| Mercy Corps | 800-292-3355 | A |
| Northwest Medical Teams International | 800-959-4325 | A− |
| Operation USA | 310-835-3455 | A |
| Oxfam-America | 800-776-9326 | A− |
| Project Concern International | 858-279-9690 | A |
| Save the Children | 800-728-3843 | A |
| Seva Foundation | 510-845-7382 | A− |

| | PHONE | AIP GRADE |
|---|---|---|
| TechnoServe | 203-852-0377 | A |
| United States Fund for UNICEF | 800-367-5437 | A |
| World Concern (Program of Crista Ministries) | 800-755-5022 | A– |
| World Neighbors | 800-242-6387 | A– |

⇡ BACK TO INDEX

| JEWISH & ISRAEL | PHONE | AIP GRADE |
|---|---|---|
| American Jewish Committee | 212-751-4000 | A |
| American Jewish World Service | 800-889-7146 | A |
| Jewish National Fund | 800-542-8733 | A |
| Mazon: A Jewish Response to Hunger | 310-442-0020 | A |
| New Israel Fund & Signing Anew | 888-988-3863 | A |

| LITERACY | PHONE | AIP GRADE |
|---|---|---|
| Proliteracy Worldwide | 888-528-2224 | A– |
| Reading is Fundamental | 877-743-7323 | A |

⇡ BACK TO INDEX

| MENTAL HEALTH & RETARDATION | PHONE | AIP GRADE |
|---|---|---|
| Mental Health America (formerly National Mental Health Association) | 800-969-6642 | A |
| National Alliance for Research on Schizophrenia and Depression (NARSAD) | 800-829-8289 | A+ |

| PEACE & INTERNATIONAL RELATIONS | PHONE | AIP GRADE |
|---|---|---|
| Africa Action | 202-546-7961 | B+ |
| International Peace Academy | 212-687-4300 | A |
| Union of Concerned Scientists | 617-547-5552 | B+ |
| William J. Clinton Foundation | 501-371-9544 | A |

⇡ BACK TO INDEX

| POPULATION PLANNING | PHONE | AIP GRADE |
|---|---|---|
| Americans for UNFPA (formerly U.S. Committee for U.N. Population Fund) | 646-649-9100 | A |

| | PHONE | AIP GRADE |
|---|---|---|
| PCI – Media Impact (formerly Population Communications International) | 212-687-3366 | B+ |
| Population Action International | 202-659-1833 | A– |
| Population Council | 212-339-0500 | A |

| PUBLIC POLICY | PHONE | AIP GRADE |
|---|---|---|
| American Enterprise Institute for Public Policy Research | 202-862-5800 | A |
| Common Cause Education Fund | 202-833-1200 | A |
| Heritage Foundation | 202-546-4400 | B+ |
| National Trust for Historic Preservation | 202-588-6000 | A– |

▲ BACK TO INDEX

| SENIOR CITIZENS | | |
|---|---|---|
| AARP Foundation | 800-775-6776 | B |

| TERMINALLY OR CHRONICALLY ILL | PHONE | AIP GRADE |
|---|---|---|
| Compassion & Choices (formerly Hemlock Foundation for End of Life Choices) | 303-639-1202 | A– |
| Sunshine Foundation | 800-457-1976 | A– |

| VETERANS & MILITARY | | |
|---|---|---|
| Armed Services YMCA of the USA | 703-313-9600 | A– |
| Fisher House Foundation | 888-294-8560 | A+ |
| Intrepid Fallen Heroes Fund | 800-340-4376 | A+ |
| National Military Family Association | 703-931-6632 | A |

▲ BACK TO INDEX

| WOMEN'S RIGHTS | PHONE | AIP GRADE |
|---|---|---|
| Catalyst | 212-514-7600 | A |
| Global Fund for Women | 415-202-7640 | A |
| Women for Women International | 202-737-7705 | A |

| YOUTH DEVELOPMENT | PHONE | AIP GRADE |
|---|---|---|
| Big Brothers/Big Sisters of America – N.O. | 215-567-7000 | A+ |
| Boys & Girls Clubs of America – N.O. | 404-487-5700 | A– |
| Girl Scouts of the USA – N.O. | 800-478-7248 | A– |
| Girls, Inc. - N.O. | 800-347-4475 | A– |
| J.A. Worldwide - N.O. (formerly Junior Achievement) | 719-540-8000 | A– |
| Scholarship America | 800-537-4180 | A+ |

▲ BACK TO INDEX

| YOUTH – RESIDENTIAL CARE | PHONE | AIP GRADE |
|---|---|---|
| Cedars Home for Children Foundation | 402-434-5437 | A |
| SOS Children's Villages - USA | 800-886-5767 | B+ |



DONATE NOW THROUGH Network for Good

Hot Topics | Top-Rated | A-Z Listing | Criteria | Tips | FAQ | Articles
About AIP | Rating Guide | Links | Praise | Membership | Contact | Home

© 1995-2007 The American Institute of Philanthropy          Last Update: February 4, 2008