# Exhibit K

- Contact Us
- Find a BBB
- Site Map

# Better Business Bureau

- For Consumers
- For Businesses
- For Charities and Donors
- About Us
- News Center

## Better Business Bureau

**Start With Trust**

## BBB For Consumers

- Check Out a Business or Charity
- Complaints
- Resource Library
- BBB Accredited Business & Charity Directory
- Programs and Services
- Find a BBB

Help

For Charity Admin Only:

Contact the BBB Wise Giving Alliance about your report

Send to:

- Printer
- Email
- Wireless

Receive Updates:

- Email
- RSS

Interested in supporting the work of the BBB Wise Giving Alliance?

Make a donation now

# *BBB Wise Giving Report for* Pathfinder International

BBB Wise Giving report *issued* May 2007.
BBB Wise Giving report *expires* May 2009.

This BBB Accredited charity meets all 20 Standards for Charity Accountability. Find out more...

## Find out more about this charity:

- Charity Contact Information
- BBB Wise Giving Alliance Comments
- Programs
- Notes

- Tax Status
- Governance
- Fund Raising
- Financial

### Charity Contact Information

Back To Top
Name:
Address:

Phone:
Web Address:
Pathfinder International
9 Galen Street, Suite 217
Watertown, MA 02472
617-924-7200
www.pathfind.org

### BBB Wise Giving Alliance Comments

Back To Top


formerly known as: Pathfinder Fund

**Year, State Incorporated:** 1957, District of Columbia

**Affiliates:** Pathfinder Fund International (UK), and 16 field offices throughout Asia and Near East,

Africa, and Latin America.

**Stated Purpose:** "to provide women, men, and adolescents throughout the developing world with access to quality family planning information and services...to halt the spread of HIV/AIDS, provide care to women suffering from the complications of unsafe abortion, and advocate for sound reproductive health policies in the U.S. and around the world."

Evaluation Conclusions

Pathfinder International (PI) meets the 20 Standards for Charity Accountability.

Programs

PI provides technical support to locally-based reproductive health and family planning organizations in 28 countries throughout Africa, Asia, and Latin America. HIV/AIDS and sexually transmitted disease (STD) prevention education and counseling is integrated into PI's family planning projects in Africa. In Asia and the Near East, community elders are taught the risks of early pregnancy and the benefits of family planning. According to PI, these initiatives have led to community support for young couples choosing family planning. In Latin America, PI focuses on contraception education and postabortion care to prevent maternal deaths. By training local residents to become community-based distributors of health supplies, including contraceptives, PI increases people's access to health services. PI reproductive health services for adolescents include sexuality education, counseling, and contraceptive distribution. PI publishes a biannual newsletter, "Pathways," to update donors on its current projects and makes available technical papers, documents, and studies on international reproductive health issues.

For the fiscal year ended June 30, 2006, PI's program expenses were:

| | |
|---|---|
| U.S. Government supported programs | 62,154,514 |
| Non-government supported programs | 8,562,380 |
| Foreign government and multilateral supported programs | 4,950,541 |
| In-kind | 4,218,383 |
| Public information | 272,930 |
| **Total Program Expenses:** | $80,158,748 |

## Governance

**Chief Executive:** Daniel E. Pellegrom, President
**Compensation*:** $341,074

**Chair of the Board:** Henry W. Foster, Jr., MD
**Chair's Profession / Business Affiliation:** Physician

**Board Size:** 25

**Paid Staff Size:** 600

*July 1, 2005 - June 30, 2006 compensation includes annual salary and, if applicable, benefit plans, expense accounts, and other allowances.

## Fund Raising

**Method(s) Used:**

Direct mail, grant proposals, Internet appeals, and planned giving.

Fund raising costs were 1% of related contributions. (Related contributions, which totaled $90,646,409, are donations received as a result of fund raising activities.)

## Tax Status

This organization is tax-exempt under section 501(c)(3) of the Internal Revenue Code. It is eligible to receive contributions deductible as charitable donations for federal income tax purposes.

## Financial

The following information is based on PI's consolidated audited financial statements for the fiscal year ended June 30, 2006.

**Source of Funds**

| | |
|---|---:|
| Grants and contracts | 81,693,817 |
| Contribution in-kind | 7,265,450 |
| Contributions | 1,675,273 |
| Other investment income | 557,592 |
| Bequests | 11,869 |
| Translation adjustment | 1,249 |
| Loss on split interest agreements | -50,468 |
| **Total Income** | **$91,154,782** |



## Uses of Funds as a % of Total Expenses

Use your mouse to place the cursor over the the Pie Chart to see each value

**Programs: 92%  Fund Raising: 1%  Administrative: 7%**

| | |
|---|---:|
| Total income | $91,154,782 |
|     Program expenses | $80,158,748 |
|     Fund raising expenses | 1,082,752 |
|     Administrative expenses | 6,560,729 |
| Total expenses | $87,802,229 |
| Income in Excess of Expenses | 3,352,553 |
| Beginning net assets | 14,926,594 |
| Ending net assets | 18,279,147 |
| Total liabilities | 9,851,504 |

Total assets              $28,130,651

An organization may change its practices at any time without notice. A copy of this report has been shared with the organization prior to publication. It is not intended to recommend or deprecate, and is furnished solely to assist you in exercising your own judgment. The name Better Business Bureau is a registered service mark of the Council of Better Business Bureaus, Inc.

This report reflects the results of an evaluation of informational materials provided voluntarily by the organization. A copy of this report has been shared with the organization prior to publication. It is not intended to recommend or deprecate, and is furnished solely to assist you in exercising your own judgement. The name Better Business Bureau is a registered service mark of the Council of Better Business Bureaus, Inc.

**This report is not to be used for fund raising or promotional purposes.**

Return to List of Charity Reports

- Privacy Policy
- Trademarks
- Terms of Use