# Exhibit L



Issuance Date: **12-19-2007**
Closing Date: **02-11-2008**
Closing Time: 16:00 local time (**GMT +3**)

Subject: Request for Applications (RFA) Number **USAID-TANZANIA-08-001-RFA**
**Mobilizing Innovative Strategies to Rapidly Increase Access and Use of HIV/AIDS Counseling and Testing Services in Tanzania**

The United States Agency for International Development (USAID) is seeking applications for an Assistance Agreement for funding a program for **Mobilizing Innovative Strategies to Rapidly Increase Access and Use of HIV/AIDS Counseling and Testing Services in Tanzania**. The authority for the RFA is found in the Foreign Assistance Act of 1961, as amended.

The Recipient will be responsible for ensuring achievement of the program objective as described in **Mobilizing Innovative Strategies to Rapidly Increase Access and Use of HIV/AIDS Counseling and Testing Services in Tanzania** program description. Please refer to the Program Description for a complete statement of goals and expected results.

Pursuant to 22 CFR 226.81, it is USAID policy not to award profit under assistance instruments. However, all reasonable, allocable, and allowable expenses, both direct and indirect, which are related to the grant program and are in accordance with applicable cost standards (22 CFR 226, OMB Circular A-122 for non-profit organization, OMB Circular A-21 for universities, and the Federal Acquisition Regulation (FAR) Part 31 for-profit organizations), may be paid under the grant.

Subject to the availability of funds, USAID intends to provide approximately **$30,000,000.00** in total USAID funding to be allocated over the **five years** period. USAID reserves the right to fund any or none of the applications submitted.

For the purposes of this program, this RFA is being issued and consists of this cover letter and the following:

1. Section A - Grant Application Format;
2. Section B - Selection Criteria;
3. Section C – Program Description;
4. Section D - Certifications, Assurances, and Other Statements of Applicant/Grantee;

For the purposes of this RFA, the term "Grant" is synonymous with "Cooperative Agreement"; "Grantee" is synonymous with "Recipient"; and "Grant Officer" is synonymous with "Agreement Officer".

Beginning November 1, 2005, the preferred method of distribution of USAID RFA's and submission/receipt of applications is electronically via Grants.gov which provides a single source for Federal government-wide competitive grant opportunities. USAID bears no responsibility for data errors resulting from transmission or conversion processes associated with electronic submissions. The application should be submitted electronically by closing date and time. The applicants should be aware of the current PEPFAR 8% limitation on the combined annual maximum financial assistance a single Recipient may receive from all USG agencies for their in-country projects/programs.

USAID/Tanzania
686 Old Bagamoyo Road, Msasani
P.O. BOX 9130
DAR ES SALAAM

Tel: 255-22-
2668503/07/08/12/13/19/20;2668490
Fax: 255-22-2668421
www.usaid.gov/Tanzania

USAID-TANZANIA-08-001-RFA

Copies of application should **also** be sent as an email attachment to Kenneth P. LuePhang, Agreement Officer (kluephang@usaid.gov) with a copy to Samuel S. Kiranga, Acquisition Specialist, (skiranga@usaid.gov) by closing date and time.

Hard copy applications will be accepted. Applicants are requested to submit both technical and cost portions of their applications in separate volumes in envelopes with the name and address of the applicant and RFA # (referenced above) inscribed thereon, to:

| (By U.S. Mail) | (Other) |
|---|---|
| Agreement Officer | Agreement Officer |
| USAID/Tanzania | USAID/Tanzania |
| 2140 Dar es Salaam Place | 686 Old Bagamoyo Road, Msasani. |
| Washington D.C. 20521-2140 | Dar es Salaam, Tanzania |

Award will be made to that responsible applicant(s) whose application(s) offers the greatest value.

Issuance of this RFA does not constitute an award commitment on the part of the Government, nor does it commit the Government to pay for costs incurred in the preparation and submission of an application. In addition, final award of any resultant grant(s) cannot be made until funds have been fully appropriated, allocated, and committed through internal USAID procedures. While it is anticipated that these procedures will be successfully completed, potential applicants are hereby notified of these requirements and conditions for award. Applications are submitted at the risk of the applicant; should circumstances prevent award of a cooperative agreement, all preparation and submission costs are at the applicant's expense.

