# Exhibit M

## SUMMARY STATEMENT
## PROGRAM ANNOUNCEMENT #04208
Scale-Up of Home- Based Care Activities for People Living with HIV/AIDS in the United Republic of Tanzania

Date of Review: August 9, 2004
Applicant Name: Pathfinder International, 04208-02
Amount Requested: $ 6,000,000
Recommendation: Approved
Score: 83.75

### BRIEF SUMMARY OF THE APPLICATION:

Pathfinder International requests over 5 years to scale-up its existing Tutuzane ("Let's take care of one another") community home-based care (CHBC) project to an additional 10 districts in Tanzania. Pathfinder will be collaborating with Interchurch Medical Assistance (IMA), the Christian Social Services Commission (CSSC), and the Tanzanian government. The applicant aims to contribute to the CDC's Global AIDS Program (GAP) and the President's Emergency Plan for AIDS Relief (PEPFAR) goals of providing care and support services for up to 5,000 people living with and affected by HIV/AIDS. Pathfinder expects to rapidly scale up the provision of CHBC to include 10 additional regions in Tanzania. The applicant initiated CHBC as of 2001.

The purpose of this project is to support the public health infrastructure in Tanzania and to strengthen the capacity of Ministries of Health (MOH) and partner institutions to coordinate, plan, monitor, and evaluate an integrated TB/HIV program. This will be accomplished by cooperation and collaboration in implementing activities between CDC, the Tanzania MOH-NACP, and the funded organization. These collaborative activities will improve national capacity to ensure the availability of a continuum of care for the chronically ill HIV/AIDS patients in Tanzania. These services will be used as entry points for antiretroviral therapy (ART) programs.

Awardee activities for this program are as follows:

- Obtain the necessary staff, equipment, and supplies to enhance HBC services in Tanzania.
- Recruit and train staff in counseling, testing, and HBC services according to national guidelines.
- Collaborate with the MOH-NACP to review and update HBC guidelines to include palliative care and other intervention for care and treatment of chronically ill HIV/AIDS patients.
- Plan, develop, conduct, and evaluate HBC training programs for home care providers and community-based providers in collaboration with CDC and the MOH-NACP.

1

- Monitoring and evaluation plans need strengthening. These plans are essential for ensuring shared understanding of the roles and charges for the collection of data and reporting.

### CRITERIA 2: Understanding of the Problem

**Summary of Strengths:**

- Pathfinder International demonstrates the overall need of HIV/AIDS patients for CBHC and demonstrates a clear and concise understanding of the nature of the problem.
- The applicant understands the need to work in collaboration with other partners within the government and the communities.
- The applicant is already doing community-based health care in the field and includes a description of the public health importance of the planned activities, objectives, and projects.

**Summary of Weaknesses:**

- No weaknesses were reported.

### CRITERIA 3: Ability to Carry Out the Project

**Summary of Strengths:**

- The applicant has been in Tanzania since 1995 and operates out of two offices in the country--Dar es Salaam and Arusha. Pathfinder International already has an existing infrastructure to carry out the project.
- The applicant demonstrates superior capability to achieve the proposed objectives and goals in the proposal. A thorough description of Pathfinder's Tanzania CHBC Project Tutuzane has been included in the proposal.
- The goals that the applicant set out are attainable.

**Summary of Weaknesses:**

- Pathfinder International will be spending a great deal of money on subgrants to partners, community-based organizations (CBOs), and faith-based organizations (FBOs).

### CRITERIA 4: Personnel

**Summary of Strengths:**

- Proposed staff members are local with a wide range of skills and a wealth of experience working with other United States Government (USG) partners and NGOs. Professional personnel involved with this project have 5-18 plus years of experience in the HIV/AIDS universe of OI/HIV/STD.