# Exhibit A

**Mark Sidel**

**Curriculum Vitae**

Professor of Law and Faculty Scholar
Lauridsen Family Fellow
University of Iowa College of Law

Boyd Law Building
University of Iowa
Iowa City, Iowa 52242 USA
mark-sidel@uiowa.edu | (319) 384-4640 office | (319) 321-7913 mobile

**Education**

J.D., Columbia University School of Law, 1985

> Foreign Language and Area Studies Fellowship (China), 1983 – 1984
> Certificate, Parker School of Foreign and Comparative Law

M.A., Yale University, 1982 (History)

> Overbrook Fellowship in History
> Fellow, Jonathan Edwards College

A.B., Princeton University, 1979 (History)

**Academic and Professional Positions**

Visiting Professor of Law, Harvard Law School, 2005 – 2006

> Courses: Philanthropy and the Law; Law and Society in Asia; Reading Group on Human Trafficking and Involuntary Servitude

Professor of Law and University Faculty Scholar, University of Iowa

> Professor of Law, 2005 – present
> University Faculty Scholar, 2006 – 2009
> Lauridsen Family Fellow, 2007 – present

> Research Scholar, Obermann Center for Advanced Studies
> (1998 - present, multiple semesters)

> Chair, University of Iowa Research Council, 2004 – 2005

Board member, University of Iowa Center for Human Rights, 2006 – present
Advisory Board member, University of Iowa Press, 2003 – present

Faculty affiliate: International Programs; Center for Asian and Pacific Studies; South Asian Studies Program; Confucius Institute; Institute for Inequality Research

Associate Professor of Law, University of Iowa, 2000 – 2005

Courses: Contracts; Nonprofit and Philanthropic Institutions; Philanthropy and the Law; Law and Development; Law in Asia; Human Trafficking and Involuntary Servitude; Chinese Law (in Chinese)

President-elect, International Society for Third Sector Research (ISTR) (2007 – 2009; President, 2009 – 2011)

Visiting Professor of Law, University of Victoria Faculty of Law (Canada), 2007 (co-teaching with Professor Andrew Harding on Human Rights and Civil Society in Asia)

Senior Fellow and Visiting Professor, University of Melbourne Law School (Australia), 2005 and 2008 (Civil Society and the Law in Asia)

Holder of the "chaire Asie" and Visiting Professor of Asian Law, Institute d'Etudes Politiques de Paris, 2004 (Vietnam and China)

W.G. Hart Lecturer in Law, Faculty of Law and Social Sciences, School of Oriental and African Studies, University of London, 2003

Academic Director, Philanthropy and the Law in South Asia (five nation major research project funded by Ford, Rockefeller, Myer and Himalaya foundations), 2000 – present

Program Officer for Philanthropy and the Nonprofit Sector, The Ford Foundation, 1999 – 2000 (New Delhi)

Lecturer in Law, Harvard Law School, 1998
(Law and the Socialist Transition in Vietnam and China)

Consultant, The Ford Foundation, United Nations Development Programme, World Bank, Asian Development Bank, Oxfam, American Council of Learned Societies, Asia Foundation, McKnight Foundation, U.S. State Department and numerous other philanthropic and development institutions, 1995 – present

Lecturer in Law, University of Iowa College of Law, 1996 – 1999

Program Officer for Vietnam (and director of Vietnam programs), The Ford Foundation, 1992-1995 (Bangkok and Hanoi)

Assistant Professor of Law, Lewis and Clark Law School, 1990 – 1992 (Portland)

Program Officer for Law and Legal Reform, The Ford Foundation, 1988 – 1991 (Beijing)

Associate, Baker & McKenzie, 1985 – 1988 (New York, Hong Kong, Beijing)

Teaching, Beijing Foreign Languages Institute Middle School, 1979 – 1981

**Major Consultancies and Assistance to International Institutions, Governments, and Foundations** (2002 – present)

Asia Pacific Philanthropy Consortium (Overview paper and keynote on diaspora philanthropy to Asia, 1998-2008: The state of the field), 2007 – 2008

United Nations Development Programme (Strategic development of legal reform program in Vietnam), 2007

Hewlett Foundation and The Philanthropic Initiative, 2007 (Report on diaspora philanthropy)

Government of Canada, Commission of Enquiry into the Investigation of the Bombing of Air India Flight 182, 2006 – 2007 (Consultancy study and testimony on charities and terrorist finance in the U.K., U.S. and Australia)

U.S. Agency for International Development (MSI), 2007 (Strategic priorities in Vietnamese law and governance reform)

Refugee Legal Centre (United Kingdom), 2007 (Assistance on refugee and asylum law)

