# Exhibit D



# This document has been provided by the International Center for Not-for-Profit Law (ICNL).

ICNL is the leading source for information on the legal environment for civil society and public participation. Since 1992, ICNL has served as a resource to civil society leaders, government officials, and the donor community in over 90 countries.

Visit ICNL's **Online Library** at
http://www.icnl.org/knowledge/library/index.php
for further resources and research from countries all over the world.

Disclaimers

**Content.** The information provided herein is for general informational and educational purposes only. It is not intended and should not be construed to constitute legal advice. The information contained herein may not be applicable in all situations and may not, after the date of its presentation, even reflect the most current authority. Nothing contained herein should be relied or acted upon without the benefit of legal advice based upon the particular facts and circumstances presented, and nothing herein should be construed otherwise.

**Translations.** Translations by ICNL of any materials into other languages are intended solely as a convenience. Translation accuracy is not guaranteed nor implied. If any questions arise related to the accuracy of a translation, please refer to the original language official version of the document. Any discrepancies or differences created in the translation are not binding and have no legal effect for compliance or enforcement purposes.

**Warranty and Limitation of Liability.** Although ICNL uses reasonable efforts to include accurate and up-to-date information herein, ICNL makes no warranties or representations of any kind as to its accuracy, currency or completeness. You agree that access to and use of this document and the content thereof is at your own risk. ICNL disclaims all warranties of any kind, express or implied. Neither ICNL nor any party involved in creating, producing or delivering this document shall be liable for any damages whatsoever arising out of access to, use of or inability to use this document, or any errors or omissions in the content thereof.

৯৭

*[Published in the Bangladesh Gazette Extraordinary, dated the 8th September, 1982]*

## GOVERNMENT OF THE PEOPLE'S REPUBLIC OF BANGLADESH
## MINISTRY OF LAW AND LAND REFORMS

(Law and Parliamentary Affairs Division)

NOTIFICATION

Dhaka, the 8th September, 1982.

No. 541-Pub.—The following Ordinance made by the Chief Martial Law Administrator of the People's Republic of Bangladesh, on the 6th September, 1982, is hereby published for general information :—

THE FOREIGN CONTRIBUTIONS (REGULATION) ORDINANCE, 1982

Ordinance No. XXXI of 1982

AN

ORDINANCE

*to regulate receipt of foreign contributions*

WHEREAS it is expedient to regulate receipt of foreign contributions ;

Now, THEREFORE, in pursuance of the Proclamation of the 24th March, 1982, and in exercise of all powers enabling him in that behalf, the Chief Martial Law Administrator is pleased to make and promulgate the following Ordinance :—

1. **Short title.**—This Ordinance may be called the Foreign Contributions (Regulation) ordinance, 1982

2. **Ordinance to override all other laws.**—The provisions of this Ordinance shall have effect notwithstanding anything to the contrary contained in any other law for the time being in force or in any contract or agreement.

3. *Definition.*—In this Ordinance, unless there is anything repugnant in the subject or context, "foreign contribution" means any donation, grant or assistance, whether in cash or in kind, including a ticket for journey abroad, made by any Government, organisation or citizen of foreign state.

4. **Receipt of foreign contribution without permission prohibited.**—*(1)* No citizen of, or organisation in, Bangladesh shall receive any foreign contribution without the prior permission of the Government.

*(2)* No Government, organisation or citizen of a foreign state shall make any donation, grant or assistance, whether in cash or in kind, including a ticket for journey abroad, to any citizen of, or organisation in, Bangladesh without the prior permission of the Government.

*(3)* Nothing in this section shall apply to an organisation established by or under any law or the authority of the Government.

১৯

৯৮

5. **Penalty etc.**—*(1)* Whoever receives or makes any foreign contribution in contravention of the provisions of section 4 shall by punishable with imprisonment for a term which may extend to six months, or with fine not exceeding two times the amount or value of the contribution, or with both.

*(2)* No court shall take cognizance of an offence under this Ordinance except on a complaint made by the Government or any officer authorised by it in this behalf.

DHAKA;
*The 6th September, 1982*

H. M. ERSHAD, ndc. psc
LIEUTENANT GENERAL
*Chief martial Law Administrator.*

S. RAHMAN
*Deputy Secretary.*

বাঃসঃমুঃ-৯৪/৯৫-২১৬৪কম—১,০০০ বই, ১৯৯৪ ।