**U.S. Department of Justice**



United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

March 5, 2008

By fax: 212.805.6382

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-6-08
```

The Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Alliance for Open Society International, Inc. v. USAID*, 05 Civ. 8209 (VM)

Dear Judge Marrero:

This Office represents the defendants (the "government") in the above-named case. I am writing to request an extension of time to respond to plaintiffs' motion to amend the complaint and extend the preliminary injunction to additional parties, as follows:

| | |
|---|---|
| Government's response (now due March 7): | March 17; |
| Plaintiffs' reply (now due March 28): | April 7. |

This is the government's first request for such an extension. Counsel for plaintiffs has consented to this request.

Thank you for your consideration.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
BENJAMIN H. TORRANCE
Assistant United States Attorney
Telephone: 212.637.2703
Fax: 212.637.2702
E-mail: benjamin.torrance@usdoj.gov

```
Request GRANTED. The briefing schedule with regard to the
motion to amend the Complaint                      herein
is extended as set forth herein: motion papers submitted by
_____ ; response 3-17-08 ;
reply 4-7-08.
SO ORDERED.
3-5-08
DATE        VICTOR MARRERO, U.S.D.J.
```

cc:   Rebekah Diller, Esq. (by fax: 212.995.4550)