

**U.S. Department of Justice**

United States Attorney
Southern District of New York

---

86 Chambers Street
New York, New York 10007

March 13, 2008

By fax: 212.805.6382

The Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: *Alliance for Open Society International, Inc. v. USAID*, 05 Civ. 8209 (VM)

Dear Judge Marrero:

    This Office represents the defendants (the "government") in the above-named case. I am writing to request an enlargement of the government's brief due on March 17, in opposition to plaintiffs' motion to amend the complaint and extend the preliminary injunction, from 25 to 40 pages. Plaintiffs previously obtained an equivalent enlargement of their opening brief, and have consented to this request.

    Thank you for your consideration.

                      Respectfully,

                      MICHAEL J. GARCIA
                      United States Attorney

By: _____
      BENJAMIN H. TORRANCE
      Assistant United States Attorney
      Telephone: 212.637.2703
      Fax: 212.637.2702
      E-mail: benjamin.torrance@usdoj.gov

cc: Rebekah Diller, Esq. (by fax: 212.995.4550)

---

Request GRANTED. The page limitations provision of the Court's Individual Practices is modified to authorize *The Government* to file a brief not to exceed *40* pages in connection with the motion *to amend the complaint* herein *and extend the preliminary injunction.*

SO ORDERED.

3-14-08
DATE      VICTOR MARRERO, U.S.D.J.

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 14/03/08

TOTAL P.02