UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

ALLIANCE FOR OPEN SOCIETY                    :
INTERNATIONAL, INC., et al.,                 :
                                             :
                    Plaintiffs,              :        05 Civ. 8209 (VM)
                                             :
              v.                             :
                                             :        **DECLARATION OF**
UNITED STATES AGENCY FOR                     :        **BENJAMIN H. TORRANCE**
INTERNATIONAL DEVELOPMENT, et al.,           :
                                             :
                    Defendants.              :
-------------------------------------------------------------x

BENJAMIN H. TORRANCE, pursuant to 28 U.S.C. § 1746, declares the following:

1.      I am an Assistant United States Attorney in the office of Michael J. Garcia, United

States Attorney for the Southern District of New York, attorney for defendants in the above-captioned

action.  I have been assigned to defend this matter and am familiar with the proceedings herein.

2.      Attached hereto as Exhibit A is a true and correct copy of the Department of Health

and Human Services Guidance, 72 Fed. Reg. 41,076, dated July 23, 2007.

3.      Attached hereto as Exhibit B is a true and correct copy of the United States Agency for

International Development Acquisition & Assistance Policy Directive No. 05-04 Amendment 1, dated

July 23, 2007.

4.      Attached hereto as Exhibit C is a true and correct copy of the Global Health Council

membership list, as it appeared on the Global Health Council web site, www.globalhealth.org, on

March 10, 2008.

5.      Attached hereto as Exhibit D is a true and correct copy of the Complaint filed in *DKT*

*International, Inc. v. United States Agency for International Development*, No. 05-cv-1604.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York                   /s/ Benjamin H. Torrance
        March 17, 2008                       BENJAMIN H. TORRANCE
                                             Assistant United States Attorney
                                             Telephone: 212.637.2703
                                             Fax: 212.637.2702