# Global Health Council

**Printer-Friendly Version** | Return to Web-Friendly Version

## Member Organizations                                    View Map

The Global Health Council is proud and inspired by the quality and variety of work conducted by our organizational members. Highlighting the contributions these members make to improving global health is paramount to the work of the Council.

Learn more about membership with the Global Health Council

### Find the Members Nearest To You
Check out the Global Map of our member organizations

We invite you to click on this icon  with a member's name to view a video of their work.

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | Y

### A

| | |
|---|---|
| Abbott Fund | Alliance Rights, Nigeria |
| Abt Associates Inc. | Alpha Vision Alliances International |
| Academic Alliance Foundation | Alternate Visions LLC |
| Academy for Educational Development | Amansan Aid Ghana |
| ActionAid India | American College of Nurse-Midwives |
| ActionAid International USA | American Dental Association (ADA) |
| Advamed | American International Health Alliance |
| Adventist Development & Relief Agency International (ADRA) | American Jewish World Service |
| | American Medical Association |
| Aeras Global TB Vaccine Foundation | American Osteopathic Association |
| Afghans for Civil Society, Inc. | American Public Health Association |
| Africa Fighting Malaria | American Red Cross |
| African Heritage International | American Refugee Committee |
| African Medical & Research Foundation, | |

Inc.

African Youth Development Foundation

Africare

Afro Global Alliance

Agape in Action

Ahenbronoso Care Foundation

AIDS Accountability International

AIDS Action Council

AIDS Action Uganda

AIDS Alliance in Nigeria

AIDS Cell, Ibn Sina Academy

AIDS Prevention & Education Society

AIDS Prevention Society of Pakistan

AIDS Project L.A.

AIDS Society of Barbados Inc.

AIDS Vaccine Advocacy Coalition

Aksion Plus

Albert B. Sabin Vaccine Institute

Albert Schweitzer Fellowship

Alcohol & Drug Abuse Prevention Team

All Nations Associates Ltd.

Alliance for the Prudent Use of Antibiotics

American Society of Tropical Medicine and Hygiene

American Zinc Association

AmeriCares Foundation, Inc.

AmericaShare

ANERELA+

ASEAN Institute for Health Development

Asian Forum of Parliamentarians on Population and Development

Associacao Grupo AIDS, Apoio, Vida, Esperanca (AAVE Group)

Asociacion Animo Y Aliento

Asociacion Civil Lazos De Vida

Association for Better Community Health

Association of Nurses in AIDS Care

Association of Public Health Laboratories

Association of Schools of Public Health

Association of Specialized Medical Societies of Kyrgyz Republic

Association RAMA

ATMATA Kendram

Axios Foundation

Axios International

Ayushi Biotech

Back to Top

# B

Baba Foundation

Badilika STI / HIV / AIDS Project

Balaji Medical and Educational Trust

Balm in Gilead, Inc.

Batey Relief Alliance, Inc.

Baylor Black Sea Foundation

Becton Dickinson & Co.

Ben Gurion University of the Negev M. D. Program in International Health and Medicine in collaboration with Columbia University Health Sciences

Bhutan Health Organization

Bickford-Land Clinic for Mother's and Children

Bidii Community Development Group

Bill & Melinda Gates Foundation

Billings Resource Centre

BIO Ventures for Global Health

Birthing Project

BOSS & CIPCA

Books of Hope

Boston University School of Public Health - Dept. of International Health

Brandeis University - The Heller School for Social Policy and Management

Bristol-Myers Squibb Company

Broad Green Health Foundation

BroadReach Healthcare

The Brush Foundation

Burness Communications, Inc.

Bwafwano Community Home Based Care Organization

Back to Top

# C

Campaigners for An AIDS Free Society

CARE

Catholic Community of Point-G

Catholic Health Association of India

Catholic Medical Mission Board, Inc.

CCD Bangladesh

Center for African Family Studies

Chembio Diagnostics

Chemonics International

Child Family Health International

Child Health Foundation

Chomba Youth Association

Christian Children's Fund

Christian Community Development Burundi

CEDPA The Center for Development and Population Activities

Center for Development Communication

Center for Environment Preventive Healthcare and Counseling

Center for Health and Gender Equity

Center for Health and Social Research

Center for Healthworks, Development and Research

Center for International Health

Center for Strategic and International Studies

Centre for Health and Nutrition Promotion

Cera Products, LLC

CHABHA, Inc.

Charity Network Services NGO

Chautauqua Institution

Christian Connections for International Health

Church of Christ in Nigeria

CIDRZ Foundation

Columbia University, Mailman School of Public Health

Commissioned Officers Foundation for the Advancement of Public Health

CommonHealth Initiative

Communications Consortium Media Center

Community Action for Rural Development

Community Development Associates

Community Development Foundation Jacobabad

Community Health Link

CONRAD Program

Constella Futures

CORE Group

Curamericas Global, Inc.

