UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
ALLIANCE FOR OPEN SOCIETY
INTERNATIONAL, INC., et al.,

        Plaintiffs,                        05 Civ. 8209 (VM)

       v.                             **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

UNITED STATES AGENCY FOR
INTERNATIONAL DEVELOPMENT, et al.,

        Defendants.
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Dated:  New York, New York
           March 17, 2008

                                                        Respectfully submitted,

                                                        MICHAEL J. GARCIA
                                                        United States Attorney for the
                                                        Southern District of New York
                                                        Attorney for Defendant

                           By:    /s/ Benjamin H. Torrance
                                                          BENJAMIN H. TORRANCE
                                                        Assistant United States Attorney
                                                         86 Chambers Street
                                                        New York, New York  10007
                                                       Telephone: 212.637.2703
                                                       Fax: 212.637.2702
                                                       E-mail: benjamin.torrance@usdoj.gov