# BRENNAN CENTER FOR JUSTICE

Brennan Center for Justice
at New York University School of Law

161 Avenue of the Americas
12th Floor
New York, New York 10013
212.998.6730  Fax 212.995.4550
www.brennancenter.org

April 4, 2008

Hon. Victor Marrero, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 660
New York, NY 10007

**VIA FACSIMILE**

Re:  *Alliance for Open Society International v. USAID*, 05-CV-8209

Dear Judge Marrero:

I write as counsel for Plaintiffs in the above referenced matter, pursuant to Your Honor's individual practices, to respectfully request permission to submit an overlength reply regarding Plaintiffs' motions to amend the complaint and to extend the preliminary injunction to cover Global Health Council and InterAction. Assistant U.S. Attorney Benjamin Torrance, who represents the Defendants in this matter, has informed my co-counsel that he has no objection to Plaintiffs filing an overlength brief.

Because Plaintiffs' brief responds to a 39-page brief filed by the Defendants on March 17, 2008, and because Plaintiffs' brief replies to Defendants' arguments regarding two separate motions, Plaintiffs respectfully request leave to file a 20-page brief. Pursuant to the briefing schedule currently in place, Plaintiffs' brief is due on Monday, April 7, 2008.

Thank you for your kind consideration of this matter.

Respectfully,

Laura K. Abel

cc: Benjamin H. Torrance, AUSA (via facsimile 212.637.2702)

---

**Request GRANTED.** The page limitations provision of the Court's Individual Practices is modified to authorize _Plaintiffs_ to file a brief not to exceed _20_ pages in connection with the motion _to amend the complaint_ herein.

**SO ORDERED.**

4-4-08
DATE

VICTOR MARRERO, U.S.D.J.