UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
ALLIANCE FOR OPEN SOCIETY
INTERNATIONAL, INC., OPEN SOCIETY
INSTITUTE, and PATHFINDER INTERNATIONAL,

                       Plaintiffs,

                       -against-

UNITED STATES AGENCY FOR
INTERNATIONAL DEVELOPMENT *et al.*,

                       Defendants.
-----------------------------------------------------------------

REPLY
DECLARATION OF
NILS DAULAIRE

05-Civ.-8209 (VM)

I, NILS DAULAIRE, hereby declare as follows:

1.     I am the President and Chief Executive Officer of the Global Health Council ("GHC"). I have held that position since 1998.

2.     I make this reply declaration in support of Plaintiffs' reply papers in support of their motion seeking leave to amend the Complaint and GHC's motion for a preliminary injunction. I incorporate the information contained in my Declaration in support of the moving papers into this reply declaration.

3.     One of GHC's 485 member organizations is DKT International.

4.     DKT International joined GHC on April 3, 2006, and remains a member.

5.     GHC did not authorize DKT International to represent GHC in a lawsuit filed by DKT International in the District of Columbia, nor did GHC collude in any way

with DKT International on that lawsuit. During the lawsuit, DKT International was neither acting as a fiduciary or organizational agent of GHC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 4, 2008
Washington, District of Columbia

_____
Nils Daulaire