**BRENNAN CENTER FOR JUSTICE**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-25-08
```

Brennan Center for Justice
at New York University School of Law

161 Avenue of the Americas
12th Floor
New York, New York 10013
212.998.6730  Fax 212.995.4550
www.brennancenter.org

August 25, 2008

<u>Via Facsimile: 212-805-6382</u>

Hon. Victor Marrero, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 660
New York, NY 10007

    Re:   *Alliance for Open Society International v. USAID*, 05-CV-8209

Dear Judge Marrero:

    I write in response to the Court's request that the parties agree on a schedule for further proceedings in this case. Defendant U.S. Department of Health and Human Services ("HHS") continues to be engaged in a notice-and-comment rulemaking process regarding implementation of the anti-prostitution policy requirement contained in 22 U.S.C. § 7631(f). In light of the ongoing rulemaking process, the parties have agreed that, provided it is acceptable to the Court, any further proceedings in this case should await the issuance of a final regulation by HHS.

    Thank you for your consideration.

Respectfully,

Rebekah Diller (RD 7791)

Cc: Ben Torrance (by fax 212-637-2702)

---

*Handwritten order:*

Request GRANTED. Further proceedings in this matter are stayed pending the rule making process by defendant Department of Health and Human Services. The Clerk of Court is directed to maintain this action [on the Court's suspense docket].

SO ORDERED:

8-25-08
DATE     VICTOR MARRERO, U.S.D.J.