This RFA and any future amendments can be downloaded from the Agency Web Site. The World Wide Web Address is http://www.grants.gov . In order to use this method, an applicant must first register on-line with Grants.gov. If you have difficulty registering or accessing the RFA, please contact the Grants.gov Helpdesk at 1-800-518-472 or via e-mail at support@grants.gov for technical assistance.. It is the responsibility of the recipient of the application document to ensure that it has been received from Fedgrants.gov in its entirety and USAID bears no responsibility for data errors resulting from transmission or conversion processes.

In the event of an inconsistency between the documents comprising this RFA, it shall be resolved by the following descending order of precedence:

(a) Section II - Selection Criteria;
(b) Section I - Grant Application Format;
(c) the Program Description;
(d) This Cover Letter.

Any questions concerning this RFA should be submitted in writing to Kenneth P. LuePhang, Agreement Officer, (kluephang@usaid.gov) with a copy to Samuel S. Kiranga (skiranga@usaid.gov) The latest date for receiving questions is COB **January 15, 2008**. Applicants should retain for their records one copy of all enclosures which accompany their application.

Sincerely,

*[signature]*

Tad Findeisen
Agreement Officer
USAID/Tanzania

## Table of Contents Page

**SECTION A - GRANT APPLICATION FORMAT**.................................................................................4
    PREPARATION GUIDELINES ...............................................................................................4
    PROPOSAL SUBMISSION .....................................................................................................4
    TECHNICAL APPLICATION FORMAT ................................................................................4
    COST APPLICATION FORMAT............................................................................................4

**SECTION B - SELECTION CRITERIA**................................................................................................18

**SECTION C - PROGRAM DESCRIPTION**..........................................................................................19

**SECTION D**..................................................................................................................................................36
      PART I - CERTIFICATIONS AND ASSURANCES.................................................................36

## SECTION A - GRANT APPLICATION FORMAT

### PREPARATION GUIDELINES

Application must be submitted in a format as stated below (see A, B and C, below) and it must included the completed form SF-424 which Applicant can download together with the RFA.

All applications received by the deadline will be reviewed for responsiveness to the specifications outlined in these guidelines and the application format. Section II addresses the technical evaluation procedures for the applications. Applications which are submitted late or are incomplete run the risk of not being considered in the review process. "Late applications will not be considered for award" or "Late applications will be considered for award if the Agreement Officer determines it is in the Government's interest."

Applications shall be submitted in two separate parts: (a) technical and (b) cost or business application. Technical and cost applications should be submitted in an original and two copies.

The application should be prepared according to the structural format set forth below. Applications must be submitted no later than the date and time indicated on the cover page of this RFA, to the location indicated on page 3 of the cover letter accompanying this RFA.

Technical applications should be specific, complete and presented concisely. The applications should demonstrate the applicant's capabilities and expertise with respect to achieving the goals of this program. The applications should take into account the technical evaluation criteria found in Section II.

Applicants should retain for their records one copy of the application and all enclosures which accompany their application. Erasures or other changes must be initialed by the person signing the application. To facilitate the competitive review of the applications, USAID will consider only applications conforming to the format prescribed below.

### PROPOSAL SUBMISSION

**A    Application instructions**

All proposals received by the deadline will be reviewed for their responsiveness to the specifications set out in B and C below. Late or incomplete submissions may not be considered in the review process, at the discretion of the USG.

Proposals should be prepared according to the format set out below. Proposals should be submitted in the manner described in the cover letter to the individual identified in the cover letter accompanying this RFA by the date and time specified. Proposals will be evaluated and scored using the process and criteria outlined in Section IX.

**B    Technical proposal format**

Technical proposals should be concise, specific, complete, and demonstrate the applicant's capabilities and expertise with respect to achieving the objectives and expected results of the proposed activity.

Technical proposals should be in English and no longer than 30 pages (excluding cover pages, table of contents, dividers, and annexes). Proposals should be on pages 8½ by 11 inch or A4 (please specify which in cover page with submission), single-spaced, 12-point type in a single column with 1-inch margins on all sides. The technical proposal should include the following:

- A description of the overall vision and proposed technical approach to the proposed activity (as outlined in Section IV), including the proposed approach to scale up, provision of a package of quality services, commodity management,

establishment of networks, referral systems and linkages, grants management, capacity building, technical support and quality assurance, and coordination.
- A description of proposed arrangements for working with technical partners.
- A description of the proposed approach to selection of and working with local sub-grantees.
- A description of specific plans to monitor and evaluate activity performance, especially the results orientation (as outlined in Section V).
- An organizational chart, skills matrix, and brief descriptions of key positions (as outlined in Section VI).