Serious Organised Crime Agency (United Kingdom), 2006 – 2007 (Assistance on Vietnamese law)

Baker and Hostetler, Denver Foundation v. Wells Fargo Bank (Community foundation variance and investment power issues), 2006 – 2007

United Nations Development Programme and Vietnam Union of Science and Technology Associations (Advice on Vietnamese Law on Associations and nonprofit law), 2006

United Nations Development Programme (Asia regional programme) (Research study on social science institutions in Asia), 2005 – 2006

U.S. Department of State (Office to Monitor and Combat Trafficking in Persons)

3

(Labor law and labor export in Vietnam), 2004

U.S. Justice Department (Civil Rights Division) (Labor law and labor export in Vietnam, U.S. v. Kil Soo Lee et al (Daewoosa Samoa)), 2002 – 2003

Other consultancies (1995-present, selected): Aga Khan Foundation, American Council of Learned Societies (ACLS), Asia Foundation, Asia Pacific Philanthropy Consortium, Asian Development Bank, Center for Educational Exchange with Vietnam, Cooperation Committee for Cambodia, Economics Institute (Boulder), Ford Foundation, Global Equity Initiative (Kennedy School of Government, Harvard), Luce Foundation, McKnight Foundation, National Foreign Affairs Training Center/Foreign Service Institute (Washington), Oxfam International, Oxfam America, Oxfam Hong Kong, Pakistan Centre for Philanthropy, Refugee Legal Centre (London), SNV (Dutch overseas aid), United Nations Development Programme (UNDP), U.S. Department of Justice, U.S. State Department, Stanley Foundation, University of Iowa, Vietnamese Ministry of Justice, World Bank, and other institutions

## Honors, Fellowships, Significant Lectureships, Other Positions Held

Lauridsen Family Fellow, University of Iowa, 2007 – present

University Faculty Scholar, University of Iowa, 2006 – 2009

Member, Committee on Nonprofit Self-Regulation of the Advisory Panel on the Nonprofit Sector, Independent Sector (Washington), 2006 – 2007

Richard B. Lillich Memorial Lecture, Florida State University, November 2007

Twelfth Annual James Leahy Freedom Lecture, Moorhead, MN and Fargo, ND February 2007

Keynote Address, Seventh International Conference of the International Society for Third Sector Research (ISTR), Bangkok, July 2006

Senior Fellow and Visiting Professor, University of Melbourne Law School, 2005

Visiting Professor of Asian Law in the "chaire Asie," Institute d'Etudes Politiques de Paris, 2004

Keynote Address, 20th Annual Mansfield Conference, University of Montana, 2004

W.G. Hart Lecturer in Law, Faculty of Law and Social Sciences, School of Oriental and African Studies, University of London, 2003

Old Gold Fellowships (University of Iowa), 2001 and 2004

University of Iowa College of Law Summer Research Fellowships, 2001, 2002, 2003, 2004, 2005, 2006, 2007

Stanley Foundation/Obermann Center for Advanced Studies/University of Iowa Research Fellowship, 2006 – 2007

University of Iowa International Summer Fellowship, 2001 (declined), 2003, 2006

**Publications**

**Books** (published and in press)

Law and Society in Vietnam (Cambridge University Press, forthcoming 2008)

Cinema, Law, and the State in Asia (ed. with Corey Creekmur) (Palgrave Macmillan, 2007)

Vietnam's New Order: International Perspectives on the State and Reform (ed. with Stephanie Balme) (Palgrave Macmillan, 2006)

More Secure, Less Free? Antiterrorism Policy and Civil Liberties Since September 11 (University of Michigan Press, 2004, revised paper edition 2006)

Philanthropy and the Law in South Asia (ed. Mark Sidel and Iftekhar Zaman) (Asia Pacific Philanthropy Consortium, 2004)

Old Hanoi (Oxford University Press, 1998)

**Forthcoming and Contracted Volumes**

The Regulation of the Voluntary Sector: Freedom and Security in An Era of Uncertainty (contracted with Routledge, publication expected 2008)

A Contextual Analysis of the Vietnamese Constitution (contracted with Hart Publishing (Oxford) in the series on comparative constitutionalism, and publication expected 2009)

Islands of Oppression: Human Trafficking in the United States and the Trial of Kil Soo Lee (contracted with University of Michigan Press, publication expected 2009)

**Other book-length work in progress**

Struggling with Reform: Rights, Equity, and the State in Vietnam (ed. Sidel and Matthieu Salomon (Institut d'Etudes Politiques de Paris))