Curatio International Foundation

Cure2Children Foundation

Cultural Practice, LLC

Back to Top

# D

Dartmouth College

David and Lucile Packard Foundation

De Beers Consolidated Mines Ltd.

Deaconess Parish Nurse Ministries

Deepam Educational Society for Health

Delice

Department of Community Health, St Marthas Hospital

Department of Health, Eastern Cape

Development of Environmental and Social Health

Developing the Family Together

Dialogue for Development Forum

Dialogue International for Southern Africa Region

Dimagi, Inc.

Discovery Channel Global Education Partnership

DKT International

Doctors of the World

Doris Duke Charitable Foundation

Duke University Global Health Institute

Back to Top

# E

Earth Institute at Columbia University

Eden Home Health Centre

Elizabeth Glaser Pediatric AIDS Foundation

Embu Youth AIDS Advocates

Emerging Markets Group

Emory University Rollins School of Public Health

Emunio Aps

EngenderHealth

Episcopal Relief and Development

EPOS Health Consultants USA

ESE-Benin

Estonian Association Anti-Aids

Estonian Network of People Living with HIV and AIDS

Exxon Mobil Corporation

Back to Top

# F

| | |
|---|---|
| Families USA | Foundation for Advancement of International Medical Education and Research |
| Family Care International | |
| Family Focus International, Ghana | Foundation for AIDS Research (amfAR) |
| Family Health International | Foundation for Health Research & Development |
| Family Health International - Nepal | |
| Family Planning & Sexual Health Association of Lithuania | Foundation for Hospices in Sub-Saharan Africa |
| Family Violence Prevention Fund | Foundation for Human Horizon |
| Female Cancer Program | Foundation for Studies and Research on Women |
| The Female Health Company | |
| The Fistula Foundation | Fountain of Hope Community Initiative |
| Fleishman-Hillard | Francois-Xavier Bagnoud Center for Health & Human Rights |
| Fogarty International Center / NIH | Francois-Xavier Bagnoud U.S. Foundation |
| Ford Foundation | |
| Forum One Communications | Friends for Life HIV/AIDS Team |
| Foundation Builders, Nigeria | Friends of the Global Fight |
| | FSG-Social Impact Advisors |
| | Future Generations |

Back to Top

# G

The GAVI Fund

General Board of Church & Society United Methodist Church

Generation Consciente D'Haiti

GlaxoSmithKline Biologicals

Global Advancement Initiative

Global Alert for Defence of Youth and the Less Privileged (GADYLP)

Global Alliance for TB Drug Development

Global Alliance to Eliminate Lymphatic Filariasis (GAELF)

Global Business Coalition on HIV/AIDS

Global Environmental Health Solutions

Global Forum for Health Research

Global Health Action

Global Health Education Consortium

Global Health Initiative

Global Health Strategies

Global Health Through Education, Training and Service

Global REACH at the University of Michigan Medical School

Global Vision Tanzania

GlobeMed

Grassroot Soccer

Greater Involvement of People Living with HIV/AIDS

Grounds for Health

The Guttmacher Institute

Back to Top

# H

Habitat and Care Mali

HADAF

Halt AIDS

Harvard School of Public Health

Health and Development International

Health for Humanity

Health Metrics Network

Health Research and Educational Trust

Health Volunteers Overseas

Healthy Mothers - Healthy Babies

Helen Keller International

Hesperian Foundation

Himalayan Cataract Project

Hope for a Healthier Humanity Foundation

Hope for AIDS Outreach

Hope for the Living

Hope for the Youth Foundation, Inc.

Hope on Africa Program

HospiVision

Foundation, Maison de Naissance

Heifer International

Human Capital Foundation

Humanitarian Campaign Organization

Back to Top

# I

Ibis Reproductive Health

IDA Foundation

Identity, Merge, and Action (AIM)

Immtech International

Indonesian Forum of Parliamentarians on Population & Development

Infante Sano

Infection Control Society Pakistan

Infectious Diseases Society of America

Institute for Healthcare Improvement

Institute for OneWorld Health

Institute for Reproductive Health, Georgetown University Medical Center

Institute for Sustainable Communities

Integrated Rural Development Programme

Integrity Health Projects

Inter-Confessional AIDS Network Program

Interaction

Interchurch Medical Assistance, Inc. (IMA)

International AIDS Candlelight Memorial

International AIDS Vaccine Initiative

International Center for Equal Healthcare Access (ICEHA)

International Center for Research on Women

International Centre for Diarrheal Disease Research - Bangladesh

International Federation of Medical Students' Associations - International

International Federation of Medical Students' Associations - USA

International Health Center in Taiwan

International Health Ministries, Presbyterian Church, USA

International HIV/AIDS Alliance (USA)

International Hospital for Children

International Institute for Spiritual Ergonomics

International Medical Corps

The International Partnership for Microbicides

International Planned Parenthood Federation, International Office

International Planned Parenthood Federation/Western Hemisphere Region, Inc.