Annexes should include the following:

- Resumes of the Chief of Party and all proposed key personnel (5 pages maximum per position), and other proposed staff (3 pages maximum per position) where appropriate.
- Letters of commitment for the Chief of Party and all key personnel.
- Capability statements and letters of intent to sub-grant from proposed bid partners. (Exclusivity agreements are not required at proposal stage.)
- Past performance references and a list of all contracts, grants or CAs involving similar or related programs over the past 3 years. Reference information should include name and address of awarding organization, name, telephone number and e-mail address of contact person, award amount and number, if appropriate, and a brief description of work performed.

Under the contemplated award, USAID will remain substantially involved during the implementation.

**Key Personnel**

The applicant should propose an overall staffing pattern that demonstrates the technical expertise and experience required to design and implement the project and to support the proposed technical approach. The staffing plan should demonstrate a solid understanding of key technical and organizational requirements and an appropriate mix of skills, while avoiding excessive staffing. This section should include: 1) a detailed organizational chart, 2) a brief description of relevant experience of key personnel and 3) a skills matrix for proposed project staff.

Given the various structures that could be put in place for management and implementation of the project, the applicants are asked to identify specific individuals for the positions of Project Director/Chief of Party and at least three (3) and up to 4 senior programmatic and financial positions, at the very least that of Chief of Party, Program Director, Finance Director, and Grants Coordinator. These individuals should have relevant international and national experience, expertise and knowledge, including in program management, provision of counselling and testing services, capacity-building and institutional development, health structures and systems, networking and referral mechanisms, sub-granting mechanisms. These positions will be deemed "key" positions requiring USAID/Tanzania approval.

**Substantial Involvement Understanding**

USAID is seeking applications from registered indigenous organizations, US and non-US non-governmental organizations, non-profit and for-profit willing to forego profit, especially Tanzanian indigenous organizations, that have experience in: (1) sub-granting for community level counselling and testing or similar services; (2) managing and supporting, including capacity building, training, financial management, logistics to local organizations; (3) demonstrated ties, either directly or through members of the applying consortium, to CSOs, FBOs, and community based organizations as well as a track record in community-based programming for HIV/AIDS in Tanzania. It is expected that partner organizations and consortium members will have a shared role in proposal design. The most successful applicant(s) will already have structures in place and therefore possess the ability to rapidly scale up programs.

Eligible organizations could include, for example, foundations, non-governmental organizations, faith based organizations, community based organizations, private organizations affiliated with public academic institutions and international non-governmental organizations, private companies, professional associations and consortiums of the above.

Applicants are encouraged to undertake joint applications or other group arrangements to accommodate participation of new partners, improve geographic coverage, and improve potential for success through capacity building partnerships.

Applicants are required to have a Dun and Bradstreet Data Universal Numbering System (DUNS) number to apply for a cooperative agreement from the US Federal government. The DUNS number is a nine-digit identification number, which uniquely identifies business entities. If an indigenous organization does not hold a DUNS registration number at the time of application, a non-indigenous partner with a DUNS number can be the primary recipient. An indigenous organization that does not have a DUNS number can contact the mission for the appropriate form.

USAID will be substantially involved in the program and management performance of this cooperative agreement. Specifically USAID will:

1) Approve the Recipient's 5-year and annual workplans plans
2) Approve specified key personnel
3) Approve sub-granting selection criteria proposed by Recipient
4) Approve the Performance Management Plan
5) Provide technical collaboration for specific program interventions

Based on the consultations made with the GoT and the challenge of rapid and significant scale up of counselling and testing services, USAID/Tanzania believes the time frame of a five-year activity is necessary and appropriate to meet the goals of the Mission and PEPFAR. However, it should be noted that, while the current Strategic Agreement with the GoT runs through 2011, it is possible that the length of this agreement will be shortened due to new policies in Washington. In addition, the current life of the PEPFAR Initiative is through 2009. Despite these uncertainties, USAID/Tanzania plans on funding this activity for the full five years, dependent on the availability of funds and presence of applicable Strategic Agreements.