**Articles, Book Chapters, Monographs and Other Publications**

*Vietnamese-American Diaspora Philanthropy to Vietnam*, in Paula Johnson (ed.), Diaspora Philanthropy: Existing Models, Emerging Applications (The Philanthropic Initiative and Global Equity Initiative, Harvard University, 2007)

*Focusing on the State: Government Responses to Diaspora Philanthropy and Implications for Equity*, in Merz, Geithner and Chen (eds.), Diasporas and Development 25-54 (Global Equity Initiative, Harvard University, 2007)

*Philanthropy and Law in South Asia: Recent Developments in Bangladesh, India, Nepal, Pakistan, and Sri Lanka* (Asia Pacific Philanthropy Consortium, 2007, www.asianphilanthropy.org)

*The Third Sector, Human Security, and Anti-Terrorism: The United States and Beyond*, 17 Voluntas: International Journal of Voluntary and Nonprofit Organizations 199-210 (2006)

*Après le Patriot Act: la seconde vague de l'antiterrorisme aux États-Unis*, Critique Internationale no. 32: 26-37 (Institut d'Etudes Politiques de Paris, September 2006)

*Diaspora Philanthropy to India: An American Perspective*, in Geithner, Johnson and Chen (eds.), Diaspora Philanthropy and Equitable Development in China and India (Global Equity Initiative, Harvard University, 2005)

*The Guardians Guarding Themselves: Nonprofit Self-Regulation in Comparative Perspective*, 80 Chicago-Kent Law Review 803 (2005)

*Philanthropy and Law in South Asia: Key Themes and Key Choices* (with Iftekhar Zaman), International Journal of Not-for-Profit Law 7:2 (2005)

*Courts, States, Markets and the Nonprofit Sector: Judiciaries and the Struggle for Capital in Comparative Perspective*, 78 Tulane Law Review 1611 (2004)

*Philanthropy and Law in South Asia: Key Themes and Key Choices* (with Iftekhar Zaman), in Philanthropy and the Law in South Asia (ed. Sidel and Zaman) (Asia Pacific Philanthropy Consortium, 2004)

*Law, Philanthropy and Social Class: Variance Power and the Battle for American Giving*, 36 U.C. Davis Law Review 1145 (2003)

> Abridged version published in Proceedings of the National Council of Voluntary Organisations (U.K.) Researching the Voluntary Sector Conference (2002)

6

*The Struggle for Hershey: Community Accountability and the Law in Modern American Philanthropy*, 65 <u>Pittsburgh Law Review</u> 1 (2003)

*The Nonprofit Sector and the New State Activism*, 100 <u>Michigan Law Review</u> 1312 (May 2002) (Review of Norman Silber, <u>A Corporate Form of Freedom: The Emergence of the Nonprofit Sector</u> (New Perspectives on Law, Culture and Society, Westview Press, 2001)

*Understanding Constitutional Amendation in Socialist Transitional Societies: The Case of Vietnam*, <u>Singapore Journal of International and Comparative Law</u> symposium on *Comparative Constutionalisms: The Remaking of Constitutional Orders in Southeast Asia*, 6 <u>Singapore Journal of International and Comparative Law</u> 42 (2002)

Review of Eleanor L. Brilliant, <u>Private Charity and Public Inquiry: A History of the Filer and Peterson Commissions</u>, 13 <u>Voluntas: International Journal of Voluntary and Nonprofit Organizations</u> 326 (2002)

*Philanthropy in India's High Technology Communities and the Complex Search for Social Innovation*, <u>Harvard Asia Quarterly</u> (Summer 2001)

*An Eye Single for Righteousness*, 99 <u>Michigan Law Review</u> 1637 (May 2001) (Review of John Culver and John Hyde, <u>American Dreamer: The Life and Times of Henry A. Wallace</u>, New York: W.W. Norton, 2000)

*Resource Mobilization and the New Indian Philanthropy*, in Richard Holloway (ed.), <u>Towards Financial Self-Reliance: Resource Mobilisation for Citizens' Organisations in the South</u> (Earthscan, 2001)

*Recent Research on Philanthropy and the Nonprofit Sector in India and South Asia*, 12 <u>Voluntas: International Journal of Voluntary and Nonprofit Organizations</u> 171 (2001)

*Vietnam in 1998: Reform Confronts the Regional Crisis*, <u>Asian Survey</u> (1999)

Translations of *Regulations on the Registration and Management of Social Organizations* (PRC State Council, 1989), *Regulations on the Management of Foundations* (1988), and *Interim Provisions for the Administration of Chambers of Commerce in China* (1989) (each with Yu Hui), in Tom Silk (ed.), <u>Philanthropy and Law in Asia</u> (Jossey-Bass, 1999)