International Relief and Development 

International Association for the Study of Pain

International Association of Infant Food Manufacturers (IFM)

International Association of Medical Colleges

International Rescue Committee

International Trachoma Initiative

International Vaccine Institute

International Women's Health Coalition

INTRAHEALTH (formerly University of North Carolina, INTRAH)

Ipas

Izumi Foundation

Back to Top

## J

James R. Jordan Foundation

Jay Weiss Center for Social Medicine and Health Equity

Jeeri Neotech International

JHPIEGO Corporation

John Snow, Inc.

Johns Hopkins University Bloomberg School of Public Health

Johnson & Johnson Company

The JOSHUA Foundation

Josiah Macy, Jr. Foundation

Back to Top

## K

Kamuzu College of Nursing

Kara Counseling and Training Trust

Kawempe Women Development Association

Kawish Resource Center

Kenya AIDS Non-Governmental Organization Consortium

Kenya United Christian Churches

Kishan Shahojugi Unnayan Shangadhan

Kisumu Initiative for Positive Empowerment

Kisumu Medical Training College

Kisumu Ministry of Health

Back to Top

## L

Le Kinkeliba

LearnWell Global Low-Cost Health Initiative

Legends Society

Library and Saving Ministry

Life Care Foundation

Life for Relief and Development

Life Link Organization

Life Messengers

Livelihood NGO

London School of Hygiene and Tropical Medicine

LSM Puskokatara

Back to Top

# M

Maine Medical Center - Division of International Health Improvement

Management Sciences for Health

The Manoff Group, Inc.

MAP International

Marie Stopes International

Marlboro College

MBAs Without Borders

McKinsey & Co., Inc.

Media Network on HIV/AIDS and Development Nigeria

Medical Bridges

Medical Care Development, Inc.

Medical Education Cooperation With Cuba (MEDICC)

Medical Mission Sisters

Mennonite Central Committee

Merck & Co., Inc.

Mercy Corps International

MIDEGO

Ministry of Basic Education, Sport and Culture: HIV and AIDS Mangement Unit

Ministry of Health and Family Welfare - Bangladesh

Minnesota International Health Volunteers

Mount Sinai Global Health Center

Muduuma Widows Association

Mutual Advancement & Reconciliation in Society (MARS)

Back to Top

# N

National Alliance of State and Territorial AIDS Directors

National Bureau of Asian Research, Center for Health & Aging

National Institute of Health and Family Welfare

National Network for Youth

Natural Doctors International

Natural Initiative for Voluntary Blood Donors NGO

Navjyot Foundation

Nepal Medical College

Network for Children, Youth and Women Infected and Affected

Network Forum

Network of PLWAs in Nigeria

Network of Zambian PLHA

The Network: Towards Unity for Health

New Lifestyle Resource Centre

New York University Master's Program in Public Health

NGO Action Against AIDS

Nkasi District Council - Health Department

Novartis

Back to Top

# O

Odyssey Arts Pioneers

Ohio State University College of Medicine

OmniMed

Oncology Consulting International

One Tribe Foundation

One Village Foundation

Open Society Institute Public Health Program

Operation Blessing

Operation Smile International

Ovarian Cancer Research Fund

OWN-Uganda

Back to Top

# P

PACE-Medspanish

Pact

Pakistan Voluntary Health & Nutrition Awareness

Pan American Health Organization (PAHO)

Pangaea Global AIDS Foundation

Pasuruan City AIDS Commision

Pathfinder International

Pedagogue Milestones

Peer Education Program-Ghana

Peers for a Positive Way of Life

Pelican Foundation

People's Alliance To Combat HIV/AIDS

People's Health Organization - India

Per Ankh, Inc.

Pfizer, Inc.

PhRMA

Physicians for Human Rights

PLAN International USA

Planet Aid, Inc.

Population Action International

Population Council

Population Foundation of India

Population Media Center

Population Reference Bureau

Population Services International

Population Services Pilipinas Inc.