## C. Cost Application Format

The Cost or Business Application is to be submitted under separate cover from the technical application. Certain documents are required to be submitted by an applicant in order for an Grant Officer to make a determination of responsibility. However, it is USAID policy not to burden applicants with undue reporting requirements if that information is readily available through other sources.

The following sections describe the documentation that applicants for Assistance award must submit to USAID prior to award. While there is no page limit for this portion, applicants are encouraged to be as concise as possible, but still provide the necessary detail to address the following:

A. A copy of the program description that was detailed in the applicant's program description, on a CD, formatted in MS WORD, and a budget in MS EXCEL.

B. Include a budget with an accompanying budget narrative which provides in detail the total costs for implementation of the program your organization is proposing. The budget must be submitted using Standard Form 424 and 424A which can be downloaded from the USAID web site, http://www.usaid.gov/procurement_bus_opp/procurement/forms/sf424/;

- the breakdown of all costs associated with the program according to costs of, if applicable, headquarters, regional and/or country offices;

- the breakdown of all costs according to each partner organization involved in the program;

- the costs associated with external, expatriate technical assistance and those associated with local in-country technical assistance;

# SECTION B - SELECTION CRITERIA

The criteria presented below have been tailored to the requirements of this particular RFA. Applicants should note that these criteria serve to: (a) identify the significant matters which applicants should address in their applications and (b) set the standard against which all applications will be evaluated. To facilitate the review of applications, applicants should organize the narrative sections of their applications in the same order as the selection criteria.

The technical applications will be evaluated in accordance with the Technical Evaluation Criteria set forth below. Thereafter, the cost application of all applicants submitting a technically acceptable application will be opened and costs will be evaluated for general reasonableness, allowability, and allocability. To the extent that they are necessary (if award is made based on initial applications), negotiations will then be conducted with all applicants whose application, after discussion and negotiation, has a reasonable chance of being selected for award. Awards will be made to responsible applicants whose applications offer the greatest value, cost and other factors considered.

Awards will be made based on the ranking of proposals according to the technical selection criteria identified below. Proposals will be evaluated and scored out of a total of 100 points using the criteria below. These criteria identify significant areas applicants should address in their proposals and serve as the standard against which all proposals will be evaluated.

**Technical Application Evaluation criteria**

|   | CRITERIA | POINTS |
|---|---|---|
| A. | **Technical approach** | 60 |
| 1 | Overall technical merit, innovation and creativity, contextual understanding, technical knowledge and analysis, feasibility, flexibility and responsiveness to the key design considerations | |
| 2 | Proposed approaches, strategies and activities with particular emphasis on those designed to reach the special populations described in the RFA and to address the shortcomings of previous programs. | |
| 3 | Demonstration of evidence-based programming and deep understanding of counseling and testing and behaviour change theory and the state of the art, and factors related to behaviour change in Tanzania including age and gender considerations. | |
| 4 | Proposed Performance Implementation Plan | |
| 5 | Monitoring and evaluation plan which suggests both quantitative and qualitative indicators, and proxy indicators to measure effectiveness of preventive counseling | |
|   |   |   |
| B. | **Management Capacity** | 40 |
| 1. | Management plan: describe how overall management of the activities will take place including:<br>   a. proposed organizational structure,<br>   b. proposed partners and arrangements for working with partner organizations, including maximizing the role of Tanzanian organizations and building their capacity to carry out programs in the longer term, as well as proportion of funding set aside for service delivery<br>   c. proposed sub-grant making arrangements and<br>   d. proposed financial management arrangements.<br>   e. proposed partnerships, the applicant's plan to collaborate with other contractors/grantees and plans for coordination and collaboration with the USG PEPFAR partners, GOT, other donors. | |
| 2. | **Key personnel** Proposed skills matrix, and the expertise and experience of the Project Director/COP and other senior personnel. All key personnel must be identified and supported with CVs. | |
| 3. | **Institutional capacity and past performance** Demonstrate the institutional capacities and record of accomplishment required to fulfill project requirements, including expertise in implementing counseling and testing programs. Applicants must show the ability to provide a range of appropriate, state of the art technical assistance and administrative support to the project. Applicants must also submit up to five past performance references relevant to this scope of work, which will also be evaluated. | |
| 4 | **Gender** Applicants will be evaluated on how gender has been incorporated into the program description. Intention to reach both men and women with program activities should be explicitly stated, with a clear understanding of gender dynamics in the fight against HIV/AIDS in Tanzania. | |