*Law, the Press, and Police Murder in Vietnam: Media and the Trial of Nguyen Tung Duong*, in David Marr (ed.), <u>The Mass Media in Vietnam</u> (Australian National University, 1998)

*The Translation of Foreign Social Science Literature in Vietnam* (with David Marr), in David Marr (ed.), <u>The Mass Media in Vietnam</u> (Australian National University, 1998)

<u>A Research Guide to Law in the Democratic Republic of Vietnam (1945-1976) and Early Socialist Republic of Vietnam (1976-1986)</u>, *Harvard Research Guides to the Legal Systems of East and Southeast Asia*, Harvard Law School, 1998

Introduction to and translation of Le Thi, *How I Came to the Vietnamese Revolution*, <u>Signs: Journal of Women in Culture and Society</u> (Summer 1998)

*Vietnam in 1997: A Year of Challenges*, 28 <u>Asian Survey</u> (1998)

*The Emergence of a Voluntary Sector and Philanthropy in Vietnam: Functions, Legal Regulation and Prospects for the Future*, 8 <u>Voluntas</u> 283 (1997)
*Institutional and Generational Transition at the Eighth Congress of the Vietnamese Communist Party*, 27 <u>Asian Survey</u> 481 (1997)

*The New Corporate Philanthropy in Vietnam*, 2 <u>Alliance</u> 77 (1997)

*Vietnam: The Ambiguities of State-Directed Legal Reform*, in Tan (ed.), <u>Asian Legal Systems: Law, Society and Pluralism in East Asia</u> (Butterworths, 1997)

<u>The United States and Vietnam: The Road Ahead</u> (New York: The Asia Foundation, 1996)

*Vietnam's America Specialists: Policy Research, Strategy Formulation and Scholarly Activity for a New Era*, 26 <u>SAIS Review</u> 43 (School of Advanced International Studies, Johns Hopkins University, Summer/Fall, 1996)

*Corporate Philanthropy in Vietnam: Initial Data and Initial Problems*, in <u>North Viet Nam Now: Fiction and Essays from Hanoi</u> (Viet Nam Forum 15) (Council on Southeast Asian Studies, Yale University) 246 (1996)

*New Directions in the Study of Vietnamese Law*, 17 <u>Michigan Journal of International Law</u> 705 (1996) (Review of Carl Thayer and David Marr (eds.), <u>Vietnam and the Rule of Law</u>, Canberra: Australian National University, 1993)

Translations of *Those Fifty Years* and *The America I Know*, essays by the Vietnamese scholar Nguyen Khac Vien, <u>North Viet Nam Now: Fiction and Essays from Hanoi</u> (<u>Viet Nam Forum 15</u>) (Council on Southeast Asian Studies, Yale University) 246 (1996)

*The Reemergence of China Studies in Vietnam*, 142 <u>The China Quarterly</u> 521 (June 1995)

*Research Institutions in the Socialist Republic of Vietnam Focusing on the Asia-Pacific Region*, in Yamamoto (ed.), <u>Emerging Civil Society in the Asia Pacific Community</u> 477-490 (Tokyo and Singapore, 1995)

*The Emergence of a Nonprofit Sector and Philanthropy in the Socialist Republic of Vietnam*, in Yamamoto (ed.), Emerging Civil Society in the Asia Pacific Community 293-304 (Institute of Southeast Asian Studies (Singapore) and Japan Center for International Exchange (Tokyo), 1995)

*Dissident Legal Scholars in China's Cities, Their Organizations, and the Chinese State in the 1980s*, in Bullock, Kraus, Perry (eds.), Urban Spaces: Autonomy and Community in Post-Mao China (Cambridge University Press, 1995)

Review of Vietnam: The Politics of Bureaucratic Socialism (Gareth Porter), 26(2) Journal of Southeast Asian Studies 465 (1995)

*The Reemergence of Legal Discourse in Vietnam*, 43 International and Comparative Law Quarterly 163 (1994)

*Law Reform in Vietnam: The Complex Transition from Socialism and Soviet Models in Legal Scholarship and Training*, 11 UCLA Pacific Basin Law Journal, 221 (1993)

Review of Vietnam at the Crossroads (Michael C. Williams) and Political Economy in Vietnam (Kathleen Gough), 24(2) Journal of Southeast Asian Studies 468 (1993)

*Enterprise Bankruptcy and the Development of Bankruptcy Law*, in Campbell, Child and Lockett, eds., Advances in Chinese Industrial Studies: Reform Policy and the Chinese Enterprise (Manchester University Press, 1990)

*Recognition and Enforcement of [Chinese] Foreign Arbitral Awards under the New York Convention* (with Mao Tong), East Asian Executive Reports (May 1988)