Positive Life Association of Nigeria

Prevent Human Trafficking Institute

Procter & Gamble

Program for Appropriate Technology in Health (PATH)

Project Concern International

Project HOPE

Prolife AIDS League

ProLiteracy Worldwide

Public Health Institute

Back to Top

# Q

Quotidien Nokoue

Back to Top

# R

| | |
|---|---|
| Raising Hopes Foundation | Research!America |
| Rajprachasamasai Foundation | Resource & Policy Exchange |
| Raptim International Travel | Rift Valley Voluntary Counsellors |
| Reach Out | RTI International |
| Realizing Rights | Rural Educational and Environmental Development Society (REEDS) |
| Red Initiatives | Rural Educational Development and Welfare Organization |
| Regional Rural Development Organization | Rural Health Promotion Initiative |
| Relief International | Rwanda Village Concept Project |
| Republican Center of Hygiene, Epidemiology & Public Health; AIDS Prevention Dept | |
| Rescue Arms Network - RANET | |

Back to Top

## S

| | |
|---|---|
| Saint Michael's College | Sky Health Influence |
| The Salvation Army World Service Office | Social & Scientific Systems, Inc. |
| Sanofi Pasteur | Social Awareness Service Organization |
| Save Life Project | Social Research Institute |
| Save Our Soil Organization | Sociedad Mexicana De Parasitologia AC |
| Save the Children | Society for Awareness of Human Development and Rights |
| Scientific Evaluation for Global Action (SEGA) | SOS Foundation |
| Scientific and Productive Center for Preventive Medicine | South Africa Partners |
| Seeds for Life, Inc. | State Institute of Health and Family Welfare, Rajasthan |
| Seldon Laboratories | Stay Alive |
| Self-Help Initiative for Sustainable | Step Forward |

Development, Inc.

Sensitization Bureau

Serve Train Educate People's Society

Share and Care in Medico, Nepal

Shinyanga Foundation Fund

Sholad International Resources and Information Center

Shreyansh Foundation Society

SIECUS

Silence Kills Support Centre

Stephen Lewis Foundation

Students Partnership Worldwide

SWAA (Society for Women and AIDS in Africa) - Sudan Chapter

Swasthya Community Health Partnership

Swasthya/IIME

Back to Top

## T

Tanzania Disabled Persons Movement

Think Youth Independent Association

Thundermist Foundation

Touch Foundation

Touro University-California

TropicalClinics, Inc.

Back to Top

## U

UCLA Global Health Training Program

Uganda Assemblies of God

Umodzi Community Organization

United Care Foundation

United Nations Association of the USA

United Negro College Fund Special Programs Corporation

United Rural Development Organization

United Science of Africa (USA)

University of Maryland-Baltimore, Division of International Health

University of Michigan, Population Fellows Program

University of Michigan, School of Public Health

University of Nairobi - Institute of African Studies

University of North Carolina, Office of Global Health, School of Public Health

| | |
|---|---|
| U.S. Coalition for Child Survival | University of Northern Florida Center for Global Health and Medical Diplomacy |
| United Youth Front International | University of Pennsylvania School of Medicine |
| Universidad Peruana Cayetano Heredia, Global Health Peru Program | University of Pennsylvania School of Nursing |
| University Coalitions for Global Health | University of the Witwatersrand AIDS Research Institute |
| University of Alabama, Birmingham | University of Vermont |
| University of Benin Public Health Education Department | University of Virginia Center for Global Health |
| University of California, San Francisco, Global Health Sciences | University of Washington, Department of Global Health |
| University of Denver Graduate School of International Studies | University of Washington Medex Northwest PA Program |
| University of Iowa, Global Health Studies Program | University of Washington School of Public Health and Community Medicine |
| | University Research Corporation, Center for Human Services |

Back to Top

## V

| | |
|---|---|
| Venezuelan Organization of Youth for the United Nations | VIMOCHANA |
| Venture Strategies for Health and Development | Voice of People |
| Vermont Council on World Affairs | Vwawa District Hospital |
| Victim AIDS Foundation Ghana | |

Back to Top

## W

Walio Katika Mapambano Na AIDS Tanzania

WAVES International, Inc.

West African Framework for Global Health

White Ribbon Alliance for Safe Motherhood

William and Flora Hewlett Foundation

Winston-Salem State University, School of Health Sciences

Women's Action & Resource Initiative (WARI)

Women's Commission for Refugee Women & Children

Workplace Dignity Institute

World Alliance for Youth Empowerment

World Learning

World Lung Foundation

World Vision USA

Worldwide Fistula Fund

Worldwide Orphans Foundation

Wyman Worldwide Health Partners LLC

Back to Top

# Y

Yale School of Public Health - Global Health Department

Youth Empowerment Foundation

Youth Enhancement International

Youth With A Vision

Youths for Impact

Youthful Initiatives for Economic, Environmental, Educational, & Large-Scale Development (YIELD)

Back to Top

# Z

Zambia National Response to AIDS

Zienzele Foundation

Back to Top

Return to Web-Friendly Version | Home

Comments? Questions? Problems? Contact the Webmaster at webmaster@globalhealth.org.
© 2000-2008 Global Health Council. All Rights Reserved. Privacy.