*Maritime Courts in the Middle Kingdom: China's Great Leap Seaward* (with Curtis Pew and Robert Jarvis), 11 The Maritime Lawyer 237 (1987)

*The Maritime Arbitration Commission of the People's Republic of China: Past, Present and Future* (with Curtis Pew and Robert Jarvis), 18 Journal of Maritime Law and Commerce 351 (1987)

*Recent and Noteworthy Legal Works Published in the People's Republic of China*, 1 Journal of Chinese Law 257 (1987)

*Copyright, Patent and Trademark Law in the People's Republic of China*, 21 Texas International Law Journal 259 (1986)

*The Legal Protection of Copyright and Authors' Rights in the People's Republic of China, 1949-1981: Prelude to a Chinese Copyright Law*, 9 Columbia Journal of Art and the Law 477 (1985)

*Graduate Education in the People's Republic of China: New Steps, New Challenges*, 12 <u>Higher Education</u> 155 (1983)

*Latin American Studies in the People's Republic of China*, 18(1) <u>Latin American Research Review</u> 143 (1983)

    Translated as *Estudios latinoamericanos en la Repulica Popular China*, 20(3) <u>Estudios de Asia y Africa</u> (Mexico City) 470 (1985)

*University Enrollment in the People's Republic of China, 1977-1981: The Examination Model Returns*, 18 <u>Comparative Education</u> 257 (1982)

*Adult Education in the People's Republic of China*, 15 <u>Convergence</u> 37 (1982)

*Education in the People's Republic of China*, in <u>The Health of China</u> (Beacon Press, 1982)

Introduction to and translation of *Shanghai Steam-Turbine Works Staff and Workers College Specialty Teaching Plan* 15(1-2) <u>Chinese Education</u> 134 (1982)

*Norman Bethune*, in Sidel, <u>Serve the People: Observations on Medicine in the People's Republic of China</u> (Macy Foundation, 1973)

**Lectures, Conference Papers, and Reports to Governmental Bodies and Professional Associations** (selected, primarily 2000 – 2007)

*Terrorist Financing and the Charitable Sector: Law and Policy in the United Kingdom, the United States, and Australia*
Testimony to the Commission of Inquiry into the Investigation of the Bombing of Air India Flight 182 (Major Commission), Government of Canada, November 2007

*New Directions in the Struggle against Human Trafficking*
Richard B. Lillich Memorial Lecture, Florida State University, November 2007

*Resistance, Compliance, Alliance, and Self-Regulation: Nonprofit Sector Responses to Counter-Terrorism Law and Policy in the United States*
Paper presented at the Association for Research on Nonprofit Organizations and Voluntary Action (ARNOVA), Atlanta, November 2007

*Federated Organizations: Research Issues and Policy Problems*
Colloquy presentation at the Association for Research on Nonprofit Organizations and Voluntary Action (ARNOVA), Atlanta, November 2007

*Research Methods and Strategies in South Asian Legal Studies*
Presentation at the South Asian Legal Studies Workshop, University of Wisconsin (Madison), October 2007

*Strategic Issues and Priorities in Vietnamese Legal Reform*
Prepared for U.S. Agency for International Development/Management Sciences International, September 2007

*The Debate on Constitutional Rights and Enforcement in Vietnam*
University of Victoria Conference on New Courts in the Asia Pacific Region, June 2007 (Victoria)

*Resistance, Compliance, Alliance, and Self-Regulation: Nonprofit Sector Responses to Counter-Terrorism Law and Policy in the United States*
Workshop on Aid, Security and Civil Society in the Post-911 Context, London School of Economics Centre for Civil Society, June 2007

*The Impact of Post-Sept. 11 Anti-Terrorism Law and Policy on the Nonprofit Sector*
University of Iowa Stanley – International Programs – Obermann Center Colloquium, May 2007

*Debate and Conflict in the Drafting of Vietnam's Nonprofit Code (Law on Associations)*
Association for Asian Studies annual meeting, March 2007 (Boston)

*Terrorist Financing and the Charitable Sector: Law and Policy in the United Kingdom, the United States, and Australia*
Research paper prepared for the Commission of Inquiry into the Investigation of the Bombing of Air India Flight 182 (Major Commission), Government of Canada, 2007

*The New Nonprofit Self-Regulation Imperative: Comparative Perspectives from Asia*
Harvard Law School, March 2007

*Nonprofit Self-Regulation in Asia*
University of Washington, Symposium on Nonprofit Self-Regulation in Comparative Perspective, Evans School of Public Affairs, March 2007

*More Secure, Less Free? Anti-Terrorism Policy and Civil Liberties after September 11*
Twelfth Annual James Leahy Freedom Lecture (Fargo, North Dakota and Moorhead, Minnesota), hosted by Concordia College and a consortium of local institutions, February 2007

*Nonprofit Self-Regulation in Comparative Perspective*
American Association of Law Schools annual meeting, January 2007

Case 2:05-cv-08209-VM    Document 74-2    Filed 02/08/2008    Page 13 of 20

*Dangerous Charities? Antiterrorism Policy and the Nonprofit Sector in the United States, the United Kingdom, and Canada after September 11*
University of Iowa International Programs International Mondays, October 2006

*Self-Regulation of the Voluntary Sector in Asia,* and *Nonprofit Law in Asia in Comparative Perspective*
Presentations at seminars organized by the Cooperation Committee for Cambodia, Phnom Penh, July 2006

Keynote address, *The Third Sector, Human Security, and Anti-Terrorism Regulation in Comparative Perspective*
Biannual international conference of the International Society for Third Sector Research (ISTR), July 2006 (Bangkok)

*The Debate on Constitutional Rights and Enforcement in Vietnam*
Harvard University workshop on urbanization in Vietnam, May 2006

*Bringing the State Back In: Government Responses to Diaspora Philanthropy and the Problem of Equity*
Conference on Diaspora Philanthropy and Global Equity, Global Equity Initiative, Harvard University, May 2006

*Getting to Rights: Current Research on Vietnamese Law*
Harvard University Vietnam Study Group, Kennedy School of Government, May 2006

*Balancing National Security and a Culture of Giving: Anti-Terrorism Policy and its Effects on American Philanthropy since September 11*
Law and the Liberal Arts Lecture, Dartmouth College, April 2006

*Current Research on Philanthropy and the Nonprofit Sector, and on Law in Asia*
Vermont Law School Faculty Speaker Series, April 2006

*Vietnamese Legal Reform at a Crossroads,* Council on Foreign Relations (New York), March 2006

*Current Research on Comparative and International Law*
Harvard Law School International Law Society, March 2006

*My Motorcycle is Constitutionally Protected: The Debate on Constitutional Rights and Enforcement in Vietnam*
Harvard Law School, March 2006

*Current Research on Philanthropy and the Nonprofit Sector, and on Law in Asia*
Case Western Reserve University Law School, February 2006

12

Conference co-organizer and speaker on *Workers, Entrepreneurs, Enterprises and the State in Vietnam*
Institut d'Etudes Politiques de Paris Conference on Vietnam, December 2005

*Law and Asian Studies*
Dartmouth College Asian Studies Program, November 2005

Commentator for University of Iowa Shambaugh conference on state-supported non-governmental organizations in Asia, November 2005

*Law Reform, State-Society Relations, and Social Organizations in Asian Comparative Perspective*
Paper commissioned by the United Nations Development Programme (UNDP/Vietnam), delivered at UNDP and the Vietnamese Academy of Social Sciences (VASS) in June 2005 and expected to be published by UNDP

*Beyond Mellon: Foundation Support for University Presses and Scholarly Publishing*
Annual meeting of the Association of American University Presses, June 2005

*The Legacy of Catherine Hope*
Remarks at the dedication of the Hope Tango Tower, YMCA Camp Wapsie, Coggon, Iowa, June 2005

*Diaspora Philanthropy from Indian and Chinese Communities in the United States to Countries of Origin*
The Asia Society, New York, May 2005.

*More Secure, Less Free? Comparative Perspectives on Antiterrorism Policy and Civil Liberties After September 11*
Grinnell College, Rosenfield Program on Public and International Affairs, March 2005

*The Promise and Perils of Nonprofit Self-Regulation*
Plenary Panel on International Trends in Nonprofit Standards – Nonprofit Self-Regulation at the annual U.S. Agency for International Development Conference with Private Voluntary Organizations, Washington, February 2005

*More Secure, Less Free? Antiterrorism Policy and Civil Liberties After September 11*
Augustana College, Freistat Center for Studies in World Peace, January 2005

*Vietnam's Integration – On Whose Terms? Observations on Sovereignties, Double Standards, and Vietnam-US Trade Conflicts*
Institut d'Etudes Politiques de Paris Conference on Vietnam and the international system, November 2004

*Nonprofit Self-Regulation in Asia*
Paper and panel co-organizer, Association for Research on Nonprofit Organizations and Voluntary Action (ARNOVA), Los Angeles, November 2004

*Anti-Terrorism Law and Policy after September 11*
University of Wyoming Law School Law Week, Laramie, October 2004

*The Guardians Guarding Themselves: Nonprofit Self-Regulation in Comparative Perspective*
Chicago-Kent Law Review symposium on nonprofit accountability, Chicago, September 2004

*Law and Legal Reform in Vietnam*
Presentation at closed briefing for newly-appointed U.S. Ambassador to Vietnam Michael Marine, organized by the U.S. State Department, Washington, August 2004

*Philanthropy, the Nonprofit Sector, and the University Press Community*
Plenary presentation to the Association of American University Presses, Vancouver, June 2004

*Civil Society, Globalization and the State: China in Comparative Perspective*
Keynote Address to the 2004 Mansfield Conference: Plunging Into the Sea: The Complex Face of Globalization in China, University of Montana, Mansfield Center for Asian Studies, Missoula, Montana, April 2004

*Law and the Development of Social Organizations in China*
Presentation at the 2004 Maureen and Mike Mansfield Center conference at the University of Montana on Plunging Into the Sea: The Complex Face of Globalization in China, April 2004

*The Struggle for Hershey: Community Accountability and the Law in Modern American Philanthropy*
Panel presentation at the Association for Research on Nonprofit Organizations and Voluntary Action (ARNOVA), Denver, November 2003

*Angry Donors*
Presentation at the University of Montana Annual Tax Institute, October 2003

*Legal Reform in Whose Interests? Text, Implementation and Reality in Vietnamese Law: Illuminations from Vietnamese Labor Export and Its Regulation*
International Conference on the State of the Law and Rule of Law in post-Doi Moi Việt Nam, Paris (Sciences Po), October 2003

*The Struggle for Hershey: Community Accountability and the Law in Modern American Philanthropy*
University of Missouri (Columbia) Law School Faculty Workshop, September 2003

*The University Press as a Nonprofit Organization: The Mission, the Midwest, the Bottom Line*
Midwest University Presses Conference, Iowa City, September 2003

Understanding Foreign Donor Support for Legal Reform in Socialist Transitional States: The Changing Nature and Continuing Dilemmas of Legal Reform Assistance in Vietnam
W.G. Hart Lecture, School of Oriental and African Studies (SOAS), University of London, 2003

*Diaspora Philanthropy to India: An American Perspective*
Global Equity Initiative, Kennedy School of Government/Harvard University Asia Center Conference on Diaspora Philanthropy in China and India, 2003

*Law, Philanthropy and Social Class: Variance Power and the Battle for American Giving*
University of Florida College of Law Faculty Symposium, October 2002

*Law, Philanthropy and Social Class: Variance Power and the Battle for American Giving*
National Council for Voluntary Organisations Annual Research Meeting, Manchester, England, September 2002

*Beyond the Rights Revolution: Reconceptualizing the Role of State-Nonprofit Relations in India*
Johns Hopkins University Center for Civil Society Studies, February 2002

*Beyond the Rights Revolution: Reconceptualizing the Role of State-Nonprofit Relations in India*
Harvard South Asia Seminar symposium on law in India, May 2001

*Philanthropy in India's High Technology Communities: The Ambiguous Search for Social Innovation*
Harvard University Asia Center and South Asia Seminar, February 2001

*Philanthropy in India's New Economy Communities of Bangalore and Hyderabad*
Conference on Philanthropy and the City, Center for the Study of Philanthropy, City University of New York and Rockefeller Archive Center, September 2000

*Philanthropy and the Law*
International Conference on Indigenous Philanthropy, Aga Khan Foundation, Islamabad, Pakistan, October 2000

*Social Justice and Poverty Programming in Vietnam*
Report prepared for Oxfam Hong Kong/Vietnam Program, 1999

*Organizational and Resource Development for Oxfam International*
Report prepared for Oxfam International, 1998

*Public Funding and Private Voluntary Organizations*
Report prepared for Oxfam America, 1998)

*Philanthropy and the Nonprofit Sector in Asia*
Report with Michael Edwards prepared for the Asia Pacific Philanthropy Consortium International Conference on Philanthropy, 1998

*Giving Home: Diaspora Giving from the United States as a Funding Source for Indigenous Philanthropic and Nonprofit Institutions*
Report and background paper prepared for the Ford Foundation worldwide philanthropy meeting, London, 1997

*Law and Development: Seminar Proceedings*
Proceedings of the Roundtable Meeting of Chief Justices and Ministers of Justice, Manila, Philippines, August 1997) (Asian Development Bank, 1997

*Strengthening Judicial Capacity in Vietnam; Strengthening Legislative Capacity in Vietnam; Strengthening Public Procuratorial Capacity in Vietnam*
Reports prepared for the United Nations Development Programme, Hanoi, 1996

*Law Reform and Legal Education and Research in the Socialist Republic of Vietnam*
Report prepared for the Ford Foundation, 1992

*Ford Foundation China Program Activities in Human Rights and Governance (Law and Legal Reform)*
Report prepared for the Ford Foundation, 1991

*Legal Education and Research in China*
Report prepared for the Ford Foundation, 1987

**Op-ed Articles and Other Publications**

*Vietnam's Quiet Diplomat: America's Warming Relationship with Vietnam Owes Much to Le Mai*, <u>Wall Street Journal Asia</u>, June 13, 2006

*Antiterror Tactics Chill U.S. Campuses*, <u>International Herald Tribune</u>, June 28, 2005 (available at www.iht.com/articles/2005/06/27/opinion/edsidel.php)

*The Wages of Antiterrorism Policy in the United States: Antiterrorism and the American Academic Sector*, <u>YaleGlobal</u>, June 14, 2005 (Yale Center for the Study of Globalization), 2005 (available at yaleglobal.yale.edu)

> The YaleGlobal article above was reprinted in <u>Khaleej Times</u> (India) (June 18, 2005); The Nation (Bangkok) (June 22, 2005); <u>The Standard</u> (Hong Kong) (June 17, 2005); <u>Daily Times</u> (Pakistan) (July 3, 2005), the Common Dreams website (commondreams.org), and numerous other websites and blogs.

*A Dishonorable Road Home* (op-ed article), <u>Chicago Tribune</u>, October 5, 2004

<u>Books for Understanding: Bibliography on the Nonprofit Sector and Philanthropy</u> published by the Association of American University Presses (2004, revised 2007) (available at aaupnet.org/news/bfu/nonprofit/list.html)

*Self-Regulation of the Nonprofit Sector in Asia: Experiments and Models* (Resource paper prepared for the Asia Pacific Philanthropy Consortium, August 2003) (available at www.asianphilanthropy.org)

*Vietnam*, in <u>Legal Systems of the World: A Political, Social and Cultural Encyclopedia</u> 1753-1759 (ABC-Clio, 2002)

*Laos*, in <u>Legal Systems of the World: A Political, Social and Cultural Encyclopedia</u> 846-851 (ABC-Clio, 2002)

*New Economy Philanthropy in the High Technology Communities of Bangalore and Hyderabad, India: State Partnership and the Ambiguous Search for Social Innovation*, Paper prepared for the Conference and Philanthropy and the City (Center for the Study of Philanthropy, City University of New York, 2001), published at archive.rockefeller.edu/publications/conferences/sidel.pdf

*Endowments and Endowment Building in South Asia*, <u>Alliance</u> (U.K.) (June 2001)

*The United States and Vietnam: Three Years after Normalization*, and *Some Thoughts on the Vietnam-US Experience* (with Sherry Gray), in <u>Emerging from Conflict: Improving U.S. Relations with Current and Recent Adversaries</u> (The Stanley Foundation, 1999)

*U.S.-Vietnam: Revitalizing Stagnant Ties* (op-ed article), <u>The Des Moines Register</u> (August 25, 1998)

### Reviews for Universities, University Presses, and Scholarly Associations

<u>Tenure and promotion reviewer</u>:

University of Washington, 2007-08
University of Melbourne, 2007

17

Sheffield Hallam University (Professoriate promotion), 2007
University of Iowa College of Law, 2007
Brooklyn Law School, 2006
College of the Holy Cross, 2006
University of Missouri Law School, 2005

Graduate external examiner or committee member:

University of Capetown, 2006 (doctoral)
Australian National University, 2005 (doctoral)
University of Iowa, 2001-03 (doctoral); 2006-07 (master's)

Manuscript reviewer:

Routledge
Routledge Cavendish
University of Michigan Press
Indiana University Press
Journal of Comparative Law (London)
Voluntas: International Journal of Voluntary and Nonprofit Organizations

Proposal reviewer:

Association for Research on Nonprofit Organization and Voluntary Action (Arnova) (multiple years)
International Society for Third Sector Research (ISTR) (multiple years)

**Other Service and Positions Held**

Current board member or advisory board member:

University of Iowa Human Rights Center
University of Iowa Press
Community Foundation of Johnson County (Iowa)
YMCA Camp Wapsie (Coggon, Iowa)
YMCA Camp Wapsie capital campaign
CARTHA (international NGO)

Member:

Institute of Current World Affairs (Crane-Rogers Foundation)
National Committee on U.S.-China Relations

<u>American Bar Association legal education accreditation service</u>:

AALS accreditation site team member, University of Montana School of Law, 2002
AALS accreditation site team member, Boston University School of Law, 2004
AALS chair, accreditation site team, Florida State University Law School, March 2008

**Languages**

Chinese (reading and speaking)
Vietnamese (